OFFICE OF THE CITY ATTORNEY
JULIE M. KRIEGH, City Attorney
Arizona State Bar No. 021175
200 West Washington, Suite 1300
Phoenix, Arizona 85003-1611
Telephone (602) 262-6761
law.civil.minute.entries@phoenix.gov

Karen Stillwell, Bar No. 022711
Assistant City Attorney
*Attorney for Defendant City of Phoenix, Chief Michael Sullivan, Sgt. Charles Allen, Sgt. Daniel Snyder, Sgt. Eric Summerville, Sgt. Brittany Bartimoccia*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Stephan Shere,<br><br>    Plaintiff(s),<br><br>vs.<br><br>City of Phoenix, a governmental entity; Michael Sullivan, Chief of the Phoenix Police Department; Daniel Joseph Snyder, an individual; Alex Beaver, an individual; Christopher A. Gitsch, an individual; Eric Elliott Summerville, an individual; Brittany Bartimoccia, an individual; Jacob Lewis, an individual; Charles C. Allen, an individual; Jennifer Lorrain Beberniss, an individual; Amanda Newsum, an individual; and John and Jane Does I-X ,<br><br>    Defendants. | NO.<br><br>**DEFENDANTS' NOTICE OF FILING REMOVAL** |

Defendants City of Phoenix, Chief Michael Sullivan, Sergeant Charles Allen, Sergeant Daniel Snyder, Sergeant Eric Summerville, and Sergeant Brittany Bartimoccia, ("Defendants"), by and through undersigned counsel, and pursuant to 28 U.S.C. § 1441(a) and LRCiv 3.7, hereby notice the removal of the above referenced action commenced and now pending in the Superior Court of the State of Arizona, in

and for the County of Maricopa entitled *Stephan Shere, Plaintiff, vs. City of Phoenix, et. al., Defendants,* Civil Action No. CV2023-015318, and in support of removal asserts the following:

1. Petitioners are Defendants in the Superior Court of the State of Arizona in and for the County of Maricopa under the caption *Stephan Shere, Plaintiff v. City of Phoenix, et al., Defendants*, Maricopa County Superior Court Case No. CV2023-015318. Copies of the Complaint and all other documents previously filed in this matter are in Exhibit "A" of the Index filed simultaneously with this pleading.

2. The first date upon which any Defendant received a copy of the Complaint was November 29, 2023, in which a copy was delivered to the Phoenix City Clerk.

3. Upon information and belief, not all Defendants have been served with the Complaint.

4. Plaintiff has asserted claims of violation of his Civil Rights pursuant to 42 U.S.C. § 1983, including alleging excessive use of force.

5. This Notice of Removal is being filed within 30 days after service of the Complaint and is therefore timely under 28 U.S.C. § 1446(b).

6. A Notice of Filing of Notice of Removal has been filed in the Arizona Superior Court, County of Maricopa, on behalf of Defendants. A true and correct copy of the Notice is in Exhibit "B" of the Index filed simultaneously with this pleading.

/ / / /

/ / / /

/ / / /

/ / / /

WHEREFORE, Defendants respectfully request that the above action now pending in the Arizona Superior Court, Maricopa County, be removed to this Court.

RESPECTFULLY SUBMITTED this 19th day of December, 2023.

>Office of the Phoenix City Attorney
>Julie M. Kriegh, City Attorney
>
>By /s/Karen Stillwell
>     Karen Stillwell
>     Assistant City Attorney
>     200 West Washington, Suite 1300
>     Phoenix, Arizona 85003-1611
>     *Attorney for Defendant City of Phoenix, Chief Michael Sullivan, Sgt. Charles Allen, Sgt. Daniel Snyder, Sgt. Eric Summerville, Sgt. Brittany Bartimoccia*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 19, 2023, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing was sent to the following CM/ECF registrants:

Sean A. Woods
Mills and Woods Law PLLC
5055 NORTH 12ST STREET, SUITE 101
PHOENIX, ARIZONA 85014
Attorneys for Plaintiff

     /s/Lisa Danczewski

2413427.1.DOC

3