# Exhibit B

OFFICE OF THE CITY ATTORNEY
Julie M. Kriegh, City Attorney
Arizona State Bar No. 021175
200 West Washington, Suite 1300
Phoenix, Arizona 85003-1611
Telephone (602) 262-6761
law.civil.minute.entries@phoenix.gov

Karen Stillwell, Bar No. 022711
Assistant City Attorney
*Attorney for Defendant City of Phoenix, Chief Michael Sullivan, Sgt. Charles Allen, Sgt. Daniel Snyder, Sgt. Eric Summerville, Sgt. Brittany Bartimoccia*

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| Stephan Shere,<br><br>　　　　Plaintiff(s),<br><br>vs.<br><br>City of Phoenix, a governmental entity; Michael Sullivan, Chief of the Phoenix Police Department; Daniel Joseph Snyder, an individual; Alex Beaver, an individual; Christopher A. Gitsch, an individual; Eric Elliott Summerville, an individual; Brittany Bartimoccia, an individual; Jacob Lewis, an individual; Charles C. Allen, an individual; Jennifer Lorrain Beberniss, an individual; Amanda Newsum, an individual; and John and Jane Does I-X ,<br><br>　　　　Defendants. | NO. CV2023-015318<br><br>**DEFENDANTS' NOTICE OF FILING NOTICE OF REMOVAL** |

Defendants City of Phoenix, Chief Michael Sullivan, Sergeant Charles Allen, Sergeant Daniel Snyder, Sergeant Eric Summerville, and Sergeant Brittany Bartimoccia, ("Defendants"), by and through undersigned counsel, and pursuant to 28 U.S.C. §1441,

1

OFFICE OF THE CITY ATTORNEY
200 West Washington, Suite 1300
Phoenix, Arizona 85003-1611
(602) 262-6761

1  et seq., hereby notify this Court that they have filed a Notice of Removal of this action to

2  the United States District Court for the District of Arizona. A copy of the Notice of

3  Removal filed on December 19, 2023, is attached as Exhibit "A".

4      RESPECTFULLY SUBMITTED this 19th day of December, 2023.

5      Office of the Phoenix City Attorney
    Julie M. Kriegh, City Attorney

6

7  By */s/Karen Stillwell*
    Karen Stillwell

8      Assistant City Attorney
    200 West Washington, Suite 1300

9      Phoenix, Arizona 85003-1611
    *Attorney for Defendant City of Phoenix, Sgt.*

10     *Charles Allen, Sgt. Daniel Snyder, Sgt. Eric*
    *Summerville, Sgt. Brittany Bartimoccia*

11

12 ORIGINAL of the foregoing electronically filed
with the court and a COPY electronically served this

13 19th day of December, 2023, to:

14
Sean A. Woods

15 Mills and Woods Law PLLC
5055 North 12st Street, Suite 101

16 Phoenix, Arizona 85014
Attorneys for Plaintiff

17
By: */s/ Lisa Danczewski*

18
2413425.1.DOC

19

20

21

22

23

24

2