UNITED STATES DISTRICT COURT DISTRICT OF ARIZONA

## Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use only in the District of Arizona.

**The completed cover sheet must be printed directly to PDF and filed as an attachment to the Complaint or Notice of Removal.**

| Plaintiff(s): Stephan Shere , ; | Defendant(s): City of Phoenix, a governmental entity; Michael Sullivan, Chief of the Phoenix Police Department; Daniel Joseph Snyder, an individual; Alex Beaver, an individual; Christopher A. Gitsch, an individual; Eric Elliott Summerville, an individual; Brittany Bartimoccia, an individual; Jacob Lewis, an individual; Charles C. Allen, an individual; Jennifer Lorrain Beberniss, an individual; Amanda Newsum, an individual; and John and Jane Does I-X , ; |
|---|---|
| County of Residence: Maricopa | County of Residence: Maricopa |
| County Where Claim For Relief Arose: Maricopa | |
| Plaintiff's Atty(s): | Defendant's Atty(s): |
| **Sean A. Woods ,** Mills and Woods Law PLLC 5055 North 12st Street, Suite 101 Phoenix, AZ  85014 480-999-4556 | **Karen Stillwell , Assistant City Attorney** OFFICE OF THE CITY ATTORNEY 200 West Washington, Suite 1300 Phoenix, AZ  85003 (602) 262-6761 |

**IFP REQUESTED**

**REMOVAL FROM Maricopa COUNTY, CASE #CV2023-015318**

II. Basis of Jurisdiction: 3. Federal Question (U.S. not a party)

III. Citizenship of Principal Parties (Diversity Cases Only)

Plaintiff:- N/A

Defendant:- N/A

IV. Origin : 2. Removed From State Court

V. Nature of Suit: 440 Other Civil Rights

VI. Cause of Action: **42 USC Section 1983**

VII. Requested in Complaint

Class Action: **No**

Dollar Demand: **$750,000**

Jury Demand: **Yes**

VIII. This case **is not related** to another case.

Signature: /s/Karen Stillwell

Date: 12-19-2023

If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the *Back* button in your browser and change it. Once correct, save this form as a PDF and include it as an attachment to your case opening documents.

Revised: 01/2014