**SUPPLEMENTAL CIVIL COVER SHEET**
**FOR CASES REMOVED FROM ANOTHER JURISDICTION**

This form must be attached to the Civil Cover Sheet at the time
the case is filed in the United States District Clerk's Office

Additional sheets may be used as necessary.

1. **Style of the Case:**
   Please include all Plaintiff(s), Defendant(s), Intervenor(s), Counterclaimant(s), Crossclaimant(s) and Third Party Claimant(s) still remaining in the case and indicate their party type. Also, please list the attorney(s) of record for each party named and include their bar number, firm name, correct mailing address, and phone number (including area code).

| Party | Party Type | Attorney(s) |
|---|---|---|
| Stephan Shere | Plaintiff | Sean A. Woods<br>Mills and Woods Law PLLC<br>5055 North 12st Street, Suite 101<br>Phoenix, Arizona 85014 |
| City of Phoenix, a governmental entity; Michael Sullivan, Chief of the Phoenix Police Department; Daniel Joseph Snyder, Alex Beaver, Christopher A. Gitsch, Eric Elliott Summerville, Brittany Bartimoccia, Jacob Lewis, Charles C. Allen, Jennifer Lorrain Beberniss, Amanda Newsum | Defendants | Karen Stillwell, Assistant City Attorney<br>OFFICE OF THE CITY ATTORNEY<br>200 West Washington, Suite 1300<br>Phoenix, Arizona 85003-1611<br>Telephone (602) 262-6761<br>law.civil.minute.entries@phoenix.gov |
| | | |

2. **Jury Demand:**
   Was a Jury Demand made in another jurisdiction?   Yes ⦿   No ○
   If "Yes," by which party and on what date?

   Plaintiff                                                                 10/03/2023

3. **Answer:**
   Was an Answer made in another jurisdiction?   Yes ○   No ⦿
   If "Yes," by which party and on what date?

4. **Served Parties:**
The following parties have been served at the time this case was removed:

| Party | Date Served | Method of Service |
|---|---|---|
| City of Phoenix<br>Chief Michael Sullivan | 11-29-2023<br>11-29-2023 | City Clerk<br>City Clerk |
| Charles Allen<br>Brittany Bartimoccia | 12-7-2023<br>12-18-2023 | Process Server<br>Process Server |
| Daniel Snyder<br>Eric Summerville | 12-7-2023<br>12-7-2023 | Process Server<br>Process Server |

5. **Unserved Parties:**
The following parties have not been served at the time this case was removed:

| Party | Reason Not Served |
|---|---|
| Alex Beaver<br>Christopher A. Gitsch | Unknown |
| Jacob Lewis<br>Jennifer Lorrain Beberniss | Unknown |
| Amanda Newsum | Unknown |

6. **Nonsuited, Dismissed or Terminated Parties:**
Please indicate changes from the style of the papers from another jurisdiction and the reason for the change:

| Party | Reason for Change |
|---|---|
| N/A | |
| | |
| | |

7. **Claims of the Parties:**
The filing party submits the following summary of the remaining claims of each party in this litigation:

| Party | Claims |
|---|---|
| Plaintiff | Section 1983 claim against officers; Section 1983 claims against Defendant City of Phoenix and Chief Sullivan; multiple state law claims |
| | |
| | |

**Pursuant to 28 USC § 1446(a) a copy of all process, pleadings, and orders served in another jurisdiction (State Court) shall be filed with this removal.**