IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Stephan Shere,<br><br>    Plaintiff,<br><br>    v.<br><br>Phoenix, City of, et al.,<br><br>    Defendants. | CASE NO:<br>CV−23−02657−PHX−JJT (ESW)<br><br>**NOTICE OF ASSIGNMENT** |

  On December 19, 2023, Plaintiff filed a Complaint which has been assigned the case number listed above. This case has been assigned to District Court Judge John J Tuchi and has been referred to Magistrate Judge Eileen S Willett (PS) and the Court's Legal Staff. When any action is taken in this case, you will be notified by Court order.

  DATED this 19th day of December, 2023.

               *s/Debra D. Lucas*
               Debra D. Lucas
               District Court Executive & Clerk of Court

cc: Plaintiff

1
2
3
4
5
6
7
8                                          WARNING!
9  Failure to comply with the following rules will result in your document being STRICKEN
10 and/or your case being DISMISSED:
11 (1)  You must file a Notice of Change of Address if your address changes.
12 (2)  You must correctly label any further documents with the above assigned
13      caption and case numbers. LRCiv 7.1(a).
14 (3)  You must sign your name and date every document you file. FED. R. CIV. P. 11.
15 (4)  If applicable, you must provide an original and one copy of any document to
16      be filed. If you request a conformed copy, you must provide an original
17      and two (2) copies. LRCiv 5.4. This does not apply to prisoner e−filers.
18 (5)  If applicable, you must mail copies of every document you file to all respondents.
19      or their attorneys, FED. R. CIV. P. 5(a), and every document you file
20      must include a certificate stating the date a copy of the document was mailed
21      to respondents or their attorneys. This does not apply to prisoner e−filers.
22 (6)  The documents you file must not include personal identifiers. FED. R. CIV. P. 5.2.
23
24
25
26
27
28