OFFICE OF THE CITY ATTORNEY
JULIE M. KRIEGH, City Attorney
Arizona State Bar No. 021175
200 West Washington, Suite 1300
Phoenix, Arizona 85003-1611
Telephone (602) 262-6761
law.civil.minute.entries@phoenix.gov

Karen Stillwell, Bar No. 022711
Assistant City Attorney
*Attorney for Defendant City of Phoenix, Chief Michael Sullivan, Sgt. Charles Allen, Sgt. Daniel Snyder, Sgt. Eric Summerville, Sgt. Brittany Bartimoccia*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Stephan Shere,<br><br>　　　　　Plaintiff(s),<br><br>vs.<br><br>Phoenix, City of, et al.<br><br>　　　　　Defendants. | NO. 2:23-cv-02657−PHX−JJT (ESW)<br><br>**STIPULATION FOR EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(First Request)** |

　　　　Plaintiff Stephan Shere ("Plaintiff") and Defendants City of Phoenix, Chief Michael Sullivan, Sergeant Charles Allen, Sergeant Daniel Snyder, Sergeant Eric Summerville, and Sergeant Brittany Bartimoccia, ("Defendants"), collectively referred to as the "Parties," by and through their respective undersigned counsel, stipulate and agree to an extension of time for Defendants to respond to Plaintiff's Complaint. The current deadline for Defendants to file a responsive pleading is **Tuesday, December 26, 2023**. Given the holidays and staff shortages, the parties have conferred and agree that Defendants may have a thirty (30) day extension of the deadline to file a responsive pleading so that they may sufficient time to properly respond to Plaintiff's Complaint.

Defendants removed this case from the Maricopa County Superior Court to this Court on Tuesday, December 19, 2023. These deadlines have fallen squarely within the holiday season when many parties, client representatives, and counsel will be out of the office and unavailable. Given these time constraints and unavailability, a thirty (30) day extension to respond to Plaintiff's Complaint is necessary and warranted.

The parties' Stipulation is not filed for purposes of delay but rather in the interests of justice so that Defendants can properly respond to Plaintiff's Complaint.

RESPECTFULLY SUBMITTED this 21st day of December, 2023.

Office of the Phoenix City Attorney
Julie M. Kriegh, City Attorney

By *ns/Karen Stillwell*
Karen Stillwell
Assistant City Attorney
200 West Washington, Suite 1300
Phoenix, Arizona 85003-1611
*Attorney for Defendant City of Phoenix, Chief Michael Sullivan, Sgt. Charles Allen, Sgt. Daniel Snyder, Sgt. Eric Summerville, Sgt. Brittany Bartimoccia*

Mills and Woods Law PLLC

By *ns/Sean Woods*
Sean Woods
5055 North 12st Street, Suite 101
Phoenix, Arizona 85014
*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 21, 2023, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing was sent to the following CM/ECF registrants:

Sean A. Woods
Mills and Woods Law PLLC
5055 NORTH 12ST STREET, SUITE 101
PHOENIX, ARIZONA 85014
Attorneys for Plaintiff

　　　*/s/Lisa Danczewski*

2413760_1.doc

OFFICE OF THE CITY ATTORNEY
200 West Washington, Suite 1300
Phoenix, Arizona 85003-1611
(602) 262-6761

3