OFFICE OF THE CITY ATTORNEY
200 West Washington, Suite 1300
Phoenix, Arizona 85003-1611
(602) 262-6761

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Stephan Shere,<br><br>　　　　Plaintiff(s),<br><br>　vs.<br><br>Phoenix, City of, et al.<br><br>　　　　Defendants. | NO. 2:23-cv-02657−PHX−JJT (ESW)<br><br>**PROPOSED ORDER** |

Having considered the Parties Stipulation for Extension of Time to Respond to Plaintiff's Complaint, and good cause appearing,

**IT IS ORDERED** that Defendants' time to Respond to Plaintiff Complaint is _____.

Dated:

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　HONORABLE JOHN J. TUCHI
　　　　　　　　　　　　　　　　　　United States District Court