# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Stephan Shere,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>City of Phoenix, *et al.*,<br><br>　　　　　Defendants. | No. CV-23-02657-PHX-JJT (ESW)<br><br>**ORDER** |

At issue is the parties' Stipulation for Extension of Time for Defendants to Respond to Plaintiff's Complaint (Doc. 3). Upon review and good cause appearing,

**IT IS HEREBY ORDERED** granting the parties' Stipulation for Extension of Time for Defendants to Respond to Plaintiff's Complaint (Doc. 3).

**IT IS FURTHER ORDERED** extending the deadline for Defendant to file an Answer or otherwise respond to Plaintiff's Complaint (Doc. 1-1) to 30 days from the date of this Order.

Dated this 8th day of January, 2024.

　　　　　　　　　　　　　　　　　　　　　Honorable John J. Tuchi
　　　　　　　　　　　　　　　　　　　　　United States District Judge