ASH

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Stephan Shere,<br><br>   Plaintiff,<br><br>v.<br><br>City of Phoenix, et al.,<br><br>   Defendants. | No. CV 23-02657-PHX-JJT (ESW)<br><br>**ORDER** |

  On October 3, 2023, Plaintiff Stephan Shere, who is not in custody, filed through counsel a Complaint in Maricopa County Superior Court. Defendants were served between November 29, 2023 and December 8, 2023, and, on December 19, 2023 timely removed the matter to this Court and paid the filing fee.

  A defendant may remove any civil action brought in state court over which the federal court would have original jurisdiction. 28 U.S.C. §1441(a). That is, a civil action that could have originally been brought in federal court may be removed from state to federal court. *Caterpillar Inc. v. Williams*, 482 U.S. 386, 392 (1987). A federal court has original jurisdiction "of all civil actions arising under the Constitution, laws, or treaties of the United States." 28 U.S.C. § 1331.

  The Complaint in this case facially supports the existence of federal subject matter jurisdiction because Plaintiff alleges violations of his federal Constitutional rights. 28 U.S.C. § 1441(a). Further, the case was timely removed, and all served Defendants

TERMPSREF

indicate that they consent to removal. 28 U.S.C. § 1446(b). Accordingly, the Court will accept jurisdiction over this matter.

The Court will refer this matter to Magistrate Judge Eileen S. Willett for pretrial proceedings.[1]

**IT IS ORDERED:**

(1)   This matter is referred to Magistrate Judge Eileen S. Willett pursuant to Rules 72.1 and 72.2 of the Local Rules of Civil Procedure for all pretrial proceedings as authorized under 28 U.S.C. § 636(b)(1) and is assigned to the **standard track** pursuant to Rule 16.2(b)(3) of the Local Rules of Civil Procedure.

Dated this 11th day of January, 2024.

Honorable John J. Tuchi
United States District Judge

---

[1] Because Plaintiff is neither a "prisoner" nor proceeding in forma pauperis, the Court has no authority to screen the Complaint pursuant to either 28 U.S.C. § 1915(e)(2) or 28 U.S.C. § 1915A.