LAW OFFICES
BROENING OBERG WOODS & WILSON
PROFESSIONAL CORPORATION
2800 NORTH CENTRAL, 16TH FLOOR
PHOENIX, AZ 85004
(602) 271-7700
Jessica J. Kokal/Bar No. 029042
jjk@bowwlaw.com
rla@bowwlaw.com
*Attorney for Defendants City of Phoenix*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Stephen Shere,<br><br>        Plaintiff,<br><br>v.<br><br>City of Phoenix, a governmental entity; Michael Sullivan, Chief of the Phoenix Police Department; Daniel Joseph Snyder, an individual; Alex Beaver, an individual; Christopher A Gitsch, an individual; Eric Elliot Summerville, an individual; Brittany Bartimoccia, an individual; Jacob A. Lewis, an individual; Jennifer Lorrain Beberniss, an individual; and, John and Jane Does I-X,<br><br>        Defendants. | Case No.: 2:23-cv-02657-JJT-ESW<br><br>**DEFENDANTS' UNOPPOSED MOTION TO EXTEND TIME TO FILE A RESPONSIVE PLEADING** |

Defendants, by and through counsel undersigned, hereby respectfully request an extension of the deadline for all Defendants to file their responsive pleading to Plaintiff's Complaint until **March 8, 2024**. Defendants' responsive pleading is currently due on **February 7, 2023**. This request is made to permit defense counsel, who was only recently retained, to obtain the file (which is anticipated to be quite sizeable and include significant body camera footage), adequately review documents and video footage prior to filing any responsive pleading, interview the numerous defendants named in this Complaint, and permit counsel to adequately meet and confer as deemed necessary. This request is intended to

streamline the case and promote efficiency, not delay.

    Defendants have requested Plaintiff's position on the extension and Plaintiff's counsel does not oppose the extension.

BROENING OBERG WOODS & WILSON, P.C.

By */s/ Jessica J. Kokal*
    Jessica J. Kokal
    *Attorneys for Defendant City of Phoenix.*

_____CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of February 2024, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Sean A. Woods
Mills & Woods Law
5055 N 12th St., Ste 101
Phoenix, AZ 85014
*Attorneys for Plaintiff*

By: /s/ *Raquel L. Auriemma*