# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Stephen Shere,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>City of Phoenix, a governmental entity; Michael Sullivan, Chief of the Phoenix Police Department; Daniel Joseph Snyder, an individual; Alex Beaver, an individual; Christopher A Gitsch, an individual; Eric Elliot Summerville, an individual; Brittany Bartimoccia, an individual; Jacob A. Lewis, an individual; Jennifer Lorrain Beberniss, an individual; and John and Jane Does I-X,<br><br>　　　　　Defendants. | Case No.: 2:23-cv-02473-PHX-JZB<br><br>**ORDER GRANTING UNOPPOSED MOTION TO EXTEND** |

The Court, having reviewed Defendants' Unopposed Motion to Extend Time to File a Responsive Pleading (Doc.   ), and good cause appearing,

IT IS ORDERED that the Unopposed Motion is GRANTED (Doc.   ).

IT IS FURTHER ORDERED that all Defendants' response to Plaintiff's Complaint is due by **March 8, 2024.**

　　　　　Dated this _____ day of _____, 2024.

_____
Honorable Eileen S. Willett