# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Stephan Shere,<br><br>   Plaintiff,<br><br>v.<br><br>City of Phoenix, et al.,<br><br>   Defendants. | No. CV-23-02657-PHX-JJT (ESW)<br><br>**ORDER** |

The Court has considered Defendants' Unopposed Motion to Extend Time to File a Responsive Pleading (Doc. 7).  The Court accepts counsel's avowal that Plaintiff's counsel does not oppose the extension.  Good cause appearing,

IT IS ORDERED granting Defendants' Unopposed Motion to Extend Time to File a Responsive Pleading (Doc. 7).  Defendants shall file their responsive pleading to Plaintiff's Complaint (Doc. 1-1 at 30) no later than **March 8, 2024**.

Dated this 7th day of February, 2024.

Honorable Eileen S. Willett
United States Magistrate Judge