LAW OFFICES
BROENING OBERG WOODS & WILSON
PROFESSIONAL CORPORATION
2800 NORTH CENTRAL, 16TH FLOOR
PHOENIX, AZ 85004
(602) 271-7700
Jessica J. Kokal/Bar No. 029042
jjk@bowwlaw.com
rla@bowwlaw.com
*Attorney for Defendants City of Phoenix*

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Stephen Shere,<br><br>Plaintiff,<br><br>v.<br><br>City of Phoenix, a governmental entity; Michael Sullivan, Chief of the Phoenix Police Department; Daniel Joseph Snyder, an individual; Alex Beaver, an individual; Christopher A Gitsch, an individual; Eric Elliot Summerville, an individual; Brittany Bartimoccia, an individual; Jacob A. Lewis, an individual; Jennifer Lorrain Beberniss, an individual; and, John and Jane Does I-X,<br><br>Defendants. | Case No.: 2:23-cv-02657-JJT-ESW<br><br>**UNOPPOSED MOTION TO CONTINUE DEADLINE FOR RESPONSIVE PLEADING ON BEHALF OF ALL DEFENDANTS** |

Defendants, by and through counsel undersigned, hereby respectfully request an extension of the deadline for all Defendants who have been served to file their responsive pleading to Plaintiff's Complaint until **March 22, 2024**. This is Defendant City of Phoenix's first request for an extension. Many of the Defendants' responsive pleadings are currently due on **March 8, 2023**. This request is made to permit the parties to meet and confer as deemed necessary and determine whether an Amended Complaint should be filed prior to a responsive pleading, and to coordinate waiver of service for the remaining Defendants so that

all responsive pleadings can be filed concurrently. Due to the parties' schedules, the meet and confer could not be set until the week of March 11, 2024. As such, the parties agreed this requested extension was appropriate. This request is intended to streamline the case and promote efficiency, not delay.

Dated this 7th day of March, 2024.

BROENING OBERG WOODS & WILSON, P.C.

By */s/ Jessica J. Kokal*
Jessica J. Kokal
*Attorney for Defendant City of Phoenix*

CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of March 2024, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Sean A. Woods
Mills & Woods Law
5055 N 12th St., Ste 101
Phoenix, AZ 85014
*Attorneys for Plaintiff*

By: /s/ *Raquel L. Auriemma*