IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Stephan Shere,<br><br>    Plaintiff,<br><br>v.<br><br>City of Phoenix, et al.,<br><br>    Defendants. | No. CV-23-02657-PHX-JJT (ESW)<br><br>**ORDER** |

The Court has considered Defendants' "Unopposed Motion to Continue Deadline for Responsive Pleading on Behalf of All Defendants" (Doc. 9).  The Court accepts counsel for Defendants' avowal that the Motion is unopposed.  Therefore,

IT IS ORDERED granting the "Unopposed Motion to Continue Deadline for Responsive Pleading on Behalf of All Defendants" (Doc. 9).  Defendants shall file their responsive pleading to Plaintiff's Complaint (Doc. 1-1 at 30) no later than **March 22, 2024**.

Dated this 8th day of March, 2024.

Honorable Eileen S. Willett
United States Magistrate Judge