Robert T. Mills (Arizona Bar #018853)
Sean A. Woods (Arizona Bar #028930)
**MILLS + WOODS LAW, PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
docket@millsandwoods.com
swoods@millsandwoods.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Stephan Shere, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>City of Phoenix, a governmental entity; Michael Sullivan, Chief of the Phoenix Police Department; Daniel Joseph Snyder, an individual; Alex Beaver, an individual; Christopher A Gitsch, an individual; Eric Elliot Summerville, an individual; Brittany Bartimoccia, an individual; Jacob A Lewis, an individual; Charles C Allen, an individual; Jennifer Lorrain Beberniss, an individual; Amanda Newsum, an individual; and, John and Jane Does I-X,<br><br>Defendants. | No.: CV-23-02657-PHX-JJT (ESW)<br><br>**PLAINTIFF'S NOTICE OF INTENT TO AMEND COMPLAINT**<br><br>(Assigned to the Honorable John J. Tuchi and Referred to the Honorable Eileen S. Willett for all pretrial proceedings) |

Through counsel undersigned, Plaintiff Stephan Shere ("Plaintiff") hereby gives notice to the Court that he intends to amend his Complaint in this action. The last day for Defendants to answer or otherwise respond to Plaintiff's Complaint is tomorrow, March 22, 2024. Plaintiff and Defendants have been engaged in communications regarding alleged deficiencies in Plaintiff's Complaint, and Plaintiff has notified Defendants of his intention to amend his Complaint to address those alleged deficiencies, thus making

Plaintiff's (original) Complaint, and the March 22, 2024 deadline for Defendants' answer, moot. Plaintiff now provides that same notice to the Court.

**RESPECTFULLY SUBMITTED** this 21st day of March 2024.

**MILLS + WOODS LAW, PLLC**

By   */s/ Sean A. Woods*
　　Robert T. Mills
　　Sean A. Woods
　　5055 N 12th Street, Suite 101
　　Phoenix, AZ 85014
　　*Attorneys for Plaintiff*

### CERTIFICATE OF SERVICE

I hereby certify that on March 21, 2024, I electronically transmitted the foregoing document to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Karen Stillwell
karen.stillwell@phoenix.gov
Lisa Danczewski
lisa.danczewski@phoenix.gov
**OFFICE OF THE CITY ATTORNEY**
law.civil.minute.entries@phoenix.gov
200 W Washington, Ste. 1300
Phoenix, Arizona 85003
*Attorneys for Defendants City of Phoenix, Chief Michael Sullivan, Sgt. Charles Allen, Sgt. Daniel Snyder, Sgt. Eric Summerville, and Sgt. Brittany Bartimoccia*

　　*/s/ Ben Dangerfield*