LAW OFFICES
BROENING OBERG WOODS & WILSON
PROFESSIONAL CORPORATION
2800 NORTH CENTRAL, 16TH FLOOR
PHOENIX, AZ 85004
(602) 271-7700
Jessica J. Kokal/Bar No. 029042
jjk@bowwlaw.com
rla@bowwlaw.com
*Attorney for Defendants*

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Stephen Shere,<br><br>Plaintiff,<br><br>v.<br><br>City of Phoenix, a governmental entity; Michael Sullivan, Chief of the Phoenix Police Department; Daniel Joseph Snyder, an individual; Alex Beaver, an individual; Christopher A Gitsch, an individual; Eric Elliot Summerville, an individual; Brittany Bartimoccia, an individual; Jacob A. Lewis, an individual; Jennifer Lorrain Beberniss, an individual; and, John and Jane Does I-X,<br><br>Defendants. | Case No.: 2:23-cv-02657-JJT-ESW<br><br>**UNOPPOSED MOTION FOR EXTENSION TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT** |

Defendants, by and through counsel undersigned, hereby respectfully request an extension of the deadline for Defendants to file their responsive pleading to Plaintiff's First Amended Complaint until **May 29, 2024**. This is Defendants' first request for an extension to respond to the First Amended Complaint. Defendants' responsive pleadings are currently due on **May 15, 2024**. The reason for the request is that Defendants have identified additional bases upon which to file a Motion to Dismiss and, due to their scheduling constraints, the parties have scheduled a time to meet and confer on this on May 17, 2024. The requested

extension is to afford the parties time to discuss the bases for the anticipated Motion to Dismiss to see whether any of these issues can be cured or resolved by stipulation, and for the parties to have sufficient time to evaluate this before necessitating a Motion to Dismiss.

Defendants have requested Plaintiff's position on the extension and Plaintiff's counsel does not oppose the extension.

Dated this 13th day of May, 2024.

BROENING OBERG WOODS & WILSON, P.C.


By */s/ Jessica J. Kokal*
Jessica J. Kokal
*Attorney for Defendants*

CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of May 2024, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Sean A. Woods
Mills & Woods Law
5055 N 12th St., Ste 101
Phoenix, AZ 85014
*Attorneys for Plaintiff*

By: /s/ *Raquel L. Auriemma*