# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Stephen Shere,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>City of Phoenix, a governmental entity;<br>Michael Sullivan, Chief of the Phoenix<br>Police Department; Daniel Joseph Snyder,<br>an individual; Alex Beaver, an individual;<br>Christopher A Gitsch, an individual; Eric<br>Elliot Summerville, an individual; Brittany<br>Bartimoccia, an individual; Jacob A. Lewis,<br>an individual; Jennifer Lorrain Beberniss, an<br>individual; and John and Jane Does I-X,<br><br>　　　　　Defendants. | Case No.: 2:23-cv-02657-JJY-ESW<br><br>**ORDER GRANTING UNOPPOSED<br>MOTION TO EXTEND** |

The Court, having reviewed Defendants' Unopposed Motion for Extension to Respond to Plaintiff's First Amended Complaint (Doc.   ), and good cause appearing,

IT IS ORDERED that the Unopposed Motion is GRANTED (Doc.   ).

IT IS FURTHER ORDERED that Defendants' response to Plaintiff's First Amended Complaint is due by **May 29, 2024.**

Dated this _____ day of _____, 2024.


_____
Honorable Eileen S. Willett