**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Stephen Shere,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>City of Phoenix, a governmental entity; Michael Sullivan, Chief of the Phoenix Police Department; Daniel Joseph Snyder, an individual; Alex Beaver, an individual; Christopher A Gitsch, an individual; Eric Elliot Summerville, an individual; Brittany Bartimoccia, an individual; Jacob A. Lewis, an individual; Jennifer Lorrain Beberniss, an individual; and John and Jane Does I-X,<br><br>　　　　　Defendants. | Case No.: 2:23-cv-02657-JJY-ESW<br><br>**ORDER GRANTING SECOND UNOPPOSED MOTION TO EXTEND** |

The Court, having reviewed Defendants' Second Unopposed Motion for Extension to Respond to Plaintiff's First Amended Complaint (Doc.　), and good cause appearing,

IT IS ORDERED that the Unopposed Motion is GRANTED (Doc.　).

IT IS FURTHER ORDERED that Defendants' response to Plaintiff's First Amended Complaint is due by **June 12, 2024.**

　　　　　Dated this _____ day of _____, 2024.

_____
Honorable Eileen S. Willett