# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Stephan Shere,<br><br>              Plaintiff,<br><br>v.<br><br>City of Phoenix, et al.,<br><br>              Defendants. | No. CV-23-02657-PHX-JJT (ESW)<br><br>**ORDER** |

The Court has considered Defendants' Second Unopposed Motion for Extension to Respond to Plaintiff's First Amended Complaint (Doc. 18).  There being no objection by Plaintiff, and good cause appearing,

IT IS ORDERED granting the Second Unopposed Motion for Extension to Respond to Plaintiff's First Amended Complaint (Doc. 18).  Defendants shall file a response to Plaintiff's First Amended Complaint (Doc. 14) no later than **June 12, 2024**.

Dated this 29th day of May, 2024.

Honorable Eileen S. Willett
United States Magistrate Judge