LAW OFFICES
BROENING OBERG WOODS & WILSON
PROFESSIONAL CORPORATION
2800 NORTH CENTRAL, 16TH FLOOR
PHOENIX, AZ  85004
(602) 271-7700

Jessica J. Kokal/Bar No. 029042
jjk@bowwlaw.com
rla@bowwlaw.com
cjg@bowwlaw.com
*Attorney for Defendants*

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Stephen Shere,<br><br>Plaintiff,<br><br>v.<br><br>City of Phoenix, a governmental entity; Michael Sullivan, Chief of the Phoenix Police Department; Daniel Joseph Snyder, an individual; Alex Beaver, an individual; Christopher A Gitsch, an individual; Eric Elliot Summerville, an individual; Brittany Bartimoccia, an individual; Jacob A. Lewis, an individual; Jennifer Lorrain Beberniss, an individual; and, John and Jane Does I-X,<br><br>Defendants. | Case No.: 2:23-cv-02657-JJT-ESW<br><br>**THIRD UNOPPOSED MOTION FOR EXTENSION TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>**(Third Request)** |

Defendants, by and through counsel undersigned, hereby respectfully request an extension of the deadline for Defendants to file their responsive pleading to Plaintiff's First Amended Complaint until **June 26, 2024**.  This is Defendants' third request for an extension to respond to the First Amended Complaint.  Defendants' responsive pleadings are currently due on **June 12, 2024**. The reason for the requested additional extension is that the parties have met and conferred and exchanged informal early discovery to address some of the issues

raised by the First Amended Complaint. The requested extension is to afford the parties time to resolve those concerns and because Plaintiff has indicated it is anticipated a Motion to Amend and file a Second Amended Complaint will likely be forthcoming.  Accordingly, in conferring, Defendants have requested Plaintiff's position on this Motion for Extension and Plaintiff's counsel does not oppose the extension.

Dated this 11th day of June, 2024.

BROENING OBERG WOODS & WILSON, P.C.

By */s/ Jessica J. Kokal*
Jessica J. Kokal
*Attorney for Defendants*

CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of May 2024, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Sean A. Woods
Mills & Woods Law
5055 N 12th St., Ste 101
Phoenix, AZ 85014
*Attorneys for Plaintiff*

By: /s/ *Raquel L. Auriemma*