# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Stephen Shere,<br><br>　　　　Plaintiff,<br><br>v.<br><br>City of Phoenix, a governmental entity; Michael Sullivan, Chief of the Phoenix Police Department; Daniel Joseph Snyder, an individual; Alex Beaver, an individual; Christopher A Gitsch, an individual; Eric Elliot Summerville, an individual; Brittany Bartimoccia, an individual; Jacob A. Lewis, an individual; Jennifer Lorrain Beberniss, an individual; and John and Jane Does I-X,<br><br>　　　　Defendants. | Case No.: 2:23-cv-02657-JJY-ESW<br><br>**ORDER GRANTING THIRD UNOPPOSED MOTION TO EXTEND** |

　　The Court, having reviewed Defendants' Third Unopposed Motion for Extension to Respond to Plaintiff's First Amended Complaint (Doc.   ), and good cause appearing,

　　IT IS ORDERED that the Unopposed Motion is GRANTED (Doc.   ).

　　IT IS FURTHER ORDERED that Defendants' response to Plaintiff's First Amended Complaint is due by **June 26, 2024.**

　　　　　Dated this _____ day of _____, 2024.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Honorable Eileen S. Willett