IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Stephan Shere,<br><br>        Plaintiff,<br><br>v.<br><br>City of Phoenix, et al.,<br><br>        Defendants. | No. CV-23-02657-PHX-JJT (ESW)<br><br>**ORDER** |

      The Court has considered Defendants' Third Unopposed Motion for Extension to Respond to Plaintiff's First Amended Complaint (Doc. 20).  There being no objection by Plaintiff, and good cause appearing,

      IT IS ORDERED granting the Third Unopposed Motion for Extension to Respond to Plaintiff's First Amended Complaint (Doc. 20).  Defendants shall file a response to Plaintiff's First Amended Complaint (Doc. 14) no later than **June 26, 2024**.

      Dated this 24th day of June, 2024.

                                        Honorable Eileen S. Willett
                                        United States Magistrate Judge