IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Stephan Shere,<br><br>　　　　Plaintiff,<br><br>v.<br><br>City of Phoenix, et al.,<br><br>　　　　Defendants. | No. CV-23-02657-PHX-JJT (ESW)<br><br>**ORDER** |

　　　　Pending before the Court is Plaintiff's "Motion for Leave to File Second Amended Complaint" (Doc. 22) filed through counsel. No response has been filed and the time to do so has passed. *See* LRCiv 7.2(i). For good cause shown, the Court will grant Plaintiff's Motion (Doc. 22).

　　　　In accordance with its continuing obligation to screen civil rights complaints brought by prisoners, the Court has reviewed Plaintiff's proposed Second Amended Complaint. 28 U.S.C. § 1915A(a). The Court will order Defendants to answer the Second Amended Complaint.

　　　　**IT IS ORDERED** granting Plaintiff's "Motion for Leave to File Second Amended Complaint" (Doc. 22).

　　　　**IT IS FURTHER ORDERED** that within fourteen days of the date of this Order, Plaintiff shall file the proposed Second Amended Complaint.

**IT IS FURTHER ORDERED** that Defendants must answer the Second Amended Complaint or otherwise respond by appropriate motion within the time provided by the applicable provisions of Rule 12(a) of the Federal Rules of Civil Procedure. Any answer or response must state the specific Defendant by name on whose behalf it is filed. The Court may strike any answer, response, or other motion or paper that does not identify the specific Defendant by name on whose behalf it is filed.

Dated this 12th day of July, 2024.

*/s/ Eileen S. Willett*
Honorable Eileen S. Willett
United States Magistrate Judge