UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Stephan Shere, an individual,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>City of Phoenix, a governmental entity; Michael Sullivan, Chief of the Phoenix Police Department; Daniel Joseph Snyder, an individual; Alex Beaver, an individual; Christopher A Gitsch, an individual; Eric Elliot Summerville, an individual; Brittany Bartimoccia, an individual; Jacob A Lewis, an individual; Charles C Allen, an individual; Jennifer Lorrain Beberniss, an individual; Amanda Newsum, an individual; and, John and Jane Does I-X,<br><br>　　　　　Defendants. | No.: CV-23-02657-PHX-JJT (ESW)<br><br>**[PROPOSED] ORDER EXTENDING TIME TO RESPOND TO MOTION TO DISMISS**<br><br>(Assigned to the Honorable John J. Tuchi and Referred to the Honorable Eileen S. Willett for all pretrial proceedings) |

THE COURT, having reviewed the Stipulation for Extension of Time to Respond to Motion to Dismiss (the "Stipulation"), and good cause appearing, therefore:

**IT IS ORDERED** granting the Stipulation.

**IT IS FURTHER ORDERED** extending the time within which Plaintiff may file his Response to the Motion to Dismiss Second Amended Complaint, ECF No. 25, filed by Defendants, until up to and including September 3, 2024.