# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Stephan Shere, | No. CV-23-02657-PHX-JJT (ESW) |
| Plaintiff, | **ORDER** |
| v. | |
| City of Phoenix, et al., | |
| Defendants. | |

The Court has considered the parties' Stipulation for Extension of Time to Respond to Motion to Dismiss (Doc. 26).

IT IS ORDERED granting the Stipulation for Extension of Time to Respond to Motion to Dismiss (Doc. 26). Plaintiff shall file his response to Defendants' Motion to Dismiss Second Amended Complaint (Doc. 25) no later than **September 3, 2024**.

Dated this 16th day of August, 2024.

Honorable Eileen S. Willett
United States Magistrate Judge