# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Stephan Shere,<br><br>　　　　Plaintiff,<br><br>v.<br><br>City of Phoenix, et al.,<br><br>　　　　Defendants. | No. CV-23-02657-PHX-JJT (ESW)<br><br>**ORDER** |

　　　　The Court has considered the parties' Second Stipulation for Extension of Time to Respond to Motion to Dismiss (Doc. 28).

　　　　IT IS ORDERED granting the Second Stipulation for Extension of Time to Respond to Motion to Dismiss (Doc. 28). Plaintiff shall file a response to Defendants' Motion to Dismiss Second Amended Complaint (Doc. 25) no later than **September 10, 2024**.

　　　　Dated this 4th day of September, 2024.

　　　　　　　　　　　　　　　　　　　　　　　Honorable Eileen S. Willett
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge