Robert T. Mills (Arizona Bar #018853)
Sean A. Woods (Arizona Bar #028930)
**MILLS + WOODS LAW, PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
docket@millsandwoods.com
swoods@millsandwoods.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Stephan Shere, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>City of Phoenix, a governmental entity; Michael Sullivan, Chief of the Phoenix Police Department; Daniel Joseph Snyder, an individual; Alex Beaver, an individual; Christopher A Gitsch, an individual; Eric Elliot Summerville, an individual; Brittany Bartimoccia, an individual; Jacob A Lewis, an individual; Charles C Allen, an individual; Jennifer Lorrain Beberniss, an individual; Amanda Newsum, an individual; and, John and Jane Does I-X,<br><br>Defendants. | No.: CV-23-02657-PHX-JJT (ESW)<br><br>**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO MOTION TO DISMISS**<br><br>(Third Request)<br><br>(Assigned to the Honorable John J. Tuchi and Referred to the Honorable Eileen S. Willett for all pretrial proceedings) |

Through undersigned counsel and pursuant to Rule 7.3 of the Local Rules of Civil Procedure, Plaintiff and Defendants hereby stipulate and agree to extend the time within which Plaintiff may file his Response to the Motion to Dismiss Second Amended Complaint, ECF No. 25, filed by Defendants, until up to and including September 17, 2024, in accordance with the [Proposed] Order filed concurrently herewith and attached hereto. Good cause exists for such an extension due to Plaintiff's counsel's need to immediately attend to a medical emergency involving a close family member, and also as a result of

scheduling conflicts.   This Stipulation is agreed to in good faith and not for purposes of delay.

**RESPECTFULLY SUBMITTED** this 10th day of September 2024.

**MILLS + WOODS LAW, PLLC**

By   */s/ Sean A. Woods*
   Robert T. Mills
   Sean A. Woods
   5055 N 12th Street, Suite 101
   Phoenix, AZ 85014
   *Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 10, 2024, I electronically transmitted the foregoing document to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Jessica J. Kokal
jjk@bowwlaw.com
**BROENING, OBERG, WOODS & WILSON, PC**
rla@bowwlaw.com
2800 N Central Ave., Ste. 1600
Phoenix, AZ 85004
*Attorneys for Defendants*

Karen Stillwell
karen.stillwell@phoenix.gov
**OFFICE OF THE CITY ATTORNEY**
law.civil.minute.entries@phoenix.gov
duvelsa.rios@phoenix.gov
200 W Washington, Ste. 1300
Phoenix, Arizona 85003
*Attorneys for Defendants City of Phoenix, Chief Michael Sullivan, Sgt. Charles Allen, Sgt. Daniel Snyder, Sgt. Eric Summerville, and Sgt. Brittany Bartimoccia*


   */s/ Ben Dangerfield*