IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Stephan Shere,<br><br>            Plaintiff,<br><br>v.<br><br>City of Phoenix, et al.,<br><br>            Defendants. | No. CV-23-02657-PHX-JJT (ESW)<br><br>**ORDER** |

The Court has considered the parties' Stipulation for Extension of Time to Respond to Motion to Dismiss (Third Request) (Doc. 30).  Good cause appearing,

IT IS ORDERED granting the Stipulation for Extension of Time to Respond to Motion to Dismiss (Doc. 30).  Plaintiff shall file a response to Defendants' Motion to Dismiss Second Amended Complaint (Doc. 25) no later than **September 17, 2024**.

Dated this 11th day of September, 2024.

Honorable Eileen S. Willett
United States Magistrate Judge