LAW OFFICES
BROENING OBERG WOODS & WILSON
PROFESSIONAL CORPORATION
2800 NORTH CENTRAL, 16TH FLOOR
PHOENIX, AZ 85004
(602) 271-7700

Jessica J. Kokal/Bar No. 029042
jjk@bowwlaw.com
rla@bowwlaw.com
Kelley M. Jancaitis/Bar No. 025555
kmj@bowwlaw.com
cjg@bowwlaw.com
*Attorney for Defendants*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Stephen Shere,<br><br>Plaintiff,<br><br>v.<br><br>City of Phoenix, a governmental entity; Michael Sullivan, Chief of the Phoenix Police Department; Daniel Joseph Snyder, an individual; Alex Beaver, an individual; Christopher A Gitsch, an individual; Eric Elliot Summerville, an individual; Brittany Bartimoccia, an individual; Jacob A. Lewis, an individual; Jennifer Lorrain Beberniss, an individual; and, John and Jane Does I-X,<br><br>Defendants. | Case No.: 2:23-cv-02657-JJT-ESW<br><br>**UNOPPOSED MOTION FOR EXTENSION TO REPLY IN SUPPORT OF MOTION TO DISMISS**<br><br>**(First Request)** |

     Defendants, through counsel undersigned, hereby respectfully request an extension of the deadline for Defendants to file a reply in support of their Motion to Dismiss [Doc. 25] until **September 27, 2024**. This is Defendants' first request.

     Defendants' reply is currently due on September 23, 2024. The extension is not requested for purposes of delay, but for good cause. Despite diligent efforts, a few additional

days are necessary to accommodate Defendants' schedule and ability to review and consult with counsel regarding the contents of the reply. No party will be prejudiced by the brief extension.

Defendants have requested Plaintiff's position on this Motion for Extension and Plaintiff's counsel **does not** oppose the extension.

Accordingly, Defendants respectfully request the Court enter an order extending the deadline for Defendants to file a reply in support of their Motion to Dismiss by four (4) days, until and including September 27, 2024. A proposed form of order is attached.

Dated this 24th day of September, 2024.

BROENING OBERG WOODS & WILSON, P.C.

By */s/ Jessica J. Kokal*
Jessica J. Kokal
Kelley M. Jancaitis
*Attorney for Defendants*

### CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of September 2024, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Sean A. Woods
Benjamin Dangerfield
Mills & Woods Law
5055 N 12th St., Ste 101
Phoenix, AZ 85014
*Attorneys for Plaintiff*

By: /s/ *Raquel L. Auriemma*