# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Stephen Shere,<br><br>        Plaintiff,<br><br>v.<br><br>City of Phoenix, a governmental entity; Michael Sullivan, Chief of the Phoenix Police Department; Daniel Joseph Snyder, an individual; Alex Beaver, an individual; Christopher A Gitsch, an individual; Eric Elliot Summerville, an individual; Brittany Bartimoccia, an individual; Jacob A. Lewis, an individual; Jennifer Lorrain Beberniss, an individual; and John and Jane Does I-X,<br><br>        Defendants. | Case No.: 2:23-cv-02657-JJY-ESW<br><br>**ORDER GRANTING THIRD UNOPPOSED MOTION TO EXTEND** |

The Court, having reviewed Defendants' Unopposed Motion for Extension to Reply in Support of Motion to Dismiss (Doc.   ), and good cause appearing,

IT IS ORDERED that the Unopposed Motion is GRANTED (Doc.   ).

IT IS FURTHER ORDERED that Defendants' reply in support of the Motion to Dismiss (Doc. 25) is due by **September 27, 2024.**

Dated this _____ day of _____, 2024.

_____
Honorable Eileen S. Willett