# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Stephan Shere,<br><br>    Plaintiff,<br><br>v.<br><br>City of Phoenix, et al.,<br><br>    Defendants. | No. CV-23-02657-PHX-JJT (ESW)<br><br>**ORDER** |

The Court has considered Defendants' Unopposed Motion for Extension to Reply in Support of Motion to Dismiss (Doc. 33). There being no objection by Plaintiff, and good cause appearing,

IT IS ORDERED granting the Unopposed Motion for Extension to Reply in Support of Motion to Dismiss (Doc. 33). Defendants shall file their reply in support of the Motion to Dismiss Second Amended Complaint (Doc. 25) no later than **September 27, 2024**.

Dated this 25th day of September, 2024.

_____
Honorable Eileen S. Willett
United States Magistrate Judge