LAW OFFICES
BROENING OBERG WOODS & WILSON
PROFESSIONAL CORPORATION
2800 NORTH CENTRAL, 16TH FLOOR
PHOENIX, AZ 85004
(602) 271-7700
Jessica J. Kokal/Bar No. 029042
jjk@bowwlaw.com
rla@bowwlaw.com
*Attorney for Defendants City of Phoenix*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Stephen Shere,<br><br>Plaintiff,<br><br>v.<br><br>City of Phoenix, a governmental entity; Michael Sullivan, Chief of the Phoenix Police Department; Daniel Joseph Snyder, an individual; Alex Beaver, an individual; Christopher A Gitsch, an individual; Eric Elliot Summerville, an individual; Brittany Bartimoccia, an individual; Jacob A. Lewis, an individual; Jennifer Lorrain Beberniss, an individual; and, John and Jane Does I-X,<br><br>Defendants. | Case No.: 2:23-cv-02657-JJT-ESW<br><br>**UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER PLAINTIFF'S SECOND AMENDED COMPLAINT** |

Defendant City of Phoenix, by and through counsel undersigned, hereby respectfully requests an extension of the deadline to file its responsive pleading to Plaintiff's Second Amended Complaint until **January 23, 2025**. This is Defendant's first request for an extension to respond to the Second Amended Complaint. Defendant's responsive pleading is currently due on **January 16, 2025**. The reason for the request is that defense counsel needs additional time to finalize the response with the remaining defendants, and that the time to do

was limited because of the holidays and travel, as the Order regarding the Motion to Dismiss was entered in between Christmas and New Years and while defense counsel was out of the country.

Defendants have requested Plaintiff's position on the extension and Plaintiff's counsel does not oppose the extension.

Dated this 16th day of January, 2025.

BROENING OBERG WOODS & WILSON, P.C.

By /s/ *Jessica J. Kokal*
Jessica J. Kokal
*Attorney for Defendant City of Phoenix*

CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of January 2025, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Sean A. Woods
Mills & Woods Law
5055 N 12th St., Ste 101
Phoenix, AZ 85014
*Attorneys for Plaintiff*

By: /s/ *Raquel L. Auriemma*