1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Stephan Shere, | No. CV-23-02657-PHX-JJT (ESW) |
| Plaintiff, | **ORDER** |
| v. | |
| City of Phoenix, et al., | |
| Defendants. | |

The Court has considered Defendant City of Phoenix's Unopposed Motion for Extension of Time to Answer Plaintiff's Second Amended Complaint (Doc. 37). There being no objection by Plaintiff, and good cause appearing,

IT IS ORDERED granting the Unopposed Motion for Extension of Time to Answer Plaintiff's Second Amended Complaint (Doc. 37). Defendants shall file a responsive pleading to Plaintiff's Second Amended Complaint (Doc. 24) no later than **January 23, 2025**.

Dated this 16th day of January, 2025.

Honorable Eileen S. Willett
United States Magistrate Judge