LAW OFFICES
BROENING OBERG WOODS & WILSON
PROFESSIONAL CORPORATION
2800 NORTH CENTRAL, 16TH FLOOR
PHOENIX, AZ 85004
(602) 271-7700
Jessica J. Kokal/Bar No. 029042
jjk@bowwlaw.com
rla@bowwlaw.com
*Attorney for Defendants City of Phoenix*

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Stephen Shere,<br><br>   Plaintiff,<br><br>v.<br><br>City of Phoenix, a governmental entity; Michael Sullivan, Chief of the Phoenix Police Department; Daniel Joseph Snyder, an individual; Alex Beaver, an individual; Christopher A Gitsch, an individual; Eric Elliot Summerville, an individual; Brittany Bartimoccia, an individual; Jacob A. Lewis, an individual; Jennifer Lorrain Beberniss, an individual; and, John and Jane Does I-X,<br><br>   Defendants. | Case No.: 2:23-cv-02657-JJT-ESW<br><br>**SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER PLAINTIFF'S SECOND AMENDED COMPLAINT** |

Defendant City of Phoenix, by and through counsel undersigned, hereby respectfully requests an extension of the deadline to file its responsive pleading to Plaintiff's Second Amended Complaint until **January 30, 2025**. This is Defendant's second request for an extension to respond to the Second Amended Complaint. Defendant's responsive pleading is currently due on **January 23, 2025**. The reason for the request is that, due to an inadvertent calendaring error, the deadline of January 23, 2025 was not entered after the first Unopposed

Motion for Extension of Time to Answer was granted by this Court. To avoid unfair prejudice to Defendants themselves as a result of this calendaring mistake, and allow them appropriate time to review the Answer prior to filing, Defendants request this brief second extension.

Defendants have requested Plaintiff's position on the extension and Plaintiff's counsel does not oppose the extension.

Dated this 23rd day of January, 2025.

BROENING OBERG WOODS & WILSON, P.C.

By /s/ *Jessica J. Kokal*
Jessica J. Kokal
*Attorney for Defendant City of Phoenix*

CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of January 2025, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Sean A. Woods
Mills & Woods Law
5055 N 12th St., Ste 101
Phoenix, AZ 85014
*Attorneys for Plaintiff*

By: /s/ *Raquel L. Auriemma*