# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Stephan Shere,<br><br>　　　　Plaintiff,<br><br>v.<br><br>City of Phoenix, et al.,<br><br>　　　　Defendants. | No. CV-23-02657-PHX-JJT (ESW)<br><br>**ORDER** |

The Court has reviewed Defendant City of Phoenix's "Second Unopposed Motion for Extension of Time to Answer Plaintiff's Second Amended Complaint" (Doc. 39). For good cause shown,

**IT IS ORDERED** granting Defendant City of Phoenix's Motion (Doc. 39). Defendants shall file a responsive pleading to Plaintiff's Second Amended Complaint (Doc. 24) no later than **January 30, 2025**.

Dated this 24th day of January, 2025.

Honorable Eileen S. Willett
United States Magistrate Judge