LAW OFFICES
BROENING OBERG WOODS & WILSON
PROFESSIONAL CORPORATION
2800 NORTH CENTRAL, 16TH FLOOR
PHOENIX, AZ 85004
(602) 271-7700
Jessica J. Kokal/Bar No. 029042
jjk@bowwlaw.com
rla@bowwlaw.com
*Attorney for Defendants City of Phoenix*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Stephen Shere,<br><br>   Plaintiff,<br><br>v.<br><br>City of Phoenix, a governmental entity; Michael Sullivan, Chief of the Phoenix Police Department; Daniel Joseph Snyder, an individual; Alex Beaver, an individual; Christopher A Gitsch, an individual; Eric Elliot Summerville, an individual; Brittany Bartimoccia, an individual; Jacob A. Lewis, an individual; Jennifer Lorrain Beberniss, an individual; and, John and Jane Does I-X,<br><br>   Defendants. | Case No.: 2:23-cv-02657-JJT-ESW<br><br>**JOINT REPORT REGARDING SETTLEMENT TALKS** |

The Parties, by and through counsel undersigned, hereby submit this joint report regarding settlement talks. The parties request an extension of six months to complete settlement discussions. The reason for the request is that the parties' deadline to complete discovery in this matter is April 30, 2026. Although the parties hope to take advantage of the earliest possible opportunity to discuss settlement, delays have occurred related to issues of confidentiality and scheduling which have prevented the parties from conducting initial

discovery including the deposition of Plaintiff. For those reasons, the parties request this extension to allow some initial discovery to occur for the purpose of facilitating discovery which will be beneficial to the settlement discussion process.

Dated this 9th day of September, 2025.

BROENING OBERG WOODS & WILSON, P.C.

By */s/ Jessica J. Kokal*
Jessica J. Kokal
*Attorney for Defendants*

MILLS + WOODS LAW, PLLC.

By */s/Sean A. Woods (w/permission)*
Robert T. Mills (Arizona Bar #018853)
Sean A. Woods (Arizona Bar #028930)
*Attorney for Plaintiff*

CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of September 2025, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Robert T. Mills (Arizona Bar #018853)
Sean A. Woods (Arizona Bar #028930)
**MILLS + WOODS LAW, PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
docket@millsandwoods.com
swoods@millsandwoods.com
bdangerfield@millsandwoods.com
*Attorneys for Plaintiff*

By: /s/ *Raquel L. Auriemma*