# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Stephan Shere,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>City of Phoenix, et al.,<br><br>　　　　　Defendants. | No. CV-23-02657-PHX-JJT (ESW)<br><br>**ORDER** |

　　　The Court has considered the parties' Joint Report Regarding Settlement Talks (Doc. 48). The parties request an additional six (6) months to complete settlement discussions. For good cause shown,

　　　IT IS ORDERED extending the deadline for good faith settlement talks to six (6) months from the date of filing this Order.

　　　Dated this 17th day of September, 2025.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Honorable Eileen S. Willett
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge