Robert T. Mills (Arizona Bar #018853)
Sean A. Woods (Arizona Bar #028930)
**MILLS + WOODS LAW, PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
docket@millsandwoods.com
swoods@millsandwoods.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Stephan Shere, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>City of Phoenix, a governmental entity; Michael Sullivan, Chief of the Phoenix Police Department; Daniel Joseph Snyder, an individual; Alex Beaver, an individual; Christopher A Gitsch, an individual; Eric Elliot Summerville, an individual; Brittany Bartimoccia, an individual; Jacob A Lewis, an individual; Charles C Allen, an individual; Jennifer Lorrain Beberniss, an individual; Amanda Newsum, an individual; and, John and Jane Does I-X,<br><br>Defendants. | No.: CV-23-02657-PHX-JJT (ESW)<br><br>**STIPULATION FOR EXTENSION OF DEADLINES**<br><br>(1st Request)<br><br>(Assigned to the Honorable John J. Tuchi and Referred to the Honorable Eileen S. Willett for all pretrial proceedings) |

Through counsel undersigned and pursuant to Rule 7.3 of the Local Rules of Civil Procedure, the parties hereby jointly stipulate and agree to an extension of deadlines in this action by approximately ninety days each, in accordance with the [Proposed] Order attached hereto. Good cause exists for same, which is the first such request in this action, as the existence of multiple scheduling conflicts on the part of counsel and the upcoming Holiday Season have slowed the actual and anticipated progress of discovery in this action.

In light of the foregoing, the parties hereby stipulate and agree to an extension of the following deadlines in this matter, as set forth below:

1. The last day for Plaintiff to serve his expert disclosures, from December 1, 2025 to **March 2, 2026**;

2. The last day for Defendants to serve their expert disclosures, from January 15, 2026 to **April 15, 2026**;

3. The last day to serve rebuttal expert disclosures, from February 16, 2026 to **May 15, 2026**;

4. The last day for the parties to meet in person and engage in good-faith settlement talks, from March 17, 2026 to **June 17, 2026**;

5. The discovery deadline, from April 30, 2026 to **July 30, 2026**, and;

6. The last day to file dispositive motions, from June 1, 2026 to **September 1, 2026**.

///

///

///

///

**RESPECTFULLY SUBMITTED** this 2nd day of December 2025.

**MILLS + WOODS LAW, PLLC**

By  */s/ Sean A. Woods*
     Robert T. Mills
     Sean A. Woods
     5055 N 12th Street, Suite 101
     Phoenix, AZ 85014
     *Attorneys for Plaintiff*

**BROENING, OBERG, WOODS & WILSON, PC**

By  */s/ Jessica J. Kokal (w/ permission)*
     Jessica J. Kokal
     2800 N Central Ave., Ste. 1600
     Phoenix, AZ 85004
     *Attorneys for Defendants*

### CERTIFICATE OF SERVICE

I hereby certify that on December 2, 2025, I electronically transmitted the foregoing document to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Jessica J. Kokal
jjk@bowwlaw.com
**BROENING, OBERG, WOODS & WILSON, PC**
rla@bowwlaw.com
2800 N Central Ave., Ste. 1600
Phoenix, AZ 85004
*Attorneys for Defendants*

Karen Stillwell
karen.stillwell@phoenix.gov
**OFFICE OF THE CITY ATTORNEY**
law.civil.minute.entries@phoenix.gov
duvelsa.rios@phoenix.gov
200 W Washington, Ste. 1300
Phoenix, Arizona 85003
*Attorneys for Defendants City of Phoenix, Chief Michael Sullivan, Sgt. Charles Allen, Sgt. Daniel Snyder, Sgt. Eric Summerville, and Sgt. Brittany Bartimoccia*

    */s/ Ben Dangerfield*

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014
480.999.4556