Mills + Woods Law, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014-2555
480.999.4556

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Stephan Shere, an individual,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>City of Phoenix, a governmental entity; Michael Sullivan, Chief of the Phoenix Police Department; Daniel Joseph Snyder, an individual; Alex Beaver, an individual; Christopher A Gitsch, an individual; Eric Elliot Summerville, an individual; Brittany Bartimoccia, an individual; Jacob A Lewis, an individual; Charles C Allen, an individual; Jennifer Lorrain Beberniss, an individual; Amanda Newsum, an individual; and, John and Jane Does I-X,<br><br>　　　　　　Defendants. | No.: CV-23-02657-PHX-JJT (ESW)<br><br>**[PROPOSED] ORDER EXTENDING DEADLINES**<br><br>(Assigned to the Honorable John J. Tuchi and Referred to the Honorable Eileen S. Willett for all pretrial proceedings) |

The Court, having reviewed the "Stipulation for Extension of Deadlines (1st Request)" (the "Stipulation"), and good cause appearing, therefore:

**IT IS ORDERED** granting the Stipulation.

**IT IS FURTHER ORDERED** extending the following deadlines in this action as follows:

1.　　The last day for Plaintiff to serve his expert disclosures, from December 1, 2025 to **March 2, 2026**;

2.  The last day for Defendants to serve their expert disclosures, from January 15, 2026 to **April 15, 2026**;

3.  The last day to serve rebuttal expert disclosures, from February 16, 2026 to **May 15, 2026**;

4.  The last day for the parties to meet in person and engage in good-faith settlement talks, from March 17, 2026 to **June 17, 2026**;

5.  The discovery deadline, from April 30, 2026 to **July 30, 2026**, and;

6.  The last day to file dispositive motions, from June 1, 2026 to **September 1, 2026**.

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014
480.999.4556