# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Stephan Shere,<br><br>　　　　Plaintiff,<br><br>v.<br><br>City of Phoenix, et al.,<br><br>　　　　Defendants. | No. CV-23-02657-PHX-JJT (ESW)<br><br>**ORDER** |

The Court has considered the parties' Stipulation for Extension of Deadlines (Doc. 50).

IT IS ORDERED granting the Stipulation for Extension of Deadlines (Doc. 50).

IT IS FURTHER ORDERED extending deadlines as follows:

| | |
|---|---|
| Plaintiff expert disclosures | **March 2, 2026** |
| Defendants' expert disclosures | **April 15, 2026** |
| Rebuttal expert disclosures | **May 15, 2026** |
| Settlement discussions | **June 17, 2026** |
| All discovery | **July 30, 2026** |
| Dispositive motions | **September 1, 2026** |

Counsel are reminded of the Court's advisal and policy not to extend the dispositive motion deadline beyond the two year anniversary of the date of commencement of an action (Doc. 44 at 5). This case was filed December 19, 2023. The dispositive motion deadline set herein extends well beyond the two-year anniversary of the filing of the case.

The Court will not further extend the dispositive motion deadline absent extraordinary circumstances.

Dated this 3rd day of December, 2025.

_____
Honorable Eileen S. Willett
United States Magistrate Judge