LAW OFFICES
BROENING OBERG WOODS & WILSON
PROFESSIONAL CORPORATION
2800 NORTH CENTRAL, 16TH FLOOR
PHOENIX, AZ 85004
(602) 271-7700
Jessica J. Kokal/Bar No. 029042
jjk@bowwlaw.com
rla@bowwlaw.com
*Attorney for Defendants City of Phoenix,
Michael Sullivan, Christopher A. Gitsch,
and Eric Elliot Summerville*

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Stephan Shere,<br><br>Plaintiff,<br><br>v.<br><br>City of Phoenix, a governmental entity; Michael Sullivan, Chief of the Phoenix Police Department; Daniel Joseph Snyder, an individual; Alex Beaver, an individual; Christopher A Gitsch, an individual; Eric Elliot Summerville, an individual; Brittany Bartimoccia, an individual; Jacob A. Lewis, an individual; Jennifer Lorrain Beberniss, an individual; and, John and Jane Does I-X,<br><br>Defendants. | Case No.: 2:23-cv-02657-JJT-ASB<br><br>**NOTICE OF PLAINTIFF'S DEPOSITION** |

YOU ARE HEREBY NOTIFIED that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, the deposition will be taken upon oral examination of the persons whose names and addresses are stated below at the time and place stated below before an officer authorized by law to administer oaths.

    PERSON(S) TO BE EXAMINED:    **STEPHAN SHERE**

| | |
|---|---|
| DATE AND TIME OF DEPOSITION: | **January 21, 2026 at 1:00 p.m.** |
| PLACE OF DEPOSITION: | **BROENING OBERG WOODS & WILSON**<br>**2800 N. Central Avenue, Suite 1600**<br>**Phoenix, AZ 85004** |
| FORM OF RECORDING: | **COURT REPORTER** |

DATED this 11th day of December, 2025

                                BROENING OBERG WOODS & WILSON, P.C.

                                By */s/ Jessica J. Kokal*
                                    Jessica J. Kokal
                                  *Attorney for Defendants City of Phoenix,*
                                  *Michael Sullivan, Christopher A. Gitsch, and*
                                  *Eric Elliot Summerville*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 11th day of December 2025, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Robert T. Mills
Sean A. Woods
MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
docket@millsandwoods.com
swoods@millsandwoods.com
bdangerfield@millsandwoods.com
*Attorneys for Plaintiff*

With a copy emailed to:

Maricopa Reporting
scheduling@maricopareporting.com
*Court Reporter*

By: /s/ *Raquel L. Auriemma*