LAW OFFICES
BROENING OBERG WOODS & WILSON
PROFESSIONAL CORPORATION
2800 NORTH CENTRAL, 16TH FLOOR
PHOENIX, AZ 85004
(602) 271-7700
Jessica J. Kokal/Bar No. 029042
jjk@bowwlaw.com
rla@bowwlaw.com
*Attorney for Defendants*

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Stephen Shere,<br><br>Plaintiff,<br><br>v.<br><br>City of Phoenix, a governmental entity; Michael Sullivan, Chief of the Phoenix Police Department; Daniel Joseph Snyder, an individual; Alex Beaver, an individual; Christopher A Gitsch, an individual; Eric Elliot Summerville, an individual; Brittany Bartimoccia, an individual; Jacob A. Lewis, an individual; Jennifer Lorrain Beberniss, an individual; and John and Jane Does I-X,<br><br>Defendants. | Case No.: 2:23-cv-02657-JJT-ESW<br><br>**NOTICE OF SERVICE OF DISCOVERY** |

Defendant City of Phoenix (hereinafter "Defendant"), by and through counsel undersigned, hereby provides Notice that they served the Defendants' Third Supplemental Disclosure Statement upon Plaintiff via electronic mail on this date.

Dated this 22nd day of December, 2025.

BROENING OBERG WOODS & WILSON, P.C.

By */s/ Jessica J. Kokal*
Jessica J. Kokal
*Attorney for Defendant City of Phoenix*

CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of December 2025, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Robert T. Mills (Arizona Bar #018853)
Sean A. Woods (Arizona Bar #028930)
MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
docket@millsandwoods.com
swoods@millsandwoods.com
bdangerfield@millsandwoods.com
*Attorneys for Plaintiff*

By: /s/ *Raquel L. Auriemma*