LAW OFFICES
BROENING OBERG WOODS & WILSON
PROFESSIONAL CORPORATION
2800 NORTH CENTRAL, 16TH FLOOR
PHOENIX, AZ  85004
(602) 271-7700
Jessica J. Kokal/Bar No. 029042
jjk@bowwlaw.com
rla@bowwlaw.com
*Attorney for Defendants City of Phoenix,*
*Michael Sullivan, Christopher A. Gitsch,*
*and Eric Elliot Summerville*

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Stephen Shere,<br><br>              Plaintiff,<br><br>v.<br><br>City of Phoenix, a governmental entity; Michael Sullivan, Chief of the Phoenix Police Department; Daniel Joseph Snyder, an individual; Alex Beaver, an individual; Christopher A Gitsch, an individual; Eric Elliot Summerville, an individual; Brittany Bartimoccia, an individual; Jacob A. Lewis, an individual; Jennifer Lorrain Beberniss, an individual; and, John and Jane Does I-X,<br><br>              Defendants. | Case No.: 2:23-cv-02657-JJT-ASB<br><br>**STIPULATED MOTION TO STAY** |

The Parties, by and through counsel undersigned, hereby request this matter be stayed. The reason for the request is that Plaintiff has identified a new theory of the case which would impact every aspect of discovery in this matter.  Plaintiff intends to move to amend the Complaint to add this theory, and Defendants intend to oppose that Motion.  Without resolution on this issue before additional discovery commences, the Parties would be forced to spend the time and expense addressing issues with experts, parties, and fact witnesses

which may ultimately never become part of the case.  In addition to wasting resources and time, Defendants maintain that it may be harassing and prejudicial to be subjected to discovery on a theory that has not yet been properly pled.  Last, an additional theory of the case would lead to additional potential damages, and Defendants maintain they are entitled to reopen the deposition of Plaintiff to address this new claim should the Court permit it on amendment, and should be allowed to do so prior to the deadlines for expert disclosures.  For all these reasons, the Parties request that discovery be stayed until this can be resolved.

Dated this 10th day of April, 2026.

BROENING OBERG WOODS & WILSON, P.C.

By */s/ Jessica J. Kokal*
Jessica J. Kokal
*Attorney for Defendants City of Phoenix, Michael Sullivan, Christopher A. Gitsch, and Eric Elliot Summerville*

MILLS + WOODS LAW, PLC

By */s/ Sean A. Woods (w/permission)*
Sean A. Woods
*Attorney for Plaintiff*

CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of April 2026, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Robert T. Mills
Sean A. Woods
MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
docket@millsandwoods.com
swoods@millsandwoods.com
bdangerfield@millsandwoods.com
*Attorneys for Plaintiff*

By: /s/ *Raquel L. Auriemma*

3