# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Stephen Shere,<br><br>              Plaintiff,<br><br>v.<br><br>City of Phoenix, a governmental entity; Michael Sullivan, Chief of the Phoenix Police Department; Daniel Joseph Snyder, an individual; Alex Beaver, an individual; Christopher A Gitsch, an individual; Eric Elliot Summerville, an individual; Brittany Bartimoccia, an individual; Jacob A. Lewis, an individual; Jennifer Lorrain Beberniss, an individual; and John and Jane Does I-X,<br><br>              Defendants. | Case No.: 2:23-cv-02657-JJT-ASB<br><br>**ORDER re MOTION TO STAY** |

The Court, having reviewed the Parties' Stipulated Motion to Stay (Doc.   ), and good cause appearing,

IT IS ORDERED that the Motion is GRANTED (Doc.   ) and this matter is stayed until _____.

Dated this _____ day of _____, 2026.

_____
Honorable Alison S. Bachus