# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Stephan Shere, | No. CV-23-02657-PHX-JJT (ASB) |
| Plaintiff, | **ORDER** |
| v. | |
| City of Phoenix, et al., | |
| Defendants. | |

The Court is in receipt of the parties' Stipulated Motion to Stay.  (Doc. 58.)  In that filing, the parties jointly move the Court to stay discovery because "Plaintiff has identified a new theory of the case which would impact every aspect of discovery in this matter." (*Id.*)  The parties further indicate that Plaintiff intends to file a motion to amend the complaint in this matter, and Defendants intend to oppose that motion, and discovery should be stayed until after the issue of amendment is addressed by the Court.  (*Id.*)

The docket reflects that this matter has been pending for over two years and Plaintiff's operative pleading is the Second Amended Complaint.  The docket further reflects that over a year ago, the Court set the deadline for "joining parties, amending pleadings, and filing supplemental pleadings" for May 4, 2025.  (Doc. 44 at 2.)  The Court further warned the parties that the deadlines in this case are real and will be enforced.  (*See id.* at 5.)  When it previously granted a continuance on the parties' stipulation, the Court reiterated its admonishment. (*See* Doc. 51.)

To grant the parties' instant Motion, the Court would need to make the requisite

findings under Rule 16(b).  The Court is hard-pressed, based on the record before it, to find good cause under Rule 16(b) to extend any deadlines in this case, much less enter an indefinite stay pending the outcome of a motion that may be filed in the future. Furthermore, the Court will not extend any deadlines further past the two-year mark in this matter barring truly extraordinary circumstances.  The Court has previously warned the parties about this position, and it has not changed.  (*See* Doc. 55.)

Accordingly, the Court will deny the Motion.

**IT IS THEREFORE ORDERED denying** the parties' Stipulated Motion to Stay (Doc. 58).

**IT IS FURTHER ORDERED affirming** the Court's Scheduling Order, as amended (Docs. 44, 55).

Dated this 13th day of April, 2026.

Honorable Alison S. Bachus
United States Magistrate Judge

- 2 -