# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

Stephan Shere,

               Plaintiff,

  vs.

City of Phoenix, et al.,

               Defendants.

Case No. 2:23-CV-02657-PHX-JJT (ESW)

**ORDER**

The Court having reviewed Defendants City of Phoenix, Michael Sullivan, Christopher A. Gitsch and Eric Elliott Summerville (hereafter "Defendants"), Application for Withdrawal and Notice of Substitution of Counsel with Client Consent (Doc __), and good cause appearing,

IT IS HEREBY ORDERED substituting Lori V. Berke of Berke Law Firm, PLLC for these Defendants in place of Jessica J. Kokal of Broening Oberg Woods & Wilson, who previously appeared on their behalf and are hereby withdrawn as counsel of record for these Defendants in this matter.

1