Robert T. Mills (Arizona Bar #018853)
Sean A. Woods (Arizona Bar #028930)
**MILLS + WOODS LAW, PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
docket@millsandwoods.com
swoods@millsandwoods.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Stephan Shere, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>City of Phoenix, a governmental entity; Michael Sullivan, Chief of the Phoenix Police Department; Daniel Joseph Snyder, an individual; Alex Beaver, an individual; Christopher A Gitsch, an individual; Eric Elliot Summerville, an individual; Brittany Bartimoccia, an individual; Jacob A Lewis, an individual; Charles C Allen, an individual; Jennifer Lorrain Beberniss, an individual; Amanda Newsum, an individual; and, John and Jane Does I-X,<br><br>Defendants. | No.: CV-23-2657-PHX-JJT (ASB)<br><br>**PLAINTIFF'S NOTICE OF SERVICE OF SECOND SUPPLEMENTAL DISCLOSURE STATEMENT**<br><br>(Assigned to the Honorable John J. Tuchi and Referred to the Honorable Alison S Bachus for all pretrial proceedings) |

Through counsel undersigned and pursuant to Rule 5.2 of the Local Rules of Civil Procedure, Plaintiff hereby gives notice that this same day he served his Second Supplemental Disclosure Statement upon Defendants via email to their counsel.

///

///

///

///

**RESPECTFULLY SUBMITTED** this 26th day of May 2026.

MILLS + WOODS LAW, PLLC


By  */s/ Sean A. Woods*
       Robert T. Mills
       Sean A. Woods
       5055 N 12th Street, Suite 101
       Phoenix, AZ 85014
       *Attorneys for Plaintiff*


**CERTIFICATE OF SERVICE**

I hereby certify that on May 26, 2026, I electronically transmitted the foregoing document to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Lori V. Berke
lori@berkelawfirm.com
**BERKE LAW FIRM, PLLC**
1601 N 7th St., Ste. 360
Phoenix, AZ 85006
(602) 254-8800
*Attorneys for Defendants*


       */s/ Ben Dangerfield*

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014
480.999.4556