Lori V. Berke (#015628)
**BERKE LAW FIRM, PLLC**
1601 N. 7th Street, Suite 360
Phoenix, AZ 85006
Phone: (602) 254-8800
Fax: (602) 254-8808
lori@berkelawfirm.com
Attorneys for Defendants

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Stephan Shere,<br><br>    Plaintiff,<br><br> vs.<br><br>City of Phoenix, et al.,<br><br>    Defendants. | Case No. 2:23-CV-02657-PHX-JJT (ESW)<br><br>**NOTICE OF DEPOSITION** |

  YOU ARE HEREBY NOTIFIED that pursuant to Fed. R. Civ. P. 26 and 30, the deposition will be taken upon oral examination of the person whose name and address are stated below at the time and place stated below before an officer authorized by law to administer oaths. The deposition will be recorded by the following recording devices: court reporter.  The person recording the deposition is noted below:

**PERSON TO BE EXAMINED:**    **Don Andrews**

**DATE AND TIME OF DEPOSITION:**  **June 15, 2026 at 1:00 p.m.**

**PLACE OF DEPOSITION:**    **Berke Law Firm, PLLC**
              **1601 N. 7th Street, Suite 360**
              **Phoenix, Arizona  85006**

**COURT REPORTER:**       **Bartelt/Nix, a Veritext Company**

1

DATED this 27th day of May, 2026.

BERKE LAW FIRM, PLLC


By  s/Lori V. Berke
Lori V. Berke
Attorneys for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on May 27, 2026, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Robert T. Mills
Sean Anthony Woods
Mills & Woods Law PLLC
5055 N. 12th Street, Suite 101
Phoenix, Arizona  85014
rmills@millsandwoods.com
swoods@millsandwoods.com


s/Laine M. Roberts

2