Robert T. Mills (Arizona Bar #018853)
Sean A. Woods (Arizona Bar #028930)
**MILLS + WOODS LAW, PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
docket@millsandwoods.com
swoods@millsandwoods.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Stephan Shere, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>City of Phoenix, a governmental entity; Michael Sullivan, Chief of the Phoenix Police Department; Daniel Joseph Snyder, an individual; Alex Beaver, an individual; Christopher A Gitsch, an individual; Eric Elliot Summerville, an individual; Brittany Bartimoccia, an individual; Jacob A Lewis, an individual; Charles C Allen, an individual; Jennifer Lorrain Beberniss, an individual; Amanda Newsum, an individual; and, John and Jane Does I-X,<br><br>Defendants. | No.: CV-23-2657-PHX-JJT (ASB)<br><br>**STIPULATION FOR EXTENSION OF REMAINING CASE DEADLINES**<br><br>(Second Request)<br><br>(Assigned to the Honorable John J. Tuchi and Referred to the Honorable Alison S Bachus for all pretrial proceedings) |

Through counsel undersigned and pursuant to Rule 7.3 of the local Rules of Civil Procedure, all remaining parties hereby jointly stipulate, agree, and respectfully request, that the remaining two deadlines in this action be extended by approximately thirty days each, as set forth below and in accordance with the [Proposed] Order attached hereto. One previous extension of deadlines was stipulated to and granted.

The parties are aware of the language of the Court's previous Order, and do not make this request lightly. However, good cause exists for same. Approximately two

months ago, Plaintiff's counsel's wife received a serious breast cancer diagnosis, and in the ensuing time he has needed to be out of the office for significant periods of time attending to and caring for her, as well as their very young daughter. This has dramatically decreased, and will continue in the near future to dramatically decrease, the amount of time counsel has been able to devote to this action, greatly impeding the progress of discovery and other matters. Plaintiff's counsel wants to take the depositions of some of the Defendants in this case, but due to the situation with his wife, he only recently informed Defendants' counsel of this, and requested to take the depositions the last two weeks of July. Defendants' counsel will be in Greece and Portugal the last two weeks of July for a trip that was planned over a year ago and is therefore unavailable for depositions those two weeks. Plaintiff's counsel requested that Defendants' counsel agree to a 30-day extension of the discovery deadline to accommodate Defendants' depositions. Defendants' counsel advised that Defendants would stipulate to a 30-day extension on the condition that the deadline for filing dispositive motions is also extended by thirty (30) days.

In light of the above, Plaintiff and Defendants hereby jointly stipulate, agree, and respectfully move, to extend the following deadlines as follows:

1.    The discovery deadline, from July 30, 2026 to **August 28, 2026**, and;

2.    The last day to file dispositive motions, from September 1, 2026 to **October 1, 2026**.

///

///

///

Mills + Woods Law, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014
480.999.4556

**RESPECTFULLY SUBMITTED** this 7th day of July 2026.

MILLS + WOODS LAW, PLLC

By /s/ Sean A. Woods
   Robert T. Mills
   Sean A. Woods
   5055 N 12th Street, Suite 101
   Phoenix, AZ 85014
   *Attorneys for Plaintiff*

BERKE LAW FIRM, PLLC

By /s/ Lori V. Berke (w/ permission)
   Lori V. Berke
   1601 N 7th St., Ste. 360
   Phoenix, AZ 85006
   *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on July 7, 2026, I electronically transmitted the foregoing document to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Lori V. Berke
lori@berkelawfirm.com
laine@berkelawfirm.com
shirley@berkelawfirm.com
**BERKE LAW FIRM, PLLC**
1601 N 7th St., Ste. 360
Phoenix, AZ 85006
(602) 254-8800
*Attorneys for Defendants*

/s/ Ben Dangerfield

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014
480.999.4556