# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Stephan Shere, | No. CV-23-02657-PHX-JJT (ASB) |
| Plaintiff, | **ORDER** |
| v. | |
| City of Phoenix, et al., | |
| Defendants. | |

Before the Court is the parties' Stipulation for Extension of Remaining Case Deadlines (Doc. 75). The parties seek to extend the deadlines for discovery and dispositive motions by 30 days. The Court finds good cause appears to grant the Stipulation, given the health and scheduling issues discussed therein.  However, given the age of the case, further continuances are unlikely barring extraordinary circumstances, as the Court has previously discussed.  (*See, e.g.*, Docs. 51, 59.)

**IT IS THEREFORE ORDERED** continuing the deadlines contained in the Court's most recent case management order (Doc. 44) as follows:

1.  Discovery deadline:                              August 28, 2026

2.  Deadline to file dispositive motions:  October 1, 2026

The remainder of the Court's previous Case Management Order (Doc. 44) is **affirmed**.

Dated this 8th day of July, 2026.

_____
Honorable Alison S. Bachus
United States Magistrate Judge