Lori V. Berke (#015628)
**BERKE LAW FIRM, PLLC**
1601 N. 7th Street, Suite 360
Phoenix, AZ 85006
Phone: (602) 254-8800
Fax: (602) 254-8808
lori@berkelawfirm.com
Attorneys for Defendants

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Stephan Shere,<br><br>     Plaintiff,<br><br> vs.<br><br>City of Phoenix, et al.,<br><br>     Defendants. | Case No. 2:23-CV-02657-PHX-JJT (ESW)<br><br>**NOTICE OF SERVICE** |

   Defendants City of Phoenix, Michael Sullivan, Christopher A. Gitsch and Eric Elliott Summerville (hereafter "Defendants"), hereby give notice that they served Defendants' Fifth Supplemental Rule 26(a) Disclosure Statement upon Plaintiff via email on May 15, 2026; Defendants' Sixth Supplemental Rule 26(a) Disclosure Statement upon Plaintiff via email on June 10, 2026; and Defendants' Seventh Supplemental Rule 26(a) Disclosure Statement upon Plaintiff via email on July 7, 2026.

   DATED this 10th day of July, 2026.

               BERKE LAW FIRM, PLLC

               By _s/Lori V. Berke_
                 Lori V. Berke
                *Attorneys for Defendants City of*
                *Phoenix, Michael Sullivan, Christopher A.*
                *Gitsch and Eric Elliot Summerville*

1

**CERTIFICATE OF SERVICE**

I hereby certify that on July 10, 2026, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Robert T. Mills
Sean Anthony Woods
Mills & Woods Law PLLC
5055 N. 12th Street, Suite 101
Phoenix, Arizona  85014
rmills@millsandwoods.com
swoods@millsandwoods.com


*s/Laine M. Roberts*

2