Lori V. Berke (#015628)
**BERKE LAW FIRM, PLLC**
1601 N. 7th Street, Suite 360
Phoenix, AZ 85006
Phone: (602) 254-8800
Fax: (602) 254-8808
lori@berkelawfirm.com
Attorneys for Defendants

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Stephan Shere,<br><br>                    Plaintiff,<br><br>    vs.<br><br>City of Phoenix, et al.,<br><br>                    Defendants. | Case No. 2:23-CV-02657-PHX-JJT (ESW)<br><br>**NOTICE OF SERVICE** |

Defendants City of Phoenix, Michael Sullivan, Christopher A. Gitsch and Eric Elliott Summerville (hereafter "Defendants"), hereby give notice that they served Defendants' Eighth Supplemental Rule 26(a) Disclosure Statement upon Plaintiff via email on August 12, 2026.

DATED this 12th day of August, 2026.

                                        BERKE LAW FIRM, PLLC

                                        By  s/Lori V. Berke
                                            Lori V. Berke
                                        *Attorneys for Defendants City of*
                                        *Phoenix, Michael Sullivan, Christopher A.*
                                        *Gitsch and Eric Elliot Summerville*

1

**CERTIFICATE OF SERVICE**

I hereby certify that on August 12, 2026, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Robert T. Mills
Sean Anthony Woods
Mills & Woods Law PLLC
5055 N. 12th Street, Suite 101
Phoenix, Arizona  85014
rmills@millsandwoods.com
swoods@millsandwoods.com

*s/Laine M. Roberts*