Robert T. Mills (Arizona Bar #018853)
Sean A. Woods (Arizona Bar #028930)
**MILLS + WOODS LAW, PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
docket@millsandwoods.com
swoods@millsandwoods.com
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

Stephan Shere, an individual,

Plaintiff,

vs.

City of Phoenix, a governmental entity; Michael Sullivan, Chief of the Phoenix Police Department; Daniel Joseph Snyder, an individual; Alex Beaver, an individual; Christopher A Gitsch, an individual; Eric Elliot Summerville, an individual; Brittany Bartimoccia, an individual; Jacob A Lewis, an individual; Charles C Allen, an individual; Jennifer Lorrain Beberniss, an individual; Amanda Newsum, an individual; and, John and Jane Does I-X,

Defendants.

No.: CV-23-2657-PHX-JJT (ASB)

**PLAINTIFF'S NOTICE OF SERVICE OF SECOND AMENDED NOTICE OF DEPOSITION OF JACOB LEWIS**

(Assigned to the Honorable John J. Tuchi and Referred to the Honorable Alison S Bachus for all pretrial proceedings)

Through counsel undersigned and pursuant to Rule 5.2 of the Local Rules of Civil Procedure, Plaintiff Stephan Shere ("Plaintiff") hereby gives notice that this same day he served his Second Amended Notice of Deposition of Jacob A Lewis upon Defendants via email to their counsel.

///

///

///

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014-2555
480.999.4556

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014
480.999.4556

**RESPECTFULLY SUBMITTED** this 26th day of August 2026.

**MILLS + WOODS LAW, PLLC**

By *__/s/ Sean A. Woods__*
Robert T. Mills
Sean A. Woods
5055 N 12th Street, Suite 101
Phoenix, AZ 85014
*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 26, 2026, I electronically transmitted the foregoing document to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Lori V. Berke
lori@berkelawfirm.com
laine@berkelawfirm.com
shirley@berkelawfirm.com
**BERKE LAW FIRM, PLLC**
1601 N 7th St., Ste. 360
Phoenix, AZ 85006
(602) 254-8800
*Attorneys for Defendants*

*/s/ Ben Dangerfield*