Lori V. Berke (#015628)
**BERKE LAW FIRM, PLLC**
1601 N. 7th Street, Suite 360
Phoenix, AZ 85006
Phone: (602) 254-8800
Fax: (602) 254-8808
lori@berkelawfirm.com
Attorneys for Defendants

**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Stephan Shere,<br><br>Plaintiff,<br><br>vs.<br><br>City of Phoenix, et al.,<br><br>Defendants. | Case No. 2:23-CV-02657-PHX-JJT (ESW)<br><br>**STIPULATION FOR EXTENSION OF DISCOVERY DEADLINE ONLY** |

The parties, through undersigned counsel, hereby jointly stipulate, agree and respectfully request that the Court extend the discovery deadline from August 28, 2026 to September 8, 2026, to provide Defendants with additional time to respond to Plaintiff's written discovery requests for the reasons set forth below.

On June 15, 2026, Plaintiff served his First Set of Requests for Admissions to Defendants, Plaintiff's First Set of Requests for Production to Defendants, and Plaintiff's First Set of Interrogatories to Defendants. The First Set of Requests for Production and First Set of Interrogatories were extensive. Following a meet and confer on this issue, Plaintiff's counsel agreed to amend his discovery requests. The amended discovery requests were received on July 16, 2026.

Although revised, Plaintiff's discovery requests are still extensive. Defendants have diligently been working on gathering the information and documentation necessary to respond to them, but that process is still underway. Therefore, the parties jointly request that

the deadline for all discovery to be completed be extended to September 8, 2026. The requested extension will not affect the October 1, 2026 dispositive motion deadline.

A proposed order is attached pursuant to LRCiv 7.1(b)(2).

DATED this 28th day of August, 2026.

BERKE LAW FIRM, PLLC

By *s/Lori V. Berke*
Lori V. Berke
*Attorneys for Defendants City of Phoenix, Michael Sullivan, Christopher A. Gitsch and Eric Elliot Summerville*

MILLS + WOODS LAW, PLLC

By *s/Sean A. Woods (with permission)*
Robert T. Mills
Sean A. Woods
*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 28, 2026, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Robert T. Mills
Sean Anthony Woods
Mills & Woods Law PLLC
5055 N. 12th Street, Suite 101
Phoenix, Arizona 85014
rmills@millsandwoods.com
swoods@millsandwoods.com

*s/Laine M. Roberts*