**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Stephan Shere,<br><br>Plaintiff,<br><br>vs.<br><br>City of Phoenix, et al.,<br><br>Defendants. | Case No. 2:23-CV-02657-PHX-JJT (ESW)<br><br>**ORDER** |

The Court having reviewed the parties' Stipulation for Extension of Discovery Deadline Only (Doc __), and good cause appearing,

IT IS HEREBY ORDERED extending the deadline to complete discovery in this matter to September 8, 2026.

IT IS FURTHER ORDERED that the deadline for filing dispositive motions shall remain October 1, 2026.