# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

Stephan Shere,

Plaintiff,

v.

City of Phoenix, et al.,

Defendants.

No. CV-23-02657-PHX-JJT (MBM)

**ORDER**

Before the Court is the parties' Stipulation for Extension of Discovery Deadline Only. (Doc. 83.) The parties ask for an extension of the discovery deadline from August 28, 2026, to September 8, 2026, to afford Defendants adequate time to respond to Plaintiff's extensive written discovery requests. The requested extension will not affect the dispositive motion deadline of October 1, 2026.

For good cause shown,

**IT IS ORDERED** that the parties' Stipulation for Extension of Discovery Deadline Only (Doc. 83) is **GRANTED**. The discovery deadline is extended to **September 8, 2026**. The Court affirms the remainder of its previous Case Management Order, as amended (Docs. 44, 51, 76).

Dated this 1st day of September, 2026.

Honorable M. Bridget Minder
United States Magistrate Judge