Lori V. Berke (#015628)
**BERKE LAW FIRM, PLLC**
1601 N. 7th Street, Suite 360
Phoenix, AZ 85006
Phone: (602) 254-8800
Fax: (602) 254-8808
lori@berkelawfirm.com
Attorneys for Defendants

**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Stephan Shere,<br><br>Plaintiff,<br><br>vs.<br><br>City of Phoenix, et al.,<br><br>Defendants. | Case No. 2:23-CV-02657-PHX-JJT (ESW)<br><br>**NOTICE OF SERVICE** |

Defendants City of Phoenix, Michael Sullivan, Christopher A. Gitsch and Eric Elliott Summerville (hereafter "Defendants"), hereby give notice that they served the following documents upon Plaintiff via email on September 11, 2026:

1. Defendants' Eleventh Supplemental Rule 26(a) Disclosure Statement
2. Second Supplemental Response to Plaintiff's First Amended Set of Requests for Production to Defendants.

DATED this 11th day of September, 2026.

BERKE LAW FIRM, PLLC

By *s/Lori V. Berke*
Lori V. Berke
*Attorneys for Defendants City of Phoenix, Michael Sullivan, Christopher A. Gitsch and Eric Elliot Summerville*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 11, 2026, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Robert T. Mills
Sean Anthony Woods
Mills & Woods Law PLLC
5055 N. 12th Street, Suite 101
Phoenix, Arizona 85014
rmills@millsandwoods.com
swoods@millsandwoods.com

*s/Laine M. Roberts*