Lori V. Berke (#015628)
Anelisa Benavides (#036446)
**BERKE LAW FIRM, PLLC**
1601 N. 7th Street, Suite 360
Phoenix, AZ 85006
Phone: (602) 254-8800
Fax: (602) 254-8808
lori@berkelawfirm.com
Attorneys for Defendants

**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Stephan Shere,<br><br>Plaintiff,<br><br>vs.<br><br>City of Phoenix, et al.,<br><br>Defendants. | Case No. 2:23-CV-02657-PHX-JJT (ESW)<br><br>**NOTICE OF APPEARANCE AND ASSOCIATION OF COUNSEL WITHIN THE FIRM** |

Pursuant to LRCiv 83.3(a), Anelisa Benavides hereby gives notice that she is associated with the Berke Law Firm, PLLC and enters her appearance as counsel of record for Defendants City of Phoenix, Michael Sullivan, Christopher A. Gitsch and Eric Elliott Summerville.

DATED this 1st day of October, 2026.

BERKE LAW FIRM, PLLC

By *sAnelisa Benavides*
Lori V. Berke
Anelisa Benavides
*Attorneys for Defendants City of Phoenix, Michael Sullivan, Christopher A. Gitsch and Eric Elliot Summerville*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 1, 2026, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Robert T. Mills
Sean Anthony Woods
Mills & Woods Law PLLC
5055 N. 12th Street, Suite 101
Phoenix, Arizona 85014
rmills@millsandwoods.com
swoods@millsandwoods.com

*s/Anelisa Benavides*