Lori V. Berke (#015628)
Anelisa Benavides (#036446)
**BERKE LAW FIRM, PLLC**
1601 N. 7th Street, Suite 360
Phoenix, AZ 85006
Phone: (602) 254-8800
Fax: (602) 254-8808
lori@berkelawfirm.com
anelisa@berkelawfirm.com

*Attorneys for Defendants*

**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Stephan Shere,<br><br>Plaintiff,<br><br>vs.<br><br>City of Phoenix, et al.,<br><br>Defendants. | Case No. 2:23-CV-02657-PHX-JJT (ESW)<br><br>**MOTION TO EXCEED PAGE LIMIT FOR DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

Pursuant to LRCiv. 7.2(e)(1), Defendants City of Phoenix, Michael Sullivan, Christopher A. Gitsch and Eric Elliott Summerville (collectively referred to as "Defendants"), through undersigned counsel, move for leave of Court to exceed the seventeen (17) page limitation for motions by twenty-five (25) pages for their Motion for Summary Judgment. This is inclusive of one (1) page for the caption and Certificate of Service for the Motion for Summary Judgment and Statement of Facts.

Defendants are seeking to dismiss all of Plaintiff's' remaining claims—including (1) a Fourth Amendment Excessive Force claim against Officer Gitsch and Officer Summerville, brought pursuant to 42 U.S.C. § 1983; (2) a 42 U.S.C. § 1983 *Monell*[1] claim against the City

[1] *Monell v. Department of Social Services*, 436 U.S. 658, 691 (1978).

of Phoenix and former Interim Police Chief Sullivan; (3) a Gross Negligence claim against the City of Phoenix and former Interim Police Chief Sullivan; and (4) a Negligent Hiring, Supervision, Retention, and/or Training claim against the City of Phoenix and former Interim Chief Defendant Sullivan brought pursuant to Arizona state law. Each claim requires its own fact intensive legal analysis. Some of the claims are against multiple defendants and require a separate analysis for each Defendant. For instance, Count I, the Section 1983 excessive force claim, alleges two different uses and types of force – a Taser deployment by one officer and a stun bag shotgun deployment by another officer – each of which requires its own factual and legal analysis to some extent.

Additionally, both of those officers are asserting that they are entitled to qualified immunity. That argument requires a lengthy discussion of both whether the Defendant Officers' alleged conduct constitutes a constitutional violation and whether the law was clearly established at the time of the events alleged in Plaintiff's Second Amended Complaint.

As to Plaintiff's *Monell* claim against the City of Phoenix, it is premised on both failure to train in de-escalation techniques and the use of non-lethal force. Plaintiff's Negligent Hiring, Supervision, Retention, and/or Training claim has four separate topics to analyze.

Defendants are also seeking dismissal of Plaintiff's state law claims against one Defendant based on Plaintiff's failure to comply with Arizona's notice of claim statute. Finally, Defendants are seeking dismissal of Plaintiff's punitive damages claim based on state law as to the state claims and based on federal law as to the Federal claims.

Leave to exceed the page limitation for the Motion for Summary Judgment and Statement of Facts is necessary because, despite their efforts to be as concise as possible, Defendants are unable to address all of the relevant facts and the legal analysis required to address all remaining claims within the prescribed page limitation. Furthermore, if each

Defendant had filed their own motion for summary judgment, Defendants would have a total of sixty-eight (68) pages for their motions for summary judgment, which is significantly more than Defendants' lodged Motion for Summary Judgment.

Therefore, Defendants respectfully request this Court allow them to exceed the page limit for their Motion for Summary Judgment by twenty-five (25) pages (inclusive of the caption and Certificate of Service which is one (1) page).

The proposed Motion for Summary Judgment is lodged concurrently herewith and a proposed order permitting the Motion to exceed the page limit is attached.

DATED this 1st day of October, 2026.

BERKE LAW FIRM, PLLC

By *s/Anelisa Benavides*
Lori V. Berke
Anelisa Benavides
*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 1, 2026, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Robert T. Mills
Sean Anthony Woods
Mills & Woods Law PLLC
5055 N. 12th Street, Suite 101
Phoenix, Arizona 85014
rmills@millsandwoods.com
swoods@millsandwoods.com

*s/Anelisa Benavides*