**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Stephan Shere,<br>Plaintiff,<br>vs.<br>City of Phoenix, et al.,<br>Defendants. | Case No. 2:23-CV-02657-PHX-JJT (ESW)<br><br>**ORDER** |

The Court, having reviewed Defendants' Motion to Exceed Page Limit for Defendants' Motion for Summary Judgment (Doc. ___), and good cause appearing,

IT IS HEREBY ORDERED that Defendants may exceed the page limitation for motions by twenty-five (25) pages and that Defendants' Motion for Summary Judgment may be forty-two (42) pages of text in length (inclusive of caption, signatures, and certificates).

IT IS FURTHER ordered that the Clerk of Court shall file Defendants' Motion for Summary Judgment and Statement of Facts.