# EXHIBIT 16

# (NON-ELECTRONIC)

# EXHIBIT 17

# (NON-ELECTRONIC)

# EXHIBIT 18

# Phoenix Fire Department

* Hospital Copy *

## Incident Report

### Incident Summary (22432565, SHERE)

**Incident Number:** 22432565
**Date of Service:** 10/04/2022 19:37:39
**Type of Service Requested:** 911 Response
**Nature Code:** TASER - INJRD PERSON (TASER)
**Unit:** E52

**Incident/Patient Disposition:** ALS/BLS Ride (In Phx Ambo)
**Destination Name:** [MY] MAYO HOSPITAL
**Distance:** 1.2 miles

### Crew (22432565, SHERE)

| Final Crew | EMS License | State EMS Cert Licensure Level |
|---|---|---|
| Christopher Petrie | 76022 | EMCT-Paramedic |
| Michael Gore | 70878 | EMCT-EMT |
| Nicholas Pease | 73049 | EMCT-Paramedic |
| Scott Alfred | 74216 | EMCT-EMT |

#### Initial Crew (if chart was transferred)

| Initial Crew | EMS License | State EMS Cert Licensure Level |
|---|---|---|

### Incident Information (22432565, SHERE)

**INCIDENT INFORMATION**

**CAD Roster:**
**Level of Service:** ALS
**Cardiac Arrest:** No
**Suspected Stroke or TIA?:** No

**INCIDENT LOCATION**

**Incident Location Type:** Apartment
**Address:** [redacted]
**Apartment, Suite, or Room:** [redacted]
**City:** PHX
**Incident State:** AZ
**County:** Maricopa
**Zip:** 85054

**ADDENDUM DETAILS**

### Call Times (22432565, SHERE)

| Call Received: | Dispatched: | En Route: | Staged: | On Scene: | At Patient: | Rescue Leave: | At Hospital: | Transfer Care to Hospital: |
|---|---|---|---|---|---|---|---|---|
| 10/04/2022 19:37:20 | 10/04/2022 19:37:42 | 10/04/2022 19:38:51 | | 10/04/2022 19:46:12 | 10/04/2022 19:46:34 | 10/04/2022 20:00:16 | 10/04/2022 20:06:12 | 10/04/2022 20:12:08 |

**Unit Clear:**
10/04/2022
20:14:21

*All Times Are Approximate*

### Call Times by Unit (22432565, SHERE)

### Unit # 1 : E52 (22432565, SHERE)

**Call Received:** 10/04/2022 19:37:20
**Dispatched:** 10/04/2022 19:37:42
**En Route:** 10/04/2022 19:38:51
**On Scene:** 10/04/2022 19:46:12
**At Patient:** 10/04/2022 19:46:34
**Rescue Leave:** 10/04/2022 20:00:16
**At Hospital:** 10/04/2022 20:06:12
**Transfer Care to Hospital:** 10/04/2022 20:12:08
**Unit Clear:** 10/04/2022 20:14:21

*All Times Are Approximate*

### Delay Times (22432565, SHERE)

**Response Delay:** None/No Delay
**Scene Delay:** None/No Delay
**Transport Delay:** None/No Delay
**Turn-Around Delay:** None/No Delay

### Patient Information (22432565, SHERE)

**First Name:** STEPHAN
**Last Name:** SHERE
**Address:** [redacted]
**Apartment, Suite, or Room:** [redacted]
**City:** PHX
**State:** AZ

**Incident at patient residence?:**
**Sex:** Male
**Date of Birth:** [redacted]
**Age:** 37
**Age Units:** Years
**Weight:** 200.0 pounds
**Homeless:** No

### Closest Relative/Guardian

## Outcome (22432565, SHERE)

**Primary Symptom:** Anxiety or Worries

**Disposition Instructions Provided:**
**EMS Transport Method:** Ground-Ambulance
**Transporting Unit:** R52
**Response Mode to Scene:** Code - 3
**Transport Mode from Scene:** Code 2
**Reason for Choosing Destination:** Closest Facility
**Non Phoenix Transport Unit:**
**# of Patients in this EMS Unit:** One
**Final Patient Acuity:** AxOx4; No Change

**Time of Pre-Arrival Alert or Activation:**
**CN / Patch:** Courtesy Notification
**RN Name:**
**Doctor Name:**
**Destination Team Pre-Arrival Alert or Activation:**
**Physician Orders?:**
**Orders:**

**Destination Name:** [MY] MAYO HOSPITAL
**Articles Transported:** No

**Patient Face Sheet or Sticker Image:** Sticker Image
**Type of Work Related Injury, Death or Suspected Exposure:**

## Narrative (22432565, SHERE)

**On Scene Narrative (Author):** On arrival found pt sitting in the back of police car handcuffed. Pt was emotionally upset and agitated. Per PD pt sent a picture to a family member with a gun in his mouth. Pt denies being suicidal but made suicidal comments to family. Pt was non compliant with PD. Pt was tazed and beanbagged by PD. Pt had a laceration to his head, bleeding was controlled. Blood pressure was not assessed due to pt being handcuff and agitated. Pt was transported to the ER for further evaluation with 2 officers riding in.
**Transport Narrative:** Pt remained handcuffed. PD placed spit hood on pt. Pt became combative at ER.
**Addendum Narrative:**

## Treatments (22432565, SHERE)

| Time | Performed By | Treatment | Details |
|---|---|---|---|

*All Times Are Approximate*

## Treatment Supplies (22432565, SHERE)

## History (22432565, SHERE)

**GENERAL HISTORY**

**PATIENT PHYSICIAN/PRACTITIONER**

**Hist. Obtained:** Patient
**Barriers to Patient Care:** None Noted
**Medical History:** Anxiety disorders; PTSD
**Advance Directives:**
**Patient Medication List:** Patient Medications Unknown (UTO)
**Alcohol/Drug Use Indicators:** Unknown

## Medications (22432565, SHERE)

## Allergies (22432565, SHERE)

**Medications** - Unable to Obtain (UTO)

**Environment/Food** - Unable to Obtain (UTO)

## Injury (22432565, SHERE)

### SMR

## Injury Images (22432565, SHERE)

## Vitals (22432565, SHERE)

### Set # 1

**Time Taken:** 10/04/2022 19:46:37
**Performed By:** Michael Gore
**ECG Type:** 4 Lead
**ECG Rhythm:** Sinus Tachycardia

**Patient Position:** Sitting: Yes

**GCS:**
**Motor:** Obeys commands for movement (6)
**Verbal:** Oriented (5)

**BP:** UTO (Blood Pressure Unavailable/Not Assessed)/UTO
**Heart Rate (BPM):** 131 (Strong/Regular/Radial)
**O2SAT:** 97 (Room Air)
**Resp Rate (BPM):** 24 (Non-Labored)
**Skin:** Warm/Dry/Pink: Yes

**Eye:** Spontaneous--open with blinking at baseline (4)
**Qualifier:** GCS has legitimate values without interventions

*All Times Are Approximate*

### Set # 2

**Time Taken:** 10/04/2022 19:54:51
**Performed By:** Michael Gore
**BP:** UTO (Blood Pressure Unavailable/Not Assessed)/UTO
**Heart Rate (BPM):** 131 (Strong/Regular/Radial)
**O2SAT:** 97 (Room Air)
**Resp Rate (BPM):** 22 (Non-Labored)
**Skin:** Warm/Dry/Pink: Yes

**Patient Position:** Sitting: Yes

*All Times Are Approximate*

## Complaints / Impressions (22432565, SHERE)

**Secondary** - Violent / Combative
**Primary** - Suicidal

## Patient Assessment (22432565, SHERE)

### Set 1

**Time Taken:** 10/04/2022 19:53:16
**Performed By:** Nicholas Pease
**Neurological:** Normal Baseline for Patient: Yes
**Mental Status:** Oriented-Event: Yes; Oriented-Person: Yes; Oriented-Place: Yes; Oriented-Time: Yes

**Face:** Normal (No physical findings, no patient complaint): Yes
**Head:** Laceration: Yes
**Airway:** Patent, pt able to maintain own airway

**Neck:** Normal (No physical findings, no patient complaint): Yes
**Chest/Lungs:** Normal (No physical findings, no patient complaint): Yes
**Abdomen:** Normal (No physical findings, no patient complaint): Yes

**Pelvis/GU:** Normal (No physical findings, no patient complaint): Yes
**Back/Spine:** Normal (No physical findings, no patient complaint): Yes
**Extremities:** Normal (No physical findings, no patient complaint): Yes

*All Times Are Approximate*

## Cardiac (22432565, SHERE)

**AED Use Prior:**
**Prior AED by:**
**CPR Prior:**
**Prior CPR by:**
**Etiology:**
**CA Date/Time:**
**Witnessed By:**
**Arrest Rhythm:**
**Type of CPR:**
**Initial CPR Time:**
**ROSC:**
**Arrest Outcome:**
**Reason DC CPR:**
**CPR DC Time:**
**Rhythm at Dest:**

## COVID-19 Questions

**Recent Exposure to Covid-19?:**
**Is the Patient Symptomatic?:**
**COVID-19 Suspected:**
**Is The Patient Covid-19 Vaccinated?:**

## Signatures (22432565, SHERE)

### Transport Signatures

**Who Is Signing For Transport?:**
**Reason Unable To Sign For Transport:**

Fire Medic / EMT / Author

Nicholas Pease
As a crew member for the Fire Department, I attest that the foregoing is true and correct to the best of my knowledge. This is a handwritten signature, given in person and captured electronically via touchscreen or stylus.
10/04/2022 19:44:23

RN/PA/MD at Receiving Facility (PUTS)

SYNITHA
The patient named on this form was received by this facility on the date and at the time indicated above. I am RN/PA/MD signing to agree that I am accepting care of this patient and that they are unable to sign for themselves. I confirm that all patient personal belongings were transferred to the hospital with the patient. I am signing on behalf of the patient to authorize the submission of a claim to Medicare, Medicaid, or any other payer for any services provided to the patient by the Phoenix Fire Department. My signature is not an acceptance of financial responsibility for the services rendered
10/04/2022 20:12:02

## Ambulance Transfer Notes (22432565, SHERE)

**Ambulance Transfer Notes From Outside Agency:**

## Chart Images (22432565, SHERE)

**Patient Medication List**



**Patient Face Sheet or Sticker Image**




Generated by RMZ Zoi
All rights reserved 2009-2026

Starwest Tech
http://www.starwesttech.info

Date/Time
Created: **7/14/2026 15:39**
PCR Status: Complete PCR

# EXHIBIT 19

# (NON-ELECTRONIC)

# EXHIBIT 20

## Crisis Intervention Team Training Roster

| | Last Name | First Name | Serial Number | Department | Rank | Contact Phone # | Precinct | Class Date |
|---|---|---|---|---|---|---|---|---|
| 1 | Ramer | W. David | 4681 | Chandler | | | | May-08 |
| 2 | Lusk | Michael | 4682 | Chandler | | | | May-08 |
| 3 | Jordan | Robert | 3279 | Gilbert | | | | May-08 |
| 4 | Padia | Dan | 11399 | Mesa | | | | May-08 |
| 5 | Holtz | Timothy | 15027 | Mesa | | | | May-08 |
| 6 | Crider | Steven | 8410 | Mesa | | | | May-08 |
| 7 | Licona | Erik | 17065 | Mesa | | | | May-08 |
| 8 | Meicke | David | 11944 | Mesa | | | | May-08 |
| 9 | Sabou | Roxanna | 16292 | Mesa | | | | May-08 |
| 10 | Stevenson | Stacey | 15708 | Mesa | | | | May-08 |
| 11 | Hooker | Dustin | | Phoenix | | | 400 | May-08 |
| 12 | Connolly | Sean | | Phoenix | | | 400 | May-08 |
| 13 | Bachorski | Brian | 7403 | Phoenix | | | 400 | May-08 |
| 14 | Elfritz | Bill | | Phoenix | | | 400 | May-08 |
| 15 | Jones | Daniel | | Phoenix | | | 400 | May-08 |
| 16 | Gitsch | Chris | 7310 | Phoenix | | | Transit | May-08 |
| 17 | Ibarola | Everard | | Phoenix | | | Transit | May-08 |
| 18 | Catalano | Benjamin | 8226 | Phoenix | | | 500 | May-08 |
| 19 | Dotson | Larry | | Phoenix | | | 500 | May-08 |
| 20 | Consoli | A.S. | 1221 | Scottsdale | | | | May-08 |
| 21 | Hash-Crumb | Michelle | 1222 | Scottsdale | | | | May-08 |
| 22 | Cox | Timothy | 12538 | Tempe | Care 7 | | | May-08 |
| 23 | | | | Gilbert | | | | May-08 |

# EXHIBIT 21

# DECLARATION OF SABRINA TAYLOR

STATE OF ARIZONA )
) ss.
County of Maricopa )

I, Sabrina Taylor, say and attest the following:

1. I am employed as a police officer with the City of Phoenix Police Department and have been so employed November 2007. I have personal knowledge of the facts set forth herein and could and would competently testify to them if called as a witness.

2. I currently serve as the Crisis Intervention Team Training Coordinator for the Phoenix Police Department.

3. I have held that position since the later part of 2016.

4. As the Crisis Intervention Team Training Coordinator, I am familiar with the CIT training provided to Phoenix Police Officers.

5. The officer training portion of the crisis intervention team program ("CIT") is and since its inception at the Phoenix Police Department has been five full days in length. Each training consists of an introduction of the CIT Program, various speakers on relevant topics, such as de-escalation techniques for first responders and dealing with people with developmental disabilities, psychiatric disorders and PTSD. Each training also includes mini role play sessions and a petition training exercise for Applications for Emergency Admission for Evaluation for people believed to have a mental disorder that are dangerous to themselves or others. The CIT training also includes various PowerPoint presentations.

6. The May 2008 Crisis Intervention Team Training Roster attached hereto as **Exhibit A** reflects that Officer Christopher Gitsch attended that training.

7. The May 2008 Crisis Intervention Team Training Agenda and training materials attached hereto as **Exhibit B** are believed to be among the materials provided to the officers who attended the CIT Training in May 2008.

8. My predecessor as the Crisis Intervention Team Training Coordinator maintained the records for the 2008 training and these materials were located in a folder labeled May 2008 which suggest these were among the materials that Officer Gitsch was provided.

9. I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on the 1st day of October, 2026.

Sabrina Taylor (Oct 1, 2026 16:20:36 PDT)

Sabrina Taylor

# Declaration - Sabrina Taylor-final

Final Audit Report 2026-10-01

| | |
|---|---|
| Created: | 2026-10-01 |
| By: | Laine Roberts (laine@berkelawfirm.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAABMfFgjgc8ThOCOJBdbERxQ5psa4FJ1KO |

## "Declaration - Sabrina Taylor-final" History

Document created by Laine Roberts (laine@berkelawfirm.com)
2026-10-01 - 11:18:13 PM GMT

Document emailed to Sabrina Taylor (sabrina.taylor@phoenix.gov) for signature
2026-10-01 - 11:18:18 PM GMT

Email viewed by Sabrina Taylor (sabrina.taylor@phoenix.gov)
2026-10-01 - 11:18:25 PM GMT

Document e-signed by Sabrina Taylor (sabrina.taylor@phoenix.gov)
Signature Date: 2026-10-01 - 11:20:36 PM GMT - Time Source: server - Signature Appearance Selected: MOBILE_DRAW

Agreement completed.
2026-10-01 - 11:20:36 PM GMT

# EXHIBIT A

# Crisis Intervention Team Training Roster

| | Last Name | First Name | Serial Number | Department | Rank | Contact Phone # | Precinct | Class Date |
|---|---|---|---|---|---|---|---|---|
| 1 | Ramer | W. David | 4681 | Chandler | | | | May-08 |
| 2 | Lusk | Michael | 4682 | Chandler | | | | May-08 |
| 3 | Jordan | Robert | 3279 | Gilbert | | | | May-08 |
| 4 | Padia | Dan | 11399 | Mesa | | | | May-08 |
| 5 | Holtz | Timothy | 15027 | Mesa | | | | May-08 |
| 6 | Crider | Steven | 8410 | Mesa | | | | May-08 |
| 7 | Licona | Erik | 17065 | Mesa | | | | May-08 |
| 8 | Meicke | David | 11944 | Mesa | | | | May-08 |
| 9 | Sabou | Roxanna | 16292 | Mesa | | | | May-08 |
| 10 | Stevenson | Stacey | 15708 | Mesa | | | | May-08 |
| 11 | Hooker | Dustin | | Phoenix | | | 400 | May-08 |
| 12 | Connolly | Sean | | Phoenix | | | 400 | May-08 |
| 13 | Bachorski | Brian | 7403 | Phoenix | | | 400 | May-08 |
| 14 | Elfritz | Bill | | Phoenix | | | 400 | May-08 |
| 15 | Jones | Daniel | | Phoenix | | | 400 | May-08 |
| 16 | Gitsch | Chris | 7310 | Phoenix | | | Transit | May-08 |
| 17 | Ibarola | Everard | | Phoenix | | | Transit | May-08 |
| 18 | Catalano | Benjamin | 8226 | Phoenix | | | 500 | May-08 |
| 19 | Dotson | Larry | | Phoenix | | | 500 | May-08 |
| 20 | Consoli | A.S. | 1221 | Scottsdale | | | | May-08 |
| 21 | Hash-Crumb | Michelle | 1222 | Scottsdale | | | | May-08 |
| 22 | Cox | Timothy | 12538 | Tempe | Care 7 | | | May-08 |
| 23 | | | | Gilbert | | | | May-08 |

# EXHIBIT B

# Crisis Intervention Team Training

## AGENDA

Monday, May 12, 2008

| | | |
|---|---|---|
| ❖ **"Introduction of the CIT Program"**<br>Lt. Steve Haynes, *Phoenix Police Dept.*<br>James Stringham, *Magellan Health Services* | **1 hr 20 min** | **8:30-9:50** |
| ❖ **"Training Overview-Officer Safety / Legal Issues"**<br>Nick Margiotta, *Phoenix Police Department*<br>Kim Skrentny, *ADHS* | **included** | |
| **BREAK** | **10 minutes** | **9:50-10:00** |
| ❖ **"Understanding Psychiatric Disorders"**<br>Paul Galdys, *Magellan Health Services* | **4 hrs 5 min** | **10:00-12:20** |
| **LUNCH** | **1 hr** | **12:20-1:20** |
| **"Understanding Psychiatric Disorders"** ***Continued*** | **(continued)** | **1:20-3:05** |
| **BREAK** | **10 minutes** | **3:05-3:15** |
| ❖ **"Family Perspective"**<br>Sue Davis, *Family Member*<br>Bettie Jordan, *Family Member* | **1 hr 15 min** | **3:15-4:30** |

Provided by MAGELLAN HEALTH SERVICES
Getting Better All the Time

# Crisis Intervention Team Training

## AGENDA

Tuesday, May 13, 2008

| | | |
|---|---|---|
| ❖ **"In Our Own Voice: Living with Mental Illness"**<br>Dick Robson, *NAMI Representative* | **2 hr 30 mins** | **8:30-11:00** |
| **LUNCH** | **1 hr** | **11:00-12:00** |
| ❖ **"Court Ordered Evaluation Process"**<br>Michelle Bloss, *Recovery Innovations of AZ* | **1 hr 10 mins** | **12:00 – 1:10** |
| **"Petition Writing Exercise"**<br>Michelle Bloss, *Recovery Innovations of AZ*<br>Nick Margiotta, *Phoenix Police Department* | **25 mins** | **1:10 – 1:35** |
| **BREAK** | **10 mins** | **1:35 – 1:45** |
| ❖ **The UPC/PRC Petition Process" &<br>& "Crisis Experiences"**<br>Nick Margiotta, *Phoenix Police Department* | **1 hr 45 mins** | **1:45 – 3:30** |
| **BREAK** | **10 mins** | **3:30 – 3:40** |
| ❖ **"Understanding Developmental Disabilities"**<br>Holly Salisbury | **50 mins** | **3:40 – 4:30** |

Provided by MAGELLAN HEALTH SERVICES *Getting Better All the Time*

# Crisis Intervention Team Training

## AGENDA

Wednesday, May 14, 2008

| | | |
|---|---|---|
| ❖ **"Homelessness & Community Resources"**<br>Levi Caddell, *Central AZ Shelter Services*<br>Jessica Berg , *Lodestar Day Resource Center*<br>Nancy Gerlach, *Lodestar Day Resource Center* | **1 hour** | **8:30-9:30** |
| **BREAK** | **10 minutes** | **9:30 – 9:40** |
| ❖ **"Alcohol and Drug Assessment"**<br>John Hogeboom, *Community Bridges* | **1 hr 50 mins** | **9:40 – 11:30** |
| **LUNCH** | **1 hour** | **11:30-12:30** |
| ❖ ***Living with Mental Illness-A Personal Story"***<br>Dr. Mark Salerno, *Recovery Innovations of AZ* | **50 minutes** | **12:30-1:20** |
| **BREAK** | **10 minutes** | **1:20-1:30** |
| ***Officers' Perspective & Review*** | **15 minutes** | **1:30-1:45** |
| ❖ **The Crisis System"**<br>Jeff Dragon, *Maricopa Crisis Recovery Network*<br>Danise Levielle, *Magellan Health Services* | **1 hr 30mins** | **1:45-3:15** |
| **BREAK** | **10 minutes** | **3:15-3:25** |
| ***Officers' Perspective & Review*** | **10 minutes** | **3:25-3:35** |
| ❖ **Hearing Voices Exercise"**<br>Lara Wolfe, *Magellan Health Services* | **55 minutes** | **3:35-4:30** |

Provided by MAGELLAN HEALTH SERVICES Getting Better All the Time

# Crisis Intervention Team Training

## AGENDA

Thursday, May 15, 2008

| | | |
|---|---|---|
| ❖ **"First Responder Training"**<br>Lt. Frank O'Halloran**,** *Scottsdale Police Dept.* | **3 hrs** | **8:30-11:30** |
| **LUNCH** | **1 hr** | **11:30-12:30** |
| ❖ **"Suicide Prevention & Officer Suicide"**<br>Tom Gussie, *Mesa Police Department* | **1 hr 30 mins** | **12:30-2:00** |
| **BREAK** | **10 minutes** | **2:00-2:10** |
| ❖ **"Deliberate Indifference"**<br>Tom Gussie, *Mesa Police Department* | **25 minutes** | **2:10-2:35** |
| ❖ **"Verbal Intervention- Practical Exercise"**<br>Denise Beagley, *Magellan Health Services* | **1 hr 55 mins** | **2:35-4:30** |

Provided by MAGELLAN HEALTH SERVICES® *Getting Better All the Time*™

# Crisis Intervention Team Training

## AGENDA

Friday, May 16, 2008

| | | |
|---|---|---|
| ❖ **"Welcome – Review Agenda and Goals"** | **45 min** | **9:00-9:45** |
| Nick Margiotta, *Phoenix Police Department*<br>Tom Gussie, *Mesa Police Department*<br>Linda Smith, *Magellan Health Services* | | |
| ❖ **"Role-Playing"** | **2 hrs 45 min** | **9:45-12:30** |
| **LUNCH** | **1 hr** | **12:30-1:30** |
| ❖ **"Wrap-up, Role-Play Review, Program/ Agenda Evaluation & Contact List"** | **1 hr 30 mins** | **1:30-3:00** |
| Linda Smith, *Magellan Health Services* | | |
| ❖ **Movie – "A Beautiful Mind"** | **2 hrs** | **3:00-5:00** |

Provided by MAGELLAN HEALTH SERVICES Getting Better All the Time

MH-104 (Form B)

# APPLICATION FOR EMERGENCY ADMISSION FOR EVALUATION
## (Pursuant to A.R.S. § 36-524)

**STATE OF ARIZONA** )
) **ss.**
**COUNTY OF MARICOPA** )

The undersigned applicant, being first duly sworn/affirmed, hereby requests that:

Magellan Health Services-UPC
(Evaluation Agency)

admit the person named herein for evaluation.

1 The undersigned applicant alleges that there is now in the County a person whose name and address are

LESTER
(Name) (Address)

and that she/he believes that the person has a mental disorder and as a result of said mental disorder, is: ☐ a danger to self; ☒ a danger to others;

and that during the time necessary to complete pre-petition screening under A.R.S. §§ 36-520 AND 36-521, the person is likely without immediate hospitalization to suffer serious physical harm or serious illness or is likely to inflict serious physical harm upon another person.

The conclusion that the person has mental disorder is based on the following facts:

Believes CIA is after him
Off medication (spouse testimony)

MH-104 (Form B)

The specific nature of the danger posed by this person is

- Breaking home furniture
Threatening officers with pieces of furniture

A summary of the observations upon which this statement is as follows:

Lester was breaking things in living room
When officers contacting lester he threatened them
ith piece wooden picture frame

## PERSONAL DATA OF PROPOSED PATIENT:

Age _____ Date of Birth Sex Race

Weight _____ Height Hair Color Eye Color

Marital Status Number of Children

Social Security Number _____ Religion _____

Distinguishing Marks

Occupation

Present Location

Dates and Places of Previous Hospitalization

How Long in Arizona State Last From

Veteran C-No. Education

MH-104 (Form B)

## APPLICATION FOR EMERGENCY ADMISSION FOR EVALUATION
**(Pursuant to A.R.S. § 36-524)**

**STATE OF ARIZONA** )
) **ss.**
**COUNTY OF MARICOPA** )

The undersigned applicant, being first duly sworn/affirmed, hereby requests that

Magellan Health Services-UPC
(Evaluation Agency)

admit the person named herein for evaluation

1 The undersigned applicant alleges that there is now in the County a person whose name and address are:

Lesten Holmes 1902 S. 16st PHx Az 85034
(Name) (Address)

and that she/he believes that the person has a mental disorder and as a result of said mental disorder, is: ☑ a danger to self; ☑ a danger to others;

and that during the time necessary to complete pre-petition screening under A.R.S. §§ 36-520 AND 36-521, the person is likely without immediate hospitalization to suffer serious physical harm or serious illness or is likely to inflict serious physical harm upon another person

The conclusion that the person has mental disorder is based on the following facts:
- Aggressive behavior, thinks CIA is After him
breaking things, threatened police
Irrational behavior,

MH-104 (Form B)

The specific nature of the danger posed by this person is: ____

Threatened police officers, breaking things in the house, raised stick at officers

A summary of the observations upon which this statement is as follows

- Got a call of D.V. upon arrival ~~[illegible]~~ wife
- said she fears for safety. Subject was braking
- property in house. Sub. said CIA s after him
and while breaking A frame he raised it
and threatend officers.

**PERSONAL DATA OF PROPOSED PATIENT:**

Age _____ Date of Birth _____ Sex _____ Race _____

Weight _____ Height _____ Hair Color _____ Eye Color

Marital Status Number of Children

Social Security Number Religion

Distinguishing Marks

Occupation

Present Location

Dates and Places of Previous Hospitalization

How Long in Arizona State Last From

Veteran C-No. Education

/

MH-104 (Form B)

## APPLICATION FOR EMERGENCY ADMISSION FOR EVALUATION
## (Pursuant to A.R.S. § 36-524)

**STATE OF ARIZONA** )
ss.
**COUNTY OF MARICOPA** )

The undersigned applicant, being first duly sworn/affirmed, hereby requests that

Magellan Health Services-UPC
(Evaluation Agency)

admit the person named herein for evaluation

The undersigned applicant alleges that there is now in the County a person whose name and address are

Lester Smith
(Name) (Address)

and that she/he believes that the person has a mental disorder and as a result of said mental disorder, is: ☒ a danger to self; ☒ a danger to others;

and that during the time necessary to complete pre-petition screening under A.R.S. §§ 36-520 AND 36-521, the person is likely without immediate hospitalization to suffer serious physical harm or serious illness or is likely to inflict serious physical harm upon another person.

The conclusion that the person has mental disorder is based on the following facts:

- Paranoia / ~~[illegible]~~ stated CIA after him
- did'nt have organized thoughts
- Breaking furniture
- wife stated he has been off his medication

ADHS/BHS Form MH-104

MH-104 (Form B)

The specific nature of the danger posed by this person is:

- swinging metal RoD

A summary of the observations upon which this statement is as follows

- Not following officer s commands
- Angry, fighting posture
- claiming CIA is after him
unorganized thoughts

**PERSONAL DATA OF PROPOSED PATIENT:**

Age _____ Date of Birth _____ Sex _____ Race _____

Weight _____ Height _____ Hair Color _____ Eye Color _____

Marital Status Number of Children

Social Security Number ____ Religion _____

Distinguishing Marks

Occupation

Present Location

Dates and Places of Previous Hospitalization

How Long in Arizona State Last From

Veteran _____ C-No. Education _____

MH-100 (Form A)

## APPLICATION FOR INVOLUNTARY EVALUATION
**(Pursuant to A.R.S. § 36-520)**

**STATE OF ARIZONA )**
**) ss.**
**COUNTY OF MARICOPA )**

To the Magellan Health Services - UPC.
(Regional or Screening Authority)

The undersigned applicant requests that the above agency conduct a pre-petition screening of the person named herein

2. The undersigned applicant alleges that there is now in the County a person whose name and address are

Lester (Name) ? (Address)

and that he/she believes that the person has a mental disorder and as a result of said mental disorder, is:

☒ a danger to self; ☒ a danger to others

☐ gravely disabled; ☐ persistently or acutely disabled

and is:

☐ unwilling to undergo voluntary evaluation, as evidenced by the following facts

☒ unable to undergo voluntary evaluation, as demonstrated by the following facts:

- irate, breaking furniture, not answering questions, delusional (CIA is after him), ~~[illegible]~~ refusing to acknowledge police or answer questions

MH-100 (Form A)

and who is believed to be in need of supervision, care and treatment because of the following facts: ____

trying to attack police, breaking furniture, delusional (CIA) threatening wife

3. The conclusion that the person has a mental disorder is based on the following facts:

-no known reason for behavior not rational, violent, delusional, will not de-escalate on own,

4. The conclusion that the person is dangerous or disabled is based on the following facts:

-normal person would not attack police and break furniture and yell CIA is following him, out of control, family in fear of their life

**PERSONAL DATA OF PROPOSED PATIENT:**

Age Date of Birth Sex Race

Weight _____ Height _____ Hair Color _____ Eye Color

Marital Status Number of Children

Social Security Number Religion _____

Distinguishing Marks

Occupation unk

Present Location

Dates and Places of Previous Hospitalization

How Long in Arizona State Last From

Veteran C-No. Education

/

MH-100 (Form A)

# APPLICATION FOR INVOLUNTARY EVALUATION
## (Pursuant to A.R.S. § 36-520)

**STATE OF ARIZONA** )
ss.
**COUNTY OF MARICOPA** )

To the Magellan Health Services - UPC
(Regional or Screening Authority)

1 The undersigned applicant requests that the above agency conduct a pre-petition screening of the person named herein

2. The undersigned applicant alleges that there is now in the County a person whose name and address are

LESTER
(Name) (Address)

and that he/she believes that the person has a mental disorder and as a result of said mental disorder, is:

- ☐ a danger to self;
- ☒ a danger to others;
- ☐ gravely disabled;
- ☐ persistently or acutely disabled

and is:

unwilling to undergo voluntary evaluation, as evidenced by the following facts

unable to undergo voluntary evaluation, as demonstrated by the following facts
NOT COMPLYING W/ ORDERS, HOSTILE DOES NOT ANSWER QUESTIONS ASKED OF HIM

and who is believed to be in need of supervision, care and treatment because of the following facts: ____

VIOLENT BEHAVIOR, DESTROYED PROPERTY IN RES DELUSIONAL UNABLE TO CONTROL ACTIONS

3 The conclusion that the person has a mental disorder is based on the following facts

DELUSIONAL, BELIEVES CIA IS AFTER HIM, TALKING TO SELF

4. The conclusion that the person is dangerous or disabled is based on the following facts:

DESTROYED PROPERTY IN RES, DOES NOT COMPLY WITH OFFICER COMMANDS TO HOSTILE ACTIONS TOWARD OFFICERS

**PERSONAL DATA OF PROPOSED PATIENT:**

Age ____ Date of Birth ____ Sex ____ Race ____

Weight ____ Height ____ Hair Color ____ Eye Color ____

Marital Status Number of Children

Social Security Number ____ Religion ____

Distinguishing Marks

Occupation

Present Location

Dates and Places of Previous Hospitalization

How Long in Arizona State Last From

Veteran ____ C-No. ____ Education

MH-100 (Form A)

**APPLICATION FOR INVOLUNTARY EVALUATION**
**(Pursuant to A.R.S. § 36-520)**

**STATE OF ARIZONA )**
**) ss.**
**COUNTY OF MARICOPA )**

To the Magellan Health Services - UPC
(Regional or Screening Authority)

The undersigned applicant requests that the above agency conduct a pre-petition screening of the person named herein

2 The undersigned applicant alleges that there is now in the County a person whose name and address are:

(Name) (Address)

and that he/she believes that the person has a mental disorder and as a result of said mental disorder, is

☐ a danger to self; ☒ a danger to others

☐ gravely disabled; ☐ persistently or acutely disabled

and is

☐ unwilling to undergo voluntary evaluation, as evidenced by the following facts:

☒ unable to undergo voluntary evaluation, as demonstrated by the following facts:

WOULD NOT ANSWER QUESTIONS

and who is believed to be in need of supervision, care and treatment because of the following facts: BREAKING FURNITURE
SPOUSE IN FEAR FOR HER LIFE ("NEVER SEEN HIM LIKE THIS")

3. The conclusion that the person has a mental disorder is based on the following facts:
THINKS CIA IS AFTER HIM
OFF MEDICATION PER SPOUSE

4. The conclusion that the person is dangerous or disabled is based on the following facts:
THREATENING OTHERS WITH SHARP EDGES OF BROKEN FURNITURE
SPOUSE STATED "I'VE NEVER SEEN HIM LIKE THIS

**PERSONAL DATA OF PROPOSED PATIENT:**

Age ____ Date of Birth ____ Sex ____ Race

Weight ____ Height ____ Hair Color ____ Eye Color ____

Marital Status Number of Children

Social Security Number ____ Religion ____

Distinguishing Marks

Occupation

Present Location

Dates and Places of Previous Hospitalization

How Long in Arizona State Last From

Veteran C-No. Education

MH-100 (Form A)

## APPLICATION FOR INVOLUNTARY EVALUATION
**(Pursuant to A.R.S. § 36-520)**

**STATE OF ARIZONA**
**) ss.**
**COUNTY OF MARICOPA )**

To the Magellan Health Services - UPC.
(Regional or Screening Authority)

The undersigned applicant requests that the above agency conduct a pre-petition screening of the person named herein

2. The undersigned applicant alleges that there is now in the County a person whose name and address are

BILLY RAY (Name) 12112 W DUANE LN (Address)

and that he/she believes that the person has a mental disorder and as a result of said mental disorder, is:

☒ a danger to self; ☒ a danger to others;

☐ gravely disabled; ☐ persistently or acutely disabled

and is:

☐ unwilling to undergo voluntary evaluation, as evidenced by the following facts:

☒ unable to undergo voluntary evaluation, as demonstrated by the following facts
FAILED TO OBEY COMMANDS, THREATENED OFFICERS W/ STICK. SAID C.I.A. I-B AFTER HIM

MH-100 (Form A)

and who is believed to be in need of supervision, care and treatment because of the following facts: ____ SAID C.I.A IS AFTER HIM, HOLDING FURNITURE

3 The conclusion that the person has a mental disorder is based on the following facts: SAID C.I.A IS AFTER HIM. HASN'T BEEN TAKING HIS MEDS

4. The conclusion that the person is dangerous or disabled is based on the following facts: BREAKING FURNITURE, WAVED BROKEN FURNITURE AT OFFICERS

**PERSONAL DATA OF PROPOSED PATIENT:**

Age 43 Date of Birth 4/24/64 Sex M Race W/2

Weight 210 Height 601 Hair Color BRO Eye Color BRO

Marital Status M Number of Children

Social Security Number UNK Religion UNK

Distinguishing Marks UNK

Occupation SALES ASSOCIATE

Present Location 12112 W. DUANE LN

Dates and Places of Previous Hospitalization UNK

How Long in Arizona 43 State Last From N/A

Veteran N/A C-No. N/A Education BACHELORS DEGREE

# Crisis Intervention Training Verbal De-Escalation Techniques for First Responders

# Communication

- Is an art and not a science
- The best communicators are the best listeners
- The only thing you have control over during an incident is your own emotions
- Should be personalized...not overly mechanical

# Sorry….There's No "Silver Bullet"

YOU

have to figure it out

# Concept for CIT Officers and First Responders

- Limited
  - Applies to initial response/negotiations
  - Does not replace trained negotiators
  - Liability issues

# C - Crisis

- Temporary condition where one's usual coping mechanisms have failed in the face of a perceived challenge or threat.

- Everly & Mitchell, 1997; 1999; Everly, 2004

# I - Intervention

- Skills learned to prevent/compel an action
- Alter/Maintain a condition

# T - Team

- Group of people on the same side
- Provides safety to use crisis intervention skills

# Goals

- Does not replace trained negotiators

- # 1 goal is to save lives
  - Hostages/victims
  - Officers
  - Subject(s)

# Goals

- Containment - Can be verbal and/or physical containment
  - Limits freedom
  - Prevents mobile threat
  - Opens communication

# Goals

- Communication
  - Initial Contact
    - Have a calm and controlled conversation
    - Listen, listening is the key to conversation
  - Reassurance
    - Reduces anxiety and fear
  - Time
    - For de-escalation of emotions
    - Additional units
    - Keeps the subject busy

# Mental Illness Overview

- This may be different then your "average" scene
- Command and control techniques used in criminal contacts can sometimes be counter-productive when dealing with a subject who is mentally ill
- If applicable & able, try to learn as much as possible re: person (i.e. review petition, Crisis Line's ARCP, family, etc.)
- SLOW IT DOWN, helps with confusion, conflicting voices, racing thoughts, etc.

# Important to Remember

- A large proportion of incidents officers respond to are crisis/behaviorial health related in nature
- Crisis Incident – An emotionally significant event that exceeds a person’s ability to cope.
- Emotions are controlling the person’s actions

# *History**

- **De-Institutionalization**
  - **Per 1,000 population:**
  - **1950s Approx. 4.7 per in mental hospital**
  - **1975 Approx. 1.1 per in mental hospital**
  - **Today approx. .3 per in mental hospital**

*As reported in Arizona Republic, September 5, 2005 "Homeless" series.

# *Schizophrenia/Bi-Polar Disorder*

- Estimated 150 - 200,000 individuals w/ schizophrenia or bi-polar disorder are estimated to be homeless.
- At any given time, approximately 90,000 individuals with schizophrenia or bi-polar disorder are in all hospitals receiving treatment for their disease.

Excerpts from Treatment Advocacy Center

# Schizophrenia - Psychosis

- ❖ Disorganized Thoughts
- ❖ State of Mind
  - In touch with their reality, not yours:
- ❖ Overreacts to stimuli
- ❖ Hyper vigilant
- ❖ May fear environment

- ✓ Hallucinations (faulty perceptions)
- ✓ Delusions (faulty thoughts)
- ✓ Flat, inappropriate affect (mood)
- ✓ Loose associations (rambling, word salad)

# Paranoid\Fear based thoughts

- Attempt to establish trust
- Allow to vent (listen to explanation of their world)
- Do not try to argue them out of their delusions, try to side-step and discuss other topics (reality based)
- Keep your voice calm and keep engaged in conversation by asking for their view of the situation
- Ask the person to focus on you, not voices
- Determine current and past treatment – ”where are you at in your recovery?”
- Determine if on medication
- Ask if the person is afraid of anything?
- Come down to their eye level if safe

# Personality Disorders - Common Traits

- Maladaptive Behavior
- Drugs\Alcohol on Board
- Manipulative
- Never enough
- Medications not effective

# Borderline Personality

- Often Characterized by :
  - Failures in relationships, career and impulse control
  - In a chronic crises
  - Self-mutilation
  - Large percentage are women
    - Unstable self-image
    - Will threaten S\I
    - History of being sexually abused
    - Poor judgment

# Borderline Personality-Tips

- Maintain eye contact
- Resist attempts to respond to overt sexuality
- Set boundaries
- Reassurance there is help available
- Avoid asking how they are doing
- Keep them focused on situation at hand
- May be difficult because they are impulsive and self-concerned
- Be careful with third parties

# Bi-Polar Disorder

- Common Factors
  - Risk of Suicide
  - Drugs/Alcohol often involved
  - Extreme Behaviors

# Mania

- Common Traits
  - Racing Thoughts
  - Risky Behavior
  - Extreme limits of behavior
  - Hyper sexuality
  - Possibly Paranoia, voices, delusions, etc.
- If safe...
  - Allow, to expend energy if possible
  - Smoke
  - Speak to with calm, low voice
  - Help them focus/re-direct

# Major Depression

- Common Traits
  - Extreme lows
  - May lack energy to do very little
  - Often feeling of hopelessness
  - Lack of outside contact
  - Lack of hygiene
  - Risk of Suicide
  - May be using drugs\alcohol to combat symptoms
- Tips
  - ➢ Allow to smoke if safe
  - ➢ Come down to their eye level if safe
  - ➢ Be non-judgmental with body language
  - ➢ Are you thinking killing yourself
  - ➢ Plan of suicide
  - ➢ Hooks

# Post Traumatic Stress Disorder

- Did you know...

  More Vietnam veterans have died from suicide since the war ended than were killed directly during the war (over 55,000 KIA)

NAMI Phoenix/East Valley *Caring and Sharing*, Vol. 8 No.4, August/September 2007

# Post Traumatic Stress Disorder

- Slow it Down
- Try to calm the situation by using a calm demeanor
- Ground the person by having them hold onto:
  - A table, wall, anything that is safe and belongs in the current environment
- Tell them the date and year

# Post Traumatic Stress Disorder

- Keep reminding him/her where they are
  - Tell them where they are located i.e. "You are in Phoenix, AZ and you are safe."
- Use their formal name
- Address any concerns with honesty:
  - EX: I know that looks like an Improvised Explosive Device "(IED)" but it is really a ____
- Avoid physical contact
- Often episodes are short in duration.

# Criminal Hostage Taker

- The criminal hostage taker usually gets caught in the commission of a crime
- Takes hostages for protection from arrest
  - Hostage taking is not the objective of the crime, it is usually an afterthought, but there may be exceptions
- Criminal hostage taker may fit the profile of a "Psychopath" or "Antisocial Personality"

# Caution!!

- The combination of substance abuse and mental illness is more volatile than either alone
- Substance abuse poses more of a risk than mental illness

# Crisis Incidents

- An emotionally significant event that exceeds a person’s ability to cope
- Usually a precipitating event has occurred within the last 24 hrs to a week
  - Loss
  - Unable to cope
  - Poor problem-solving skills

# Crisis Incidents

- The person perceives the situation to be a threat to their emotional, psychological and physical needs (real or imagined)

# Crisis Incidents

- Emotions are controlling the person's actions
- If the subject feels he is in crisis, he is
- People will generally turn inward, away from usual support systems and feel isolated

(Shirley Ruple, FBI Academy)

# Crisis Incidents

- Majority of incidents officers respond to are crisis in nature
  - An emotionally significant event that exceeds a person's ability to cope
  - ***If*** a Hostage (subject held) is held it is for expressive reasons
    - Emotional ventilation (end the pain, express outrage)
    - No clear goal (emotion driven)
    - Senseless demands

# Crisis Incidents

- Many incidents may be diffused by simply listening
- People want to be understood
  - Problem solving
  - Show individuals the same respect you would want as an officer
- **The first few minutes are critical**
- How you (the officer) start the conversation often times sets the tone

# Crisis Intervention

- Crisis intervention is emotional "first aid" designed to assist the person in crisis to return to independently functioning.
- Crisis intervention is not psychotherapy
- Focus of Crisis intervention is not on chronic factors but more on the here and now.

# **Communicating with People in Crisis**

Slow Things Down!

# Communicating with People in Crisis

- Basic skills….CIT
  - Empathic Understanding
  - Genuineness
  - Acceptance

# Communicating with People in Crisis

- Empathic Understanding
  - Empathy is not sympathy
  - CIT Officer's ability to understand another person's feelings & concerns
  - Focus on the consumer & their world
  - Block out distractions

# Communicating with People in Crisis

- **Reassurance if Possible**

  Are they afraid of something

  You're there to help

  Common fear is that you are there to arrest them or will hurt them.

# Communicating with People in Crisis

## Mehrabian's Rule

- Words used
- Tone of voice
- body Language

- *There should be congruence among all three for effective communication*.

# Communicating with People in Crisis

- Attempt to have a general conversation
  - One officer speaks
  - Calm/controlled voice
  - Reduce distractions, disruptive people
  - Maintain personal space
  - Empathy
  - Attempt to return to normal functioning level
- A less lethal option
- Time

# Communicating with People in Crisis

- Minimize injuries/seriousness of the crime
- Remain a good listener by allowing them to vent
  - During the venting process you many hear what the real problem is
- Reassurance
- Avoid tricks or lying
- Ask them to tell you what's going on
  - two sides to every story

# Communicating with People in Crisis

- Trying to build rapport/dialogue with subject
  - Empathy, commonality, sincerity
  - Often times "hooks" can be effective
  - "Hooks" are reasons to live or get better

- Give the subject your full attention
  - Get help if you need it
  - Use notes to communicate

# Communicating with People in Crisis

- Not trying to diagnose a mental disorder
- Observe and deal with the behavior
- Behaviors may be caused by various causes...i.e.
  - History of mental illness
  - Drug or alcohol use
  - Involvement in criminal activity as victim or suspect
  - Domestic violence
  - Custodial issues
  - Etc.

# INTRODUCTION

- Your Name...
- Their Name...
- Recognizing what you see/hear & restate in summary

# INTRODUCTION

- Name
  - "Hi, my name is ____. I'm a CIT Officer w/ ______ Police. Can you tell me your name?"

- Restatement
  - Consumer "I don't know what to do, my family doesn't want me here"
  - Cop "Yes, not knowing where you can stay tonight is a difficult position to be in but let's work together to solve this. I'll help you as much as you need."

# Active Listening Skills

# Paraphrasing

- Repeating back in your own words what the subject has just said
  - Let's the subject know you are listening
  - Let's the subject know you understand what he is saying
- Good for when you are at a loss for words
- Great for your introduction
- Be natural

# Paraphrasing

Neighbor Dispute - Shots fired call

Tom "Just go away! You're on their side. The police have never helped me before. All those times I told you they were bugging me and you guys never did anything about it. I finally gave up on the police. I'll take care of this myself"

# Paraphrasing

Officer:

"Okay, you've called the police lots of times before and nothing got solved. I don't blame you for being upset but I've never been here before so before I leave how about we work together to solve the problem?"

# Emotional Labeling

- You are labeling/identifying the emotion/feeling that you are hearing
  - Don’t be afraid to label an emotion incorrectly
  - Don’t be afraid to label all the emotions you hear
  - Don’t use when you are being verbally attacked

# Emotional Labeling

- Demonstrates you are listening and tuned in to what the subject is emotionally experiencing
- Use throughout the incident whenever you hear emotions being expressed

# Emotional Labeling

- Officer, “Sounds like you’re tired”
- Officer, “Sounds like you’re afraid”
- Officer, “Sounds like you’re angry”

# Emotional Labeling

Tom:

"That's right. The police have never been much help. They keep saying this situation is a civil matter. Those people have been harassing me for 6 months now. I can't get them to quit. The police or somebody should have done something."

# Emotional Labeling

Officer:

"It sounds like you are frustrated. I would be too if I was trying to get something done for 6 months and no one has helped and nothing has worked."

# Reflecting/Mirroring

- Repeating back the last couple of words

Patty, “This gun is pointed at my head and my finger is on the trigger. I’m going to do it. I’m going to shoot myself.”

Officer: “You’re going to shoot yourself? Why?”

# Effective Pauses

- Silence
  - Can be used before or after something important has been said
  - Most people are not comfortable with silence and attempt to fill it with talk
  - Silence can be effective if used properly

# Minimal Encouragers

- Indicates to the subject you are listening
  - “uh’huh”
  - OK
  - Really
  - Does not interfere with the flow of the conversation
  - Encourages the subject to keep talking

# “I” Messages

- I feel ___________when you ____________ because ___________.
  - Good to use when you are being verbally attacked

# "I" Messages

Tina:

"You are a bitch. Why don't you just go and ____ yourself. You no good pig!"

Officer:

Tina, I understand you are angry and upset, but I want you to slow down so I can understand you.

# "I" Messages

*Another Version*

Officer:

*Bill, I feel uncomfortable when you are screaming and moving around like that, it makes me feel threatened.*

# Open Ended Questions

- Cannot be answered with a yes or no
  - “I’d like to hear your side of the story or I’d like to hear it from you”
  - “Tell me more about that”
- Usually starts with “What?”, “How?”, “When?”
  - Use why, if they haven’t told you already
- Close-Ended questions can be answered with a yes or no

# Open Ended Questions

Victor: "Just tell the officers to go away. You can't help me, no one can"

Officer: "Can you tell me what has happened today to get you to feel that way?"

Close-Ended Question: "Did something happen today that got you upset?"

# Genuineness

- Immediacy or staying in the "here and now"
  - "Stay with me now. Let's work on this together. I want you to stop for a minute and take a deep breath...thanks."
- Are you frightened of something?

# Empathic Understanding

- Request specific information
  - "Are you thinking of hurting / killing yourself?" (If suicidal don't ask, "... hurt yourself ...")
  - "Are you hearing voices"
- Obtain a commitment
  - "will you agree to get in the car?"
  - "Can I call your doctor/case mgr, etc."

# Considerations

- History of mental health problems
  - Where are you in your recovery? Do you have a case manager/support who helps you sometimes?
- Family initiated intervention
- Prior suicide attempts
- Chemical influences
  - On/off medication
  - Combination of legal/illegal drugs
  - Alcohol with/without medication/drugs

# Alcohol & Drug Intoxication

***Remember:***

**All forms of intoxication (drug or alcohol) increase the difficulty of negotiations and increase the risk of violence potential**

# Caution!!

- The combination of substance abuse and mental illness is more volatile than either alone
- Substance abuse poses more of a risk than mental illness
- No psychological test can predict violence

# Review

- As a first responder you should:

- Introduce yourself, first names help
- Reassure, you're there to help them
- Empathize, be genuine, sound sincere

# Review

- As a first responder you should:
  - Work toward de-escalating the confrontation in order to lower the tension
  - Allow him to vent
  - Have a conversation in a calm, controlled voice
  - Attempt to build trust and rapport
  - Avoid tricks and lying (repeat customers)
  - Be non-judgmental and non-threatening (BE SAFE)
  - Your perception of the situation is not what is important but how the subject perceives the situation


Review
Active listening skills do not replace trained negotiators
Listen
– People want to be understood or at least heard
Problem solve
Show respect
You are trying to build in time, time for everyone to SLOW DOWN

# Review

- Attempt to reduce distractions:
  - ➢Upsetting influences
  - ➢Disruptive people, family members, officers
  - ➢One designated officer speak
- Maintain personal space

# Review

- When possible:
- Slow the situation down
  - Give person time to process information
  - Give person time for emotions to decrease and rationality to increase

# Review

- Usually preferred to have one officer at time verbally engaging the subject
- Give firm, clear direction
  - Give them one direction or question at a time.

Have a conversation but be safe about it


Questions?

# Accessing the Crisis System

Maricopa Crisis
Recovery Network, Inc.

# Maricopa County Crisis



# Crisis Services in Maricopa County

Maricopa Crisis Line

602.222.9444

1.800.631.1314

For Police, this phone # is the *doorway to the mental health system*

Call this number and we can help you

# Services Available

- Crisis Telephones
- Mobile Teams
- Crisis Transportation
- Assistance / Access to community services
  - PAD, Facilities, resources
- Mental Health information & referrals

# Crisis Lines

- ## Function of the crisis line
  - Doorway to the crisis and mental health system
  - Provides telephonic crisis intervention and assistance 24/7
- Crisis lines can assist with accessing any other mental health service in Maricopa County
- **Call for anything seems to behavioral health related – not just suicide. If you are thinking it is behavioral health related, call as soon as possible to the crisis line.**

## Volume of the crisis lines

- 20,000 phone calls per month come through crisis lines
- 1,200 Mobile Teams dispatched monthly
- PD averages 317 calls to request MCRN services monthly
- MCRN averages 184 calls to request PD services monthly
- Bilingual crisis and console specialists on duty 24 hours each day

# How can I access these services?

Officers are considered top priority.

- If you can, call the crisis line directly
- Identify yourself immediately as a CIT Officer and request a supervisor
- You will be transferred to a supervisor
- Average wait time for a Police Officer to get a supervisor on the line is 5 seconds

# What happens during the phone call?

- Explain the situation
  - Major cross streets and current location
  - Person's name
  - Date of birth and SS# (if known)
  - Call back number to scene
    - Preferred if officer will give cell #
    - Team may need directions or additional information while en route
- Presenting Problem
  - Explain why police were called to scene and what is current situation. Does not have to be DTS or DTO. Anything behavioral health or substance related is ok to call.

# Possible outcomes of phone call

- Telephonic intervention
  - Connection with on-going treatment providers
- Mobile Team Dispatch
  - You should be given an ETA
  - If no team available you will be informed of this with an estimated ETA for availability
- Transportation Dispatch
- Referral to Urgent Psychiatric Center or ED

# Telephonic Intervention

**Recipients who are already enrolled in behavioral health services may have an active treatment team**.

Telephonic Intervention may be appropriate for:

- Transport to provider
- Transfer to a crisis specialist for telephonic intervention
- Crisis Plans may indicate telephonic directives

# Mobile Teams

- Providers are EMPACT and TERROS
- 16 Mobile Teams County Wide
- Response time averages 30-40 minutes
- Two clinical staff per team
  - One Masters Level Clinician and one BHT
- Availability
  - Teams are scheduled throughout the day at varied times to meet demand

# Mobile Teams and Police

**Interaction with Teams:**

- Talk with them. Tell them what you saw/heard
- Tell them what your expected outcome is
  - Is person under arrest?
  - Can person stay in current environment?
- Is the scene safe?
  - Did you secure any weapons
  - Does person have any history of assault, etc

# What a Mobile Team can do for you?

- Crisis services are voluntary. Mobile teams cannot detain or force treatment/transportation

We can:

- Provide Mental Health assessment and intervention
- Assist with initiating a petition
- Assist with connection to supports and on-going treatment providers
- Can assist with serving a pick up order for a petition

# Specialty Mobile Teams

Specialized Mobile Teams run daily. You may be offered a specialty team if available and appropriate

- Working with persons with Developmental Disabilities
- Working with children in custody of CPS or in a group home or shelter

# Request for Meeting a Mobile Team

MCRN or the Mobile Team may request officers meet prior to responding to scene

WHY?????

- Safety – we have information that the scene may not be safe for team

The Mobile Team will be in need of officer to secure the scene and to stand by while team assesses if the recipient is voluntary and/or not a threat to their safety.

# Crisis Transportation

- Provider is ComTrans
- Provides Crisis Transportation County Wide
  - Two staff, not clinical – they are not able to conduct behavioral health interventions
- Availability – 24/7
- Average response time for police is ____
- Behavioral Health Ambulance Availability
  - Used for transportation of medically compromised individuals to psychiatric facilities for evaluation.

# Transportation and Police

The MCRN supervisor will assist you with triage for Transportation services.

# What can Crisis Transportation do for you?

- **Transportation services are voluntary. Teams cannot detain or force transportation.**
- **Ambulance can be used for involuntary recipients.**

**We can assist with Transport to:**

- Domestic Violence Shelters
- Psychiatric Facilities
- Homeless Shelters
- Detoxification facilities
- Transport enrolled recipients to their home

# Assistance/Access to community services or Mental Health Information and Referrals

MCRN can assist officers and recipients with access to services other than a Mobile Team or Transportation Services – Just call and we can help!

- Basic problem solving help
- Travelers Aid
- Shelter referrals
- CPS / APS
- Coordination with on going treatment provider
- Warm Line – 602-347-1100
- Assistance with where to go and how to get there
  - Detoxification
  - psychiatric facilities
  - Community services – DES, VA, etc

# Enrollment in Magellan

Crisis Services are provided to persons who are in Maricopa County and in need of services

- Need is recipient defined – does not have to be DTS, DTO or psychosis
- Persons do not have to be enrolled in Magellan to receive Crisis Telephone or Mobile Services

# Repeat Callers

**Crisis lines are required to involve police/fire regardless of familiarity with caller**

**Common Scenarios**

- Crisis lines must contact 911 for emergency response if they are told that recipient has already harmed self
  - Crisis lines will also initiate a mobile team if request for Fire/PD is made
- Mobile Team must contact 911 for emergency response and transport to ED if they are told of overdose or find recipient has self harmed prior to arrival
- **How can we help?**

# Repeat Callers

How can we help you to resolve the issue and get off scene quickly?

- Call crisis line to verify need for Mobile Team
- Call crisis line to put recipient on the phone with a crisis specialist – We will try to engage the caller and explore alternatives to calling Police

# Petitions and Pick Up Orders

- Emergent Petitions – can be filed by any person who witnessed the behavior
- PAD Petitions – not an immediate danger – can be filed by any person who witnesses the behavior
- Notification – UPC psychiatric center can check the status of current petitions or pick up orders
- Assisting Police – Mobile Teams can assist in working with someone who has been petitioned (prevent escalation or promote understanding)
- Nick and New Mexico

# To Wait or Not to Wait……

**Officers often ask if they need to wait on scene for the Mobile Team or Transportation Team to arrive. The MCRN Supervisor can assist you with making this important decision.**
**Some things to think about:**

## To Wait

- If you are available to give information to the team, we lessen the chance that person will refuse services and call for 911 again
- You ensure the safety of recipient and others on scene.
- Collaboration with behavioral health ensures intervention is in place.

## Not to Wait

- If you leave, you get back to work quicker. Can you call the team en route and give them the necessary information?
- Person may leave scene prior to team arriving – you or another officer may be called back to scene

# Nick and New Mexico

# Disclosing Information

- How to get information
  - call the crisis line and we can give you what is able to be shared
- What can be shared?
  - During an emergency, we can share information that will prevent or lessen a serious or imminent threat to the health and safety of a recipient or community member
  - We can share if there is a history of violence
- ARCP
  - Contains information on a person's current status and how best to intervene with them in crisis
- Information that cannot be shared
  - Substance abuse
  - HIV: Universal Precautions

# Scenarios

- Man on an interstate overpass threatening to jump, admits to using crystal meth for the last three days.
- Can information be disclosed?

# Scenarios

- Joe has been panhandling at a Circle K and bothering the customers. An officer contacts crisis requesting case management status and site information.
- Can this information be disclosed?

# Scenarios

- Man banging his head on the door to his home. There is fresh blood found throughout the house but the man is not injured. Officers believe someone may have been hurt on scene.
- Can information be disclosed?

# Scenarios

- Police are on scene with a man whose neighbors called reporting he was banging his head on the walls of his apartment. He stopped when police arrived and admits he bangs his head a lot. He is not injured, just making noise.
- Can information be disclosed?

# One last time…

- Call the Crisis Line if you have any concerns about how to intervene or you want assistance for anything behavioral health related
- 602.222.9444
- 1.800.631.1314
- We are available 24 hours a day, seven days a week, 365 days a year.

# Questions?

## Maricopa Crisis Recovery Network (MCRN)

Jeff Dragan – Crisis Director
602.337.7815
jeffd@maricopacrn.org

## Magellan Health Services of Arizona

Danise Leveille – Crisis Services Manager
602-652-5831
dleveille@magellanhealth.com

# CIT: Crisis Intervention Training

Presented By:

Mesa & Phoenix Police Departments

&

Magellan Health Services

# Introduction

- **What is CIT?**

  Definition: The comprehensive training of police officers in effectively interacting with and responding to consumers of the mental health system and/or individuals in crisis situations.

- **Historical Perspective**

  Memphis Model: In 1988, Memphis Police Department develops CIT training after shooting involving Mentally Ill person.

# Partnership between *Magellan Health Services* and Phoenix/Mesa Police

- 40 Hours of classroom training
- Mental Health Issues & Understanding the Illness
- Resources within the Valley for Assistance to Officers & Consumers
- Presentations by consumers and family members
- Situational Role Play and Communication Development

# Departments Involved

- Phoenix Police
- Mesa Police
- Phoenix Park Rangers
- Phoenix Copper Square Ambassadors
- Gilbert Police
- Scottsdale Police
- ASU Police
- Avondale Police
- Flagstaff Police
- DPS
- Maricopa County Sheriff's Office
- Chandler Police
- Buckeye Police
- Maricopa County Protective Services
- Peoria Police

# The Mental Health System Today

- Magellan Health Services – Regional Behavioral Health Authority (RBHA)
  - ✓ Seriously Mentally Ill (SMI) Services
  - ✓ Substance Abuse
  - ✓ General Mental Health
  - ✓ Child and Adolescent
  - ✓ Crisis Services
- SMI Services
  - ✓ Psychiatric
  - ✓ Medications
  - ✓ Case Management
  - ✓ Peer Support
  - ✓ Recovery Focused

# Alternatives to Incarceration

- **Post Booking Model**
  - ✓ **Court based**
  - ✓ **Conditional Release**
  - ✓ **Deferred Prosecution**
  - ✓ **Overseen by Mental Health Agency**
- **Pre-Booking Model**
  - ✓ **Police Based Program**
  - ✓ **Community resource driven**
  - ✓ **Alternative to incarceration**

# Program Objectives

- To increase officer / citizen safety through specialized tactics, techniques, and communication training.
- Improved navigation of the mental health system
- Avoidance of barriers to the mental health system
- Increased education for officers on mental health to include causes and characteristics

# Program Benefits

- Mentally Ill population may be appropriately diverted into the community for treatment
- Increased safety for officers, consumers, and the public
- Establishment of partnerships and relationships with healthcare professionals, families of consumers, and related organizations
- Development of additional programs which utilize community based policing techniques for problem resolution / solution
- To develop increased community confidence in Law Enforcement Agencies

# Training Overview-Officer Safety

# Crisis Intervention

- Crisis intervention is emotional “first aid” designed to assist the person in crisis to return to independently functioning.
- Crisis intervention is <u>not</u> psychotherapy
- Focus of Crisis intervention is not on chronic factors but more on the here and now.

# CIT-What's in it for you?

- Increased Officer Safety
- Reduced use of Force Incidents
- Improved Knowledge on Navigating the Behavioral Health System
- Increased ability to find more "long-term" solutions
- Reduced frustration on traditionally "unsolvable" type calls
- Improved Efficiency

# CIT Training Flow

Application -

De-escalation Techniques -

Navigating the System -

- Empathy

- Understanding/Knowledge

- Program Overview

# Partnership

- CIT is more than just training....

# AZ Department Of Health Services

- Kim R. Skrentny, MSW, LCSW

Office of Clinical Practice Improvement

# ARIZONA DEPARTMENT OF HEALTH SERVICES

## DIVISION OF BEHAVIORAL HEALTH SERVICES

**Kim R. Skrentny, MSW, LCSW**
**Office of Clinical & Recovery Services**

# LAW ENFORCEMENT AND THE MENTALLY ILL




© 1997 The Learning Company, Inc.

**Probability of arrest 67 times greater**

(Natl Institute of Justice Journal: Teplin 2000)

**Hampden County Correctional Center**

- 20% of inmates receive psychological services
- Majority are victims of physical or sexual abuse

(Drug Benefit Trends: Pomerantz 2003)

**Maricopa County jails**

- House more SMI than any other facility statewide
- Mentally Ill repeatedly go in and out of jail
- Estimate 20% of jail population is SMI

(The Arizona Republic: Leonard 3/17/05)



# ARIZONA DEPARTMENT OF HEALTH SERVICES

- **Responsible for implementing the State's publicly funded behavioral health service system**
- **System provides services to both Federally eligible (Title XIX & Title XXI of the Social Security Act) and non-Title XIX populations**
  - **Mar. 2008 statewide enrollment: 145,673**
  - **Maricopa County enrollment: 75,206**

# BEHAVIORAL HEALTH SYSTEM

- **Prevention programs for children and adults**
- **Services for children and adults with substance abuse and/or general mental health disorders**
- **Services for children with a serious emotional disturbance**
- **Services for adults with a serious mental illness**
- **Statewide Crisis system**

# 2008 BEHAVIORAL HEALTH FUNDING $1,110,243,300



# FUNDING STREAM



# REGIONAL CONTRACTORS

| Region Served | RBHA/TRBHA |
|---|---|
| Apache, Coconino, Mohave, Navajo and Yavapai Counties | Northern Arizona Regional Behavioral Health Authority |
| Gila, Pinal, LaPaz and Yuma Counties | Cenpatico Behavioral Health of Arizona |
| Cochise, Graham, Greenlee, Pima and Santa Cruz Counties | Community Partnership of Southern Arizona (CPSA) |
| Maricopa County | Magellan Health Services |
| Gila River Indian Community<br>Pascua Yaqui Tribe<br>White Mtn Apache Tribe | Tribal RBHAs |

# COVERED BEHAVIORAL HEALTH SERVICES



- **Support Services**
- **Behavioral Health Day Programs**
- **Prevention Services**
- **Medical Services**
- **Treatment Services**
- **Crisis Intervention Services**
- **Inpatient Services**
- **Residential Services**

**(http://www.azdhs.gov/bhs/bhs_gde.pdf)**

# PROPOSED SOLUTIONS

## DEALING WITH SEVERE MENTAL ILLNESS IN THE CRIMINAL JUSTICE SYSTEM

**(Medscape: Charles J. Rainey, MD, JD 2000)**

- Improved access to mental healthcare
- Screen all incoming jail detainees by a mental health professional
- Ability to respond to short-term crises with inmates
- Diversion to MH system for individualized treatment
- Available community resources to police

# HOPE & RECOVERY FOR CHILDREN









- **The Arizona Vision**
- **Child & Family Team process is based on the Wraparound approach & the 12 Arizona Practice Principles**

**(http://www.azdhs.gov/bhs/principles.pdf)**

# HOPE AND RECOVERY







**"Recovery is the experiential shift from despair to hope, alienation to purpose, isolation to relationship, withdrawal to involvement and from passive adjustment to active coping."**

R. Ridgeway. "Restoring psychiatric disability: Learning from first person recovery narratives." Psychiatric Rehabilitation Journal. 24(4). 2001.

# COLLABORATION




www.azdhs.gov/bhs

www.magellanofaz.com



# Developmental Disabilities

Holly Salisbury, M.A.

# Definition of Developmental Disability

- Severe, chronic disability:

1. Attributable to mental or physical impairment or a combination of both
2. Manifests before age 22
3. Likely to continue indefinitely

# Definition continued…

4. Results in substantial functional limitations in three or more of the following:
   a. Self care
   b. Receptive & expressive language
   c. Learning
   d. Mobility
   e. Self-direction
   f. Capacity for independent living
   g. Economic self-sufficiency
   h. Reflects need for combination & sequence of services, supports, and assistance that is lifelong or extensive in duration

# Etiology

1. Genetic/Hereditary Factors
   a. Genetic defects
   b. Chromosomal anomalies
   c. Metabolic problems
2. Environmental Factors
   a. Physical trauma
   b. Pathogens for infection
   c. Hypoxia (oxygen supply)
   d. Toxins
   e. Nutritional deficiency
   f. Psychosocial stressors

# What falls under umbrella of DD?

- Physical Disabilities (ex. Cerebral Palsy)
- Chronic Illness (ex. Seizure disorder)
- Cognitive Disabilities (ex. Mental retardation)
- Behavioral/Emotional Disorders (ex. Autistic Spectrum Disorders)
- Environmentally Induced Impairments (ex. Traumatic Brain Injury)
- Birth Defects (ex. Spina Bifida)
- Sensory Disorders (ex. Blindness)

# Cerebral Palsy

- Abnormal development or damage to part of brain that controls muscle tone/motor activity
- Damage occurs prenatally up to first few years of life
- Results in difficulty controlling movement/coordination
- Muscle stiffness, poor muscle tone, uncontrolled movements
- Problems with mobility, speech, swallowing

# Cerebral Palsy Video



# Seizure Disorders

- Seizure- period of sudden, excessive activity of cerebral neurons
- Varying degrees of seizure activity- impacts behavioral manifestation
- Seizures can cause brain damage
- Approximately 50 % of patients with seizure disorders show evidence of damage to area of the brain responsible for declarative memory (memory that can be consciously recalled in response to questioning). (Carlson, 2005)

# What to do…

- Remove harmful objects from area
- Cushion head
- Don’t restrain
- Don’t move person unless in danger
- Don’t put anything in mouth
- Don’t attempt to bring them around
- After minute or two seizure should stop and person will slowly regain consciousness
- Gently roll to side once seizure stops to help breathing

# Seizure Disorder Video



# Mental Retardation (per DSM-IV-TR)

- Significantly sub-average intellectual functioning (IQ of 70 or below) with onset before age 18 and deficits or impairments in adaptive functioning.
- Mild- 85% of those with MR (IQ 50-70)
- Moderate- 10% of those with MR (IQ 35-50)
- Severe- 3-4% of those with MR (IQ 20-40)
- Profound- 1-2% (IQ below 20/25)

# Mental Retardation Video



# Autism (adapted from DSM-IV-TR)

1. Impairment in social interaction
2. Impairments in communication
3. Restricted repetitive and stereotyped patterns of behavior, interests, and activities

# Autism- symptoms impacting interaction

- Impairment in nonverbal behaviors- eye contact, facial expression, gestures to regulate social interaction (may be misleading)
- Delay or total lack of communication, stereotyped and repetitive language
- Apparently inflexible adherence to specific routines or rituals (difficulty with changes in routine)
- Difficulty in social interaction
- Over-reaction or under-reaction to situation
- May be sensitive to sensory input…touch, sounds…
- Stereotyped and repetitive motor mannerisms

# Autism Video



# Traumatic Brain Injury

- Results from sudden trauma to the brain
- Disabilities depend upon severity of injury, location of the injury, and age and general health.
- Some common disabilities include problems with cognition (thinking, memory, and reasoning), sensory processing (sight, hearing, touch, taste, and smell), communication (expression and understanding), and behavior (personality changes, aggression, acting out, and social inappropriateness).
  http://www.ninds.nih.gov/disorders/tbi/tbi.htm

# Developmental Disability and Mental Illness

- Differences between DD and MI
- Dual diagnosis issues- est. 20-35% with cognitive disabilities also have a significant mental illness (higher than in the general population- 15-19%)

# Consider this...

- Est. 19% of people with cognitive disability have challenging behavior
- Research re: differences between aggressive/non-aggressive has found vulnerable sense of self contributes to aggression
- Inability to appropriately communicate may also contribute to aggression

(Lindsay, Taylor & Sturmey, 2004)

# Consider this…

- Those who perceived they were being treated as if they were "stupid" or disabled were more likely to respond aggressively (Lindsay, Taylor & Sturmey, 2004)
- Understanding nature of self-perception may help understand outbursts
- Important to remember when communicating in order to avoid escalation of aggression

# Cognitive Disabilities…special considerations

- Concrete thinking
- Difficulty recalling details, time frames, etc. or providing explanations
- Impairments in reading/writing ability
- Impairments in problem solving/logical thinking/moral reasoning

# Cognitive Disabilities…special considerations

- May answer affirmatively to questions due to desire to present favorably
- May cooperate out of desire to comply with authority
- May present favorably due to stigma of disability
- Possible inability to understand victimization/perpetration

# Communication & Intervention

- Don't Assume
  - They don't understand (impairment in verbal communication and/or physical ability does not mean impairment in understanding)
  - They are not reliable witnesses
  - The way you interact will not impact them (sensitivity to your frustration; sensitivity to stigma)

# Communication & Intervention

- Remember to balance necessary adaptations in interaction with respect
- Adjust to physical level if possible
- Acknowledge and address concerns first to avoid fixation
- Provide reassurance as needed
- Recognize some behaviors may be related to symptoms not situation

# Communication & Intervention

- Ask open ended questions to avoid default compliance with yes/no questions
- Use vocabulary at their level of understanding- repeat or rephrase when needed
- Repeat back and confirm information
- Remember logical reasoning/problem-solving/moral developmental level may be impaired…it will not help to try and “reason” when redirecting.
- Provide simple and direct instructions.
- Explain what your doing before you do it.

# Communication & Intervention

- Break complicated questions/instructions into smaller parts
- Be patient- give them time to respond
- Remain calm and provide firm direction when needed
- Be genuine and demonstrate respect
- Use caregiver/guardian/caseworker as a resource when available

# Victimization

- Vulnerable to victimization
- May have difficulty understanding they have been victimized
- Impairments in knowledge of community safety/judgment
- Easily manipulated/coerced by others
- Desire to please others/fit in

# Miranda Warning Considerations

- Written @ 7th grade reading level
- Possible inability to understand language and/or concepts (ex. Seeing an attorney when not in court)
- Ask them to repeat back in their own words what it means to assess for comprehension
- Remember possible difficulties with reading/writing

# How the system works

- Individual applies at DDD office for support coordinator to coordinate services
- Services available to all individuals with DD- infant to adult
- DDD funding for medical care, housing assistance, therapies, transportation, family support, environmental modifications, vocational rehabilitation

# Some DDD offices near you…

- 7th Street Office
  8841 N 7th St., Suite 30
  Phoenix, AZ 85020
  (602) 870-1721

- Tempe Office
  5038 S. Price Road, Suite 14
  Tempe, AZ 85282
  (602) 831-1009

- Mesa Office
  225 E. Main, Suite 202
  Mesa, AZ 85201
  (480) 834-1906

# Resources

- ARC- www.thearclink.org
- Division of Developmental Disabilities- www.de.state.az.us/ddd/
- Arizona Center for Disability Law- www.acdl.com
- Arizona Bridge to Independent Living- www.abil.org
- New Horizons Independent Living Center- http://myweb.cableone.net/nhilc/



# OTHER RESOURCES




MAGELLAN
JAIL DIVERSION TEAM

# *MAGELLAN “DATA-LINK”*



# *S.M.I. PROBATION*




MENTAL HEALTH COURT

# *AZ STATE HOSPITAL*



# *CASE MANAGEMENT*




"ACT TEAMS"

# Respectful Learning Environment

- ✓ Arrive on time for class and from breaks (class is "closed" 10 minutes after the start time)
- ✓ Follow the dress code
- ✓ Do not engage in side conversations
- ✓ Phones and pagers must be turned off or on silent
- ✓ Do not answer calls or text message during class (utilize break times)
- ✓ No offensive language and always remain culturally sensitive
- ✓ Do not engage in activities unrelated to the class (reading, nails, knitting)
- ✓ Use the parking lot for discussions not directly related to the class topic or if discussion cannot be completed within class timeframes
- ✓ Clean your learning area after each class





# Understanding Adult Psychiatric Disorders

MAGELLAN
HEALTH SERVICES℠
*Getting Better All the Time*™

# Training Objectives

- *Recognize* distinguishing characteristics of serious mental illness (SMI) compared to non-SMI psychiatric disorders.
- *Discuss* the issue of psychiatric disorders as an illness and/or a disability.
- *Understand* the issue of stigma related to psychiatric disorders.
- *Describe* three reasons for classification of psychiatric disorders.
- *Differentiate* information contained in each of the five axes of the DSM-IV-TR.
- *Describe* major classifications of mental illness, including their causes, prevalence, and symptoms.

# Distinguishing Characteristics of a Serious Mental Illness

- Qualifying Diagnosis
- Pervasiveness of Disability
- Duration or Chronicity of Disability

The person may not meet functional criteria for a Serious Mental Illness but may still be found eligible for SMI services if it is believed that he/she may deteriorate to such a level without treatment.

# Definition of Serious Mental Illness A.R.S. 36-550-4

Individuals who "…exhibit emotional or behavioral functioning which is so impaired as to interfere with their capacity to remain in the community without supportive treatment of a long-term duration. In these persons mental disability is severe and persistent, resulting in a long-term limitation of their functional capacities for primary activities of daily living such as interpersonal relationships, homemaking, self-care, employment and recreation."

# Definition of Severe Disability

"…a severe physical or mental disability which seriously limits one or more functional capacities (such as mobility, communication, self-care, self-direction, interpersonal skills, work tolerance, or work skills)…whose vocational rehabilitation can be expected to require multiple services over an extended period of time…"

*Rehabilitation Act of 1973 (P.L. 99-506)*

# What’s that?



# It's time for a 10 minute break!

- What percentage of adult Americans have a diagnosable mental disorder? *(10 minutes until class begins)*
- An estimated 26.2 percent of Americans ages 18 and older have a diagnosable mental disorder in a given year. *(9 minutes until class begins)*
- What percentage of adult Americans have a serious mental illness? *(8 minutes until class begins)*
- About 6 percent of adult Americans have a serious mental illness. *(7 minutes until class begins)*
- What percentage of people with a mental disorder meet criteria for 2 or more disorders? *(6 minutes until class begins)*
- 45 percent of those with any mental disorder meet criteria for 2 or more disorders. *(5 minutes until class begins)*
- How many adult Americans have a mood disorder? *(4 minutes until class begins)*
- Approximately 20.9 million American adults have a mood disorder. *(3 minutes until class begins)*
- What is the median age of onset for mood disorders? *(2 minutes until class begins)*
- The median age of onset for mood disorders is 30 years old. *(1 minute until class begins)*
- Statistics are from National Institute of Mental Health.

*It's time for class!*







# Stigma and Stereotypes

## Where do they come from?

## What can you do about them?

MAGELLAN HEALTH SERVICES℠

*Getting Better All the Time*™

# Reasons for Classification

- Legal
- Financial
- Clinical



# Benefits of Diagnosing

- Consistent criteria
- Anticipate the course
- Effective treatment
- Common language
- Understanding of the symptoms
- Continuity of care
- Services



*(Seligman, 1996)*

# Determining a Diagnosis

A credentialed and privileged assessor must gather information on the following to arrive at a diagnosis:

- Presenting Concerns
- Background
- History
- Current Situation



…then they must organize and analyze using the Diagnostic and Statistical Manual of Mental Disorders (DSM-IV-TR)

# DSM IV - TR

For each disorder, the DSM generally provides information on the following:

- Diagnostic features
- Subtypes and specifiers
- Recording procedures
- Associated features and disorders
- Specific age, culture, familial, & gender-related features
- Prevalence
- Typical course of the disorder
- Differential diagnosis

# DSM IV - TR

For each disorder, the DSM generally provides information on the following:

- Diagnostic features
- Subtypes and specifiers
- Recording procedures
- Associated features and disorders
- Specific age, culture, familial, & gender-related features
- Prevalence
- Typical course of the disorder
- Familial pattern
- Differential diagnosis

# DSM IV - TR

- AXIS I: MAJOR CLINICAL DISORDERS, SUBSTANCE DEPENDENCE, OTHER CONDITIONS
- AXIS II: MENTAL RETARDATION AND PERSONALITY DISORDERS
- AXIS III: GENERAL MEDICAL CONDITIONS
- AXIS IV: PSYCHOSOCIAL STRESSORS
- AXIS V: GLOBAL ASSESSMENT OF FUNCTIONING (GAF)

# DSM IV - TR

- AXIS I: MAJOR CLINICAL DISORDERS, SUBSTANCE DEPENDENCE, OTHER CONDITIONS
- AXIS II: MENTAL RETARDATION AND PERSONALITY DISORDERS
- AXIS III: GENERAL MEDICAL CONDITIONS
- AXIS IV: PSYCHOSOCIAL STRESSORS
- AXIS V: GLOBAL ASSESSMENT OF FUNCTIONING (GAF)

# Examples of a Multiaxial Assessment

| | |
|---|---|
| Axis I: | 296.23 Major Depressive Disorder, single episode, severe, without psychotic features |
| | 300.23 Social Phobia, moderate |
| Axis II: | 301.6 Dependent Personality Disorder |
| Axis III: | 714.0 Arthritis, rheumatoid |
| Axis IV: | Marital separation, change in residence |
| Axis V: | GAF = 50 |

# Non-SMI Diagnosis

- Brief Psychotic Disorder
- Eating Disorders
- Antisocial Personality Disorder
- Shared Psychotic Disorder
- Specific Phobias
- Abuse / Neglect
- Adjustment Disorders
- V Codes



# Name that Symptom… Psychotic

- A sensory perception without basis in reality.
- Something that is falsely believed.
- Irrational suspiciousness and distrustfulness



# Name that Symptom… Mood

- A state of feeling sad. May be characterized by inactivity, change in appetite and/or sleep, feeling of hopelessness and possibly suicidal tendencies.

- Excitement manifested by mental and physical hyperactivity with elevation in mood.



# Name that Symptom...

- A state of apprehension, uncertainty and fear resulting from the anticipation of a realistic or fantasized threatening event or situation.

- A sudden, overpowering fright. A sudden mass fear and anxiety over anticipated events.

# Name that Symptom… Anxiety

- A persistent disturbing preoccupation with an often unreasonable idea or feeling.
- An irresistible impulse to perform an irrational act.



# The Decision Tree





Who does the diagnosing around here?



MAGELLAN HEALTH SERVICES
*Getting Better All the Time*

# Psychotic Disorders



# It's time for a 10 minute break!

- Nepal is the only country whose flag is not square or rectangular shaped. *(10 minutes until class begins)*
- One inch of rain over one square mile is 17,378,700 gallons of water. *(9 minutes until class begins)*
- Luxembourg possesses the highest GDP per capita in the world (US $72,945 as of 2005) *(8 minutes until class begins)*
- The Guinness Book of World Records itself holds a world record, as the best-selling copyrighted series. *(7 minutes until class begins)*
- At a stride of 30 inches per step, you would have to take 2,112 steps to walk a distance of one mile. *(6 minutes until class begins)*
- An analysis of mammalian bite force, corrected for body size, shows that the Tasmanian Devil has the strongest bite of any living mammal. *(5 minutes until class begins)*
- Dogs regulate their temperature through evaporation from the tongue. *(4 minutes until class begins)*
- There are more insects in one square mile of rural land than there are human beings in the world. *(3 minutes until class begins)*
- 50,000 years ago a meteor estimated to be 164 feet (50 meters) across created the Barringer Crater (AKA Meteor Crater) near Winslow Arizona. *(2 minutes until class begins)*
- On average, a child uses 730 crayons by their 10th birthday. *(1 minute until class begins)*
- A fear of long words is, ironically, called Hippopotomonstrosesquippedaliophobia

*It's time for class!*





Please watch the video and identify general category of symptoms

MAGELLAN
HEALTH SERVICES
Getting Better All the Time

# Schizophrenia

- Causes
  - Exact causes are unknown
  - 3 factors believed important:
    - Brain Structure / Function
    - Hereditary Factors
    - Environmental Stressors



- Prevalence
  - Estimated to effect 1.1% of adults (NIMH 2006)

# Symptoms of Schizophrenia

- Positive Symptoms
  - Hallucinations
  - Delusions
  - Disorganized Thoughts
  - Suspiciousness
  - Hostility

- Negative Symptoms
  - Blunted / Flat Affect
  - Social / Emotional Withdrawal
  - Difficulty in Abstract Thinking
  - Lack of Ability to Experience Pleasure

# Types of Delusions

- Grandiose
- Religious
- Paranoid / Persecutory
- Somatic
- "Bizarre Delusions"
  - Thought Broadcasting
  - Thought Control
  - Thought Insertion / Withdrawal
  - Ideas of Reference



# Disorganized Thoughts

- Loose Association
- Tangential Thought / Speech
- Circumstantial Thought / Speech
- Concreteness
- Poverty of Thought / Speech
- Thought Blocking
- Neologism
- Echolalia



# Classifications of Schizophrenia

- Paranoid Type
- Disorganized Type
- Catatonic Type
- Undifferentiated Type
- Residual Type







Please watch the video and identify general category of symptoms

MAGELLAN HEALTH SERVICES
Getting Better All the Time

# Mood Disorders

- Causes
  - Exact cause is unknown
  - Believed to be related to neurotransmitters and genetic factors

- Prevalence in adults
  - Major Depression ranges from 5-9% for women and 2-3% for men. Overall 6.7% of American adults (NIMH 2006)
  - Bipolar Disorder estimated to affect 2.6% of adult Americans (NIMH 2006)

# Major Depression

- Depressed mood
- Loss of interest or pleasure in activities for at least two weeks
- Disturbance in appetite
- Weight loss / gain
- Sleep problems
- Decreased energy
- Feelings of worthlessness / guilt
- Difficulty concentrating
- Suicidal thoughts / attempts

# Bipolar Disorder

- Bipolar I Disorder
  - Characterized by one or more manic episodes, mixed episodes (rapid cycling), one or more major depressive episodes

- Bipolar II Disorder
  - Characterized by one or more major depressive episodes with at least one hypomanic episode

# Manic Symptoms



- Elevated / expansive mood
- Grandiosity / delusions of grandeur
- Decreased need for sleep
- Pressured speech
- Flight of ideas
- Distractibility
- Irritability / intrusiveness
- Increased involvement in goal directed activities





# Schizoaffective Disorder

## Combination of Mood and Psychotic Symptoms

MAGELLAN HEALTH SERVICES®

*Getting Better All the Time™*

# Schizoaffective Disorder

- Defining Characteristics
  - Major depressive, manic or mixed episode at the same time as two of the following symptoms of schizophrenia:
    - Delusions
    - Hallucinations
    - Disorganized speech / behavior
    - Negative symptoms
  - At least two weeks of delusions or hallucinations without prominent mood symptoms

# Personality Disorders

- Personality traits are inflexible and maladaptive
- Effects cognition, affect, interpersonal functioning or impulse control
- Pervasive across a broad range of personal and social situations
- Leads to functional impairment
- Pattern is stable and of long term duration – traced back to at least adolescence / early adulthood

# Personality Disorder “Clusters”

- Cluster A – Odd or eccentric (Paranoid, Schizoid, Schizotypal)
- Cluster B – Dramatic, emotional or erratic (Antisocial, Borderline, Histrionic, Narcissistic)
- Cluster C – Anxious or fearful (Avoidant, Dependent, Obsessive-Compulsive)

# Borderline Personality Disorder

- Prevalence
  - 2% of the general population
  - 10% of individuals in outpatient mental health settings
  - Diagnosed predominantly (75%) in females

- Occurs in adolescence/ / early adulthood

- Often co-occurs with substance-related disorders and mood disorders

# Borderline Personality Disorder Diagnostic Criteria

- Fear of abandonment
- Unstable / intense relationships
- Unstable self-image / sense of self
- Impulsivity
- Recurrent acts intended to inflict self-harm and suicidal ideation
- Mood instability
- Chronic feelings of emptiness
- Difficulty controlling anger
- Transient paranoia / dissociation

# Antisocial Personality Disorder

- Prevalence
  - 3% in males and 1% in females
  - Ranges from 3-30% in clinical settings (Highest in substance abuse and forensic settings)

- Cannot be diagnosed before age 18

- Evidence of Conduct Disorder with onset before age 15

# Antisocial Personality Disorder Diagnostic Criteria

- Pattern of disregard for and violation of the rights of others since age 15:
  - Breaking the law
  - Lying / deceitfulness for profit or pleasure
  - Impulsivity
  - Irritability / aggressiveness
  - Disregard for safety of self / others
  - Irresponsibility
  - Lack of guilt or remorse







Please watch the video and identify general category of symptoms

MAGELLAN HEALTH SERVICES
Getting Better All the Time

# Anxiety Disorders

- Panic Disorder (with or without agoraphobia)
  - Frequent or recurrent panic attacks not triggered by something that would normally cause anxiety
  - Symptoms of Panic / Panic Attack
    - Heart Palpitations / Increased Rate
    - Sweating / Trembling
    - Shortness of Breath / Choking
    - Chest Pain / Discomfort
    - Nausea or Abdominal Distress
    - Dizziness / Faintness

# Anxiety Disorders

- Obsessive-Compulsive Disorder
  - Recurrent Obsessions (thoughts, ideas or images experienced as intrusive

  and/or

  - Compulsions (repetitive behaviors aimed toward reducing anxiety and performed according rigid rules)

# Anxiety Disorders

- Generalized Anxiety Disorder
  - Excessive worry about life circumstances for at least six months
  - Restlessness, fatigue, difficulty concentrating, irritability, muscle tension, and disturbed sleep

# Mental Disorders due to a General Medical Condition

- May mimic other diagnostic categories (such as Schizophrenia or Major Depression) but are distinguished because a specific medical reason can be found for the symptoms
- Diagnoses include:
  - Psychotic Disorder due to a General Medical Condition
  - Mood Disorder due to a General Medical Condition
  - Anxiety Disorder due to a General Medical Condition

# Substance-Related Disorders

- Substance use disorders (including over-the-counter and prescribed meds, as well as alcohol, marijuana, amphetamines, cocaine and other illegal substances)
  - Abuse
  - Dependence

- Substance Induced Disorders
  - Intoxication / Withdrawal
  - Psychotic Disorder
  - Mood Disorder
  - Anxiety Disorder

# Individuals with Co-Occurring Disorders

- Frequent hospitalizations
- Not taking medications as prescribed
- Legal problems
- Difficulty getting / keeping friends, jobs and/or places to live
- Frequent conflict with family and support system
- Serious physical problems

# RECAP

- Defined SMI
- Described the DSM-IV-TR
- Identified major classifications of psychiatric disorders
- Emphasized recovery

# Post-Test



# Post-Test



# References

American Psychiatric Association. (2000). Diagnostic and Statistical Manual of Mental Disorders (4th Ed. Text revision). Washington, DC: Author.

Mueser, K. T., Drake, R. E., & Noordsy, D. L. (1998). Integrated mental health and substance abuse treatment for severe psychiatric disorders. Journal Practical Psychiatry and Behavioral Health, 4, 129-139.


*UPC/PRC*
The Petition Process

# *THE UPC/PRC*

- UPC – Urgent Psychiatric Recovery Center
  - 903 N. 2nd St
  - Operated by Magellan Health Services

- PRC – Psychiatric Recovery Center
  - 99th Ave & Peoria
  - Operated by Recovery Innovations of AZ (previously called META Services)

# *PROCEDURES -- UPC/PRC*

- Front Door – voluntary, courtesy transports for case managers/crisis teams, family, etc. when they are doing the petition/paperwork.

- Back Door/Police Entrance – Involuntary
  - Pick-up Orders
  - New Petitions we are doing

# FRONT DOOR PROCEDURES

- Front Door – voluntary, courtesy transports for case managers/crisis teams, family, etc. when they are doing the paperwork.
  - Always follow them!
  - Please leave short 36/index card w/ basic info & call sign/serial# or contact #
  - Barring unusual circumstances…you're free to go!!
  - Issues re: assisting Case Mgrs, Family, Mobile Teams, etc.
  - Not a "medical" facility…
    - Fire Department Clearances
  - If clearly only substance abuse issue
    - Take to Community Bridges "LARC"/EVAC

# *BACK DOOR/POLICE ENTRANCE PROCEDURES -- UPC/PRC*

- Back Door/Police Entrance – Involuntary
  - Pick-up Orders
  - New Petitions we are doing
  - Courtesy phone call en-route is helpful
    - 602-416-7600 (Police Liaison)



# *INVOLUNTARY*

*(Back Door/Police Entrance)*

## *2 Main Categories*

- A) New Emergent Petition Requests

- B) Pick-Up Orders



# A) New Emergent Involuntary Petitions

- These are the ones that you are writing
- Questions from Michelle's presentation?
  - DTO/DTS, 1st hand knowledge, Mental Disorder, Adult
- Police can petition as can just about anyone
- Remember requirements
  - 2 "witnesses" (including you) is helpful if possible
- Can handwrite or use computer version
  - Thumb Drives?
  - HIPPA warning

# *A) New Emergent Involuntary Petitions (Cont.)*

- When can & can't transport
  - – If we are doing petition we can transport
  - – If not, ONLY "Admitting Officer" has authority to authorize transport. "Admitting Officer" is Doctor located @ UPC/PRC-not clinical sites or hospitals.
    - Not case managers
    - Not family
    - Not Crisis team
    - Not Clinical Site
    - Not Santa Claus, etc.

# *A) New Emergent Involuntary Petitions (Cont.)*

- Alternatives & Courtesy Transports
- Recommend completing paperwork before arriving at UPC/PRC facility if practical



# *PROCEDURES*

## *New Emergent Petitions*

- UPC – Buzzer (they should be able to hear and talk to you…advise wait time, etc.)
  - Occasional Issues (see UPC Manager Phone List)



# *PROCEDURES*

## *New Emergent Petitions*

- One at time in police room
  - ➢10-15 minute release is their guideline (from when we've completed our paperwork)
  - ➢Recommend paperwork done prior to arrival
    - Normally not able to complete inside police room (may let you into conference room)
    - Good idea to carry blank set w/ you

# *PROCEDURES*

## *New Emergent Petitions*

- Ask for “Police Liaison”
- Ask for “Cheat Sheet” if unsure of procedures/short-cuts
- Guns permitted in “police room” but not “sterile” patient area. *(discuss sign)*
- Computer version: hand disk to staff to print out.
- “No Wrong Door” Commitment

# PROCEDURES

## New Emergent Petitions

- UPC - April 08 Stats
  - Estimated Average Time Approx. 24 minutes from buzzer to leaving facility
  - Most likely majority include the time that officers are completing petition at the UPC.
  - Recent Personal Experience (approximately 3 minutes from when paperwork was done)
  - Feel free to ask Police Liaison for Assistance if needed.

# *PROCEDURES*

## *New Emergent Petitions*

- If person is very agitated, unusual circumstances, long wait & heat, etc.
  - Ask for police liaison to get Doctor
  - Request a “verbal OK”
  - Staff should take over responsibility for consumer, but
  - We still must complete all paperwork & get notarized before leaving

# *B) Pick-Up Orders*

- Review your department policy (and statute) for specific procedures, verification and service protocols.
- Law-Enforcement is Responsible for Involuntary Transports
- Learn as much info as possible….remember they are DANGEROUS by definition (DTO/DTS)
  - How to get this info will be covered in more detail during "Crisis System" presentation.
- In Phoenix, treated almost like felony warrant….i.e. can lead to barricade, SAU, etc.

# *B) Pick-Up Orders*

- Highly recommend reviewing petition before service
- “Valid” Pick-Up Order Form
- Hazard Example & (p/u order & call)
- Missing Hazard Example
- Concerns with requests from Clinics

# B) Pick-Up Orders (Cont.)

- ARS 36-524 Application for emergency admission for evaluation
- ARS 36-525 Apprehension and transportation by peace officers
- ARS 36-529 Order for evaluation; order for detention

# PROCEDURES

## Pick-Up Orders

- Pick-Up Order Drop Offs
  - Similar procedure for entry
- Typically quick turn-around
  - Basically they just need to confirm correct person & have adequate staff present in instances of safety concerns
  - Barring unusual circumstances/safety concerns officer should be released very quickly.

# *PROCEDURES*

## *Pick-Up Orders*

- Transports from Hospital
  - Occasional requests to bring paperwork with
  - Ambulance Assistance when needed
- Medical Clearances/Transports To Hospital
  - UPC should previously contact Hospital & Charging Nurse to advise of situation
  - “Transportation Only”
  - Example Pick-Up Order & Call Detail

# *PROCEDURES*

## *Pick-Up Orders*

- UPC - April 08 Stats
  - Approximately 270 Served in month
  - Estimated Average Time Approx. 6 1/2 minutes from buzzer to leaving facility
  - Longest 40 minutes wait; only 14 times over 15 minutes
  - Recent Personal Experience
  - Feel free to ask Police Liaison for Assistance if needed.

# *PROCEDURES*

## *P.A.D.*

- Similar to Pick-Up Order Drop Offs
  - Similar procedure for entry
- Typically quick turn-around
  - Basically they just need to confirm correct person & have adequate staff present in instances of safety concerns
  - Will need to sign & note time on Petition
    - Phoenix (in file cabinet)
    - Other agencies-Bring with (check department procedures)
  - Barring unusual circumstances/safety concerns officer should be released very quickly.

# *UPC Tip Sheet*



# *Good News on the Horizon?*

- Building/Layout Changes…YIPPEE
- Medical Clearances



# *Issues/Reminders*

- Ping-Pong Effect
- Longer waits (barring a lot of cops @ once)
  - Doc/Staff should be doing a very quick assessment
  - Should release officer as soon as standards for petition are reached
- Remember technical issues of when can/can't transport & who can/can't authorize it
  - These type of issues frequently leads to frustration for officers

# *Conclusion*

- This component is critical to effectiveness of any C.I.T. Program
- Good Quick Service is crucial
- Magellan Health Services has committed to providing this priority treatment to law-enforcement (their own staff don't get the same priority)
- If you know the "secrets" to get through process quickly, it can be much faster & often times more effective than jail.

# *Review*

- Front Door/Voluntary – i.e. Voluntary, family, case manager, etc.
- New Petition Officer is writing
- Pick-up Orders



# *Conclusion*

- If something doesn't go as it should, please
  - Ask for Police Liaison
  - Review "Tip Sheet"
  - Helpful if know staff name or at least date/time occurred
  - Let me know
  - Magellan Health Services wants us to bring up glitches to them so they can be dealt with and corrected for the future.

# *Personal Crisis Experiences*

- With Individuals…
- With System…
- With Supervisor…
- Etc…




Questions
?

# EXHIBIT 22

# DECLARATION OF CUSTODIAN OF RECORDS

I, Elizabeth Valentine, declare the following under penalty of perjury:

1. I am employed by the City of Phoenix Police Department and:

   ☐ I am a duly authorized Custodian of Records for the Police Department.

   ☒ I am authorized by the Custodian of Records for the Police Department to maintain and disseminate these records.

2. I am employed by the City of Phoenix Police Department and:

   ☐ I am a duly authorized Custodian of Records for the Records for the Phoenix Regional Police Academy.

   ☒ I am authorized by the Custodian of Records for the Phoenix Regional Police Academy to maintain and disseminate these records.

3. On 1/30/2025, I provided the following documents regarding employee(s):

Christopher Gitsch # 07319 EID 038681; Police Department training file(s).

Elizabeth Valentine 1/30/2025
Signature Date

Elizabeth Valentine
Printed Name



Rev. 9/10

COP 000114

**City of Phoenix Police Department**

**Training Bureau**

**Academy Training Record**

Selection: Serial:=07319

Employee Name: GITSCH, CHRISTOPHER A #07319

| Date | Course # | Course name | Hours | POST Prof/Cont | Status | Serial # at time course taken |
|---|---|---|---|---|---|---|
| 1/13/2025 | 15268 | Quarterly Handgun Training 1st Quarter 2025 | 1 | Y/N | A | 07319 |
| **Subtotal of classes for year: 1** | | | | | | |
| 12/13/2024 | 15245 | Quarterly 40MM Training - 4th Quarter 2024 | 5 | Y/N | S | 07319 |
| 12/6/2024 | 15245 | Quarterly 40MM Training - 4th Quarter 2024 | 5 | Y/N | C | 07319 |
| 11/8/2024 | 14226 | Precision Immobilization Technique Recertification | 2 | Y/N | A | 07319 |
| 10/16/2024 | 15129 | Quarterly Handgun Training 4th Quarter 2024 | 1 | Y/N | A | 07319 |
| 9/16/2024 | 15124 | Quarterly 40MM Training - 3rd Quarter 2024 | 4 | Y/N | A | 07319 |
| 8/16/2024 | 15124 | Quarterly 40MM Training - 3rd Quarter 2024 | 4 | Y/N | C | 07319 |
| 7/1/2024 | 15030 | Quarterly Handgun Training 3rd Quarter 2024 | 1 | Y/N | A | 07319 |
| 5/17/2024 | 15061 | Quarterly 40MM Training - 2nd Quarter 2024 | 4 | Y/N | A | 07319 |
| 4/24/2024 | 15029 | Quarterly Handgun Training 2nd Quarter 2024 | 1 | Y/N | A | 07319 |
| 4/10/2024 | 14913 | Patrol 40MM Less Lethal Instructor Certification | 40 | Y/N | A | 07319 |
| 3/23/2024 | 15016 | Use of Force Policy Training - Day 2 | 10 | N/Y | A | 07319 |
| 3/22/2024 | 15015 | Use of Force Policy Training - Day 1 | 10 | N/Y | A | 07319 |
| 3/22/2024 | 15010 | Use of Force Policy Training - Academy | 20 | N/N | S | 07319 |
| 2/20/2024 | 14745 | Handgun Optic Training | 15 | Y/N | A | 07319 |
| 2/12/2024 | 15014 | Quarterly Handgun Training 1st Quarter 2024 | 1 | Y/N | A | 07319 |
| 2/8/2024 | 14152 | Handgun Weapon Mounted Light Certification | 2.5 | Y/N | A | 07319 |
| 1/20/2024 | 14579 | Active Bystandership for Law Enforcement (ABLE) | 8 | N/Y | A | 07319 |
| **Subtotal of classes for year: 17** | | | | | | |
| 10/16/2023 | 14807 | Quarterly Handgun Training 4th Quarter 2023 | 1 | Y/N | A | 07319 |
| 8/14/2023 | 14623 | Introduction to AZ POST Firearms Qualification | 3 | Y/N | C | 07319 |
| 8/5/2023 | 14579 | Active Bystandership for Law Enforcement (ABLE) | 8 | N/Y | C | 07319 |
| 7/8/2023 | 14806 | Quarterly Handgun Training 3rd Quarter 2023 | 1 | Y/N | A | 07319 |
| 7/3/2023 | 14806 | Quarterly Handgun Training 3rd Quarter 2023 | 1 | Y/N | A | 07319 |
| 3/25/2023 | 14227 | Precision Immobilization Technique Train the Trainer | 10 | N/Y | R | 07319 |
| 1/24/2023 | 14783 | Quarterly Handgun Training 1st Quarter 2023 | 0.5 | Y/N | A | 07319 |
| **Subtotal of classes for year: 7** | | | | | | |
| 11/1/2022 | 8843 | Police Bicycle Training Program | 40 | Y/N | A | 07319 |
| 8/14/2022 | 14486 | Quarterly Handgun-3rd Quarter 2022 | 1 | Y/N | A | 07319 |
| 4/20/2022 | 13991 | Stunbag Shotgun Recertification | 0.5 | Y/N | A | 07319 |

**City of Phoenix Police Department**

**Training Bureau**

**Academy Training Record**

**Subtotal of classes for year: 3**

| | | | | | | |
|---|---|---|---|---|---|---|
| 12/27/2021 | 11387 | Accuracy Works 2 | 0.33 | Y/N | A | 07319 |
| 8/22/2021 | 11387 | Accuracy Works 2 | 0.33 | Y/N | A | 07319 |
| 5/2/2021 | 11389 | Accuracy Works 3 - Low Light | 0.33 | Y/N | A | 07319 |

**Subtotal of classes for year: 3**

| | | | | | | |
|---|---|---|---|---|---|---|
| 12/18/2019 | 13047 | Speed Work | 0.33 | Y/N | A | 07319 |
| 5/26/2019 | 11391 | Cover To Cover | 0.17 | Y/N | A | 07319 |

**Subtotal of classes for year: 2**

| | | | | | | |
|---|---|---|---|---|---|---|
| 9/2/2018 | 13329 | Controlling & Handcuffing Subjects | 0.25 | N/Y | A | 07319 |
| 7/15/2018 | 11389 | Accuracy Works 3 - Low Light | 0.33 | Y/N | A | 07319 |
| 4/1/2018 | 13205 | Testing for Compliance | 0.25 | N/Y | A | 07319 |
| 2/4/2018 | 13169 | Tactial Advantage #10 - Recent Trends and Statistics of Critical Incidents | 0.25 | N/Y | A | 07319 |

**Subtotal of classes for year: 4**

| | | | | | | |
|---|---|---|---|---|---|---|
| 12/18/2017 | 13047 | Speed Work | 0.33 | Y/N | A | 07319 |
| 7/16/2017 | 11390 | CCP Indoor Range Low Light | 0.33 | Y/N | A | 07319 |

**Subtotal of classes for year: 2**

| | | | | | | |
|---|---|---|---|---|---|---|
| 9/12/2014 | 12141 | Mental Illness and Involuntary Pick-Up Orders Train the Trainer | 0 | N/N | A | 07319 |

**Subtotal of classes for year: 1**

| | | | | | | |
|---|---|---|---|---|---|---|
| 12/12/2013 | 4432 | ACJIS TOC Testing (Level B) | 1 | N/Y | A | 07319 |
| 9/20/2013 | 11816 | Fake ID's Commonly Used in Bars | 2 | N/Y | A | 07319 |
| 9/20/2013 | 11817 | Title IV Liquor Laws | 4 | N/Y | A | 07319 |

**Subtotal of classes for year: 3**

| | | | | | | |
|---|---|---|---|---|---|---|
| 11/23/2009 | 2299 | Ten Hour Driver In-Service Training Program | 10 | N/Y | A | 07319 |
| 11/10/2009 | 6855 | Phx Cat Shotgun Certification Class | 10 | Y/N | C | 07319 |
| 10/30/2009 | 10162 | Shotgun Biannual Fall 2009 | 5 | Y/Y | A | 07319 |
| 10/14/2009 | 9852 | Crisis Entry for First Responders Criteria and Tactical | 8 | Y/N | A | 07319 |
| 10/14/2009 | 10186 | Taser X26 Recertification | 2 | Y/Y | A | 07319 |
| 4/10/2009 | 6563 | Phx Cat Revolver Development | 4 | Y/N | A | 07319 |
| 3/9/2009 | 9989 | Controlled Substances and Marijuana Field Identification Recertification Class | 4 | N/Y | A | 07319 |

**Subtotal of classes for year: 7**

| | | | | | | |
|---|---|---|---|---|---|---|
| 11/4/2008 | 9987 | Incident Response to Terrorist Bombings | 32 | Y/Y | A | 07319 |
| 10/17/2008 | 9389 | 2008 Annual Qualification | 0.5 | N/N | A | 07319 |

**City of Phoenix Police Department**

**Training Bureau**

**Academy Training Record**

| | | | | | | |
|---|---|---|---|---|---|---|
| 10/17/2008 | 9389 | 2008 Annual Qualification | 0.5 | N/N | C | 07319 |
| 5/30/2008 | 8807 | AZ POST Catalog Mental Illness/Developmental Disability Train the Trainer | 8 | N/Y | S | 07319 |
| 4/17/2008 | 9365 | Controlled Substances and Marijuana Field Identification Recertification Class | 4 | N/Y | A | 07319 |
| 1/14/2008 | 6855 | Phx Cat Shotgun Certification Class | 10 | Y/N | A | 07319 |

**Subtotal of classes for year: 6**

| | | | | | | |
|---|---|---|---|---|---|---|
| 7/19/2007 | 8746 | NIMS Introduction to the Incident Command System ICS-100 (IS100) | 2 | N/Y | A | 07319 |
| 7/19/2007 | 8915 | NIMS-ICS-200 (IS200): Incident Command System for Single Resources and Initial Action Incidents | 2 | N/Y | A | 07319 |
| 7/19/2007 | 8916 | NIMS-Introduction to the National Response Plan (NRP) - IS800a | 2 | N/Y | A | 07319 |
| 3/21/2007 | 8820 | Module 2006-2007 Law Enforcement Response to Electronic Crime Scenes | 1 | N/Y | A | 07319 |
| 3/21/2007 | 8813 | Module 2006-2007 Crimes Against Children | 4 | N/Y | A | 07319 |
| 3/21/2007 | 8821 | Module 2006-2007 Tactical Spanish Day 2 | 5 | N/Y | A | 07319 |
| 3/20/2007 | 8819 | Module 2006-2007 Government Identification Security Features | 1 | N/Y | A | 07319 |
| 3/20/2007 | 8551 | GangNet Training 2006-2007 Module | 1 | N/N | A | 07319 |
| 3/20/2007 | 8816 | Module 2006-2007 Tactical Spanish Day 1 | 5 | N/Y | A | 07319 |
| 3/20/2007 | 8553 | Module 2006-2007 Recognition of Mexican Drivers License and Identificaton | 2 | N/Y | A | 07319 |
| 3/8/2007 | 191 | Marijuana Field Identification Recertification Class | 2 | N/Y | A | 07319 |
| 3/8/2007 | 192 | Controlled Substances Field Identification Recertification Class | 2 | N/Y | A | 07319 |
| 3/1/2007 | 8563 | Module 2006-2007 Annual Qualification with Stunbag | 2 | Y/N | A | 07319 |
| 2/9/2007 | 17 | Biological Evidence Collection | 4 | N/Y | A | 07319 |

**Subtotal of classes for year: 14**

| | | | | | | |
|---|---|---|---|---|---|---|
| 6/16/2006 | 6093 | Flashlight Shooting Techniques | 0.3 | Y/Y | A | 07319 |
| 4/10/2006 | 8191 | Phx Cat Bi-Annual Shotgun Training 2006-1 | 4 | Y/Y | A | 07319 |
| 3/3/2006 | 6094 | Varying the Rate of Fire | 0.25 | Y/Y | A | 07319 |
| 1/31/2006 | 62 | Controlled Substances Field Identification Class | 6 | N/Y | A | 07319 |
| 1/30/2006 | 367 | Marijuana Field Identification Class | 6 | N/Y | A | 07319 |
| 1/26/2006 | 7948 | Pursuit Philosopy/Implementation | 2 | N/Y | A | 07319 |

**Subtotal of classes for year: 6**

| | | | | | | |
|---|---|---|---|---|---|---|
| 9/9/2005 | 7779 | Module 2005-2006 Liquor Enforcement | 1.5 | N/Y | A | 07319 |
| 9/9/2005 | 7881 | Module 2005-2006 Police Public Interaction | 2.5 | N/N | A | 07319 |
| 9/9/2005 | 7782 | Module 2005-2006 Property Management Bureau Training First Responders | 1.5 | N/Y | A | 07319 |
| 9/9/2005 | 7880 | Module 2005-2006 New Policing Plan | 1 | N/Y | A | 07319 |
| 9/9/2005 | 7878 | Module 2005-2006 Record Redaction and Public Record Training | 2 | N/Y | A | 07319 |
| 9/8/2005 | 7940 | Module 2005-2006 Active Shooter Intervention (Crisis Entry) | 2 | Y/Y | A | 07319 |

**City of Phoenix Police Department**

**Training Bureau**

**Academy Training Record**

| | | | | | | |
|---|---|---|---|---|---|---|
| 9/8/2005 | 7941 | Module 2005-2006 Window & Door Breaching (Crisis Entry) | 2 | Y/Y | A | 07319 |
| 9/8/2005 | 7875 | Module 2005-2006 Firearms Drills | 3.5 | Y/Y | A | 07319 |
| 9/8/2005 | 7874 | Module 2005-2006 Stun Bag Re-Certification | 1 | Y/Y | A | 07319 |
| 9/7/2005 | 7838 | Module 2005-2006 Low Light Combative | 2 | N/Y | A | 07319 |
| 9/7/2005 | 7778 | Module 2005-2006 Domestic Violence | 1.5 | N/Y | A | 07319 |
| 9/7/2005 | 7879 | Module 2005-2006 DT Arrest Tactics & Proficiency Skills | 4 | N/N | A | 07319 |
| 9/7/2005 | 7780 | Module 2005-2006 Repeat Offender Program | 2 | N/Y | A | 07319 |
| 9/7/2005 | 7858 | Module 2005-2006 OSHA Compliance Safety Training | 1.5 | N/Y | A | 07319 |
| 9/7/2005 | 7892 | Module 2005-2006 DT Update | 2 | Y/Y | A | 07319 |
| 9/6/2005 | 7777 | Module 2005-2006 Standard First Aid, CPR and AED Certification | 9 | Y/Y | A | 07319 |
| 9/6/2005 | 7877 | Mask Fitting | 1 | N/N | A | 07319 |
| 5/26/2005 | 6114 | Cover To Cover | 0.25 | Y/N | A | 07319 |
| 5/17/2005 | 7632 | Police Training Media Day 2 | 8 | N/Y | A | 07319 |
| 5/16/2005 | 7544 | Police Media Relations | 16 | N/Y | A | 07319 |
| 5/16/2005 | 7631 | Police Training Media Day 1 | 8 | N/Y | A | 07319 |
| 4/21/2005 | 5419 | Phx Cat PACE Direct Entry | 4.5 | N/Y | A | 07319 |
| 4/12/2005 | 7317 | Phx Cat Bi-Annual Shotgun Training 2005-1 | 4 | Y/Y | A | 07319 |
| 4/11/2005 | 7317 | Phx Cat Bi-Annual Shotgun Training 2005-1 | 4 | Y/Y | C | 07319 |
| 2/4/2005 | 6998 | Module 2004-2005 Document Crimes Investigation Current 2004 | 1.5 | N/Y | N | 07319 |
| 2/4/2005 | 6942 | Module 2004-2005 Street Gangs Trends | 1.5 | N/Y | N | 07319 |
| 2/4/2005 | 6944 | Module 2004-2005 Brady Issues | 1 | N/Y | N | 07319 |
| 2/4/2005 | 6945 | Module 2004-2005 Basic Search and Seizure Rules | 1.5 | N/Y | N | 07319 |
| 2/4/2005 | 7014 | Module 2004-2005 DT Update | 2 | Y/N | A | 07319 |
| 2/4/2005 | 7099 | Module 2004-2005 Arrest Team Tactics | 2 | Y/N | A | 07319 |
| 2/3/2005 | 7010 | Module 2004-2005 OSHA Compliance Safety Training | 1 | N/Y | A | 07319 |
| 2/3/2005 | 7096 | Module 2004-2005 Table Top Scenario for Patrol Functions | 1 | N/Y | A | 07319 |
| 2/3/2005 | 7008 | Module 2004-2005 Response to Explosive and Terrorism-Related Incidents | 1 | N/Y | A | 07319 |
| 2/3/2005 | 7000 | Module 2004-2005 Physical Fitness Program | 1.5 | N/Y | A | 07319 |
| 2/3/2005 | 7009 | Module 2004-2005 Homeland Defense Bureau Intelligence Update | 0.5 | N/Y | A | 07319 |
| 2/3/2005 | 7030 | Module 2004-2005 Weapons of Mass Destruction - Guidelines for 1st Responders | 1 | N/Y | A | 07319 |
| 2/3/2005 | 6946 | Module 2004-2005 Personal Assessment System (PAS) | 1.5 | N/Y | A | 07319 |
| 2/3/2005 | 6941 | Module 2004-2005 Human Resources Unit | 0.45 | N/Y | A | 07319 |
| 2/2/2005 | 7137 | Module 2004-2005 Day 2 Firearms Drills | 4.5 | N/Y | A | 07319 |
| 2/2/2005 | 7047 | Module 2004-2005 Tactical Village First Responders Guide to a Hazardous Materials/WMD Event | 4 | N/Y | A | 07319 |
| 2/1/2005 | 7033 | Module 2004-2005 Stun Bag Certification & Training | 1 | Y/N | A | 07319 |
| 2/1/2005 | 7048 | Module 2004-2005 Tactical Village Building Search | 1 | N/Y | A | 07319 |

**City of Phoenix Police Department**

**Training Bureau**

**Academy Training Record**

| | | | | | | |
|---|---|---|---|---|---|---|
| 2/1/2005 | 7057 | Module 2004-2005 Room Entry/Accelerated Deployment | 1 | Y/Y | A | 07319 |
| 2/1/2005 | 7237 | Module 2004-2005 Low Light Search | 1 | Y/Y | A | 07319 |
| 2/1/2005 | 7136 | Module 2004-2005 Day 1 Firearms Drills | 3 | N/Y | A | 07319 |

**Subtotal of classes for year: 45**

| | | | | | | |
|---|---|---|---|---|---|---|
| 12/16/2004 | 5419 | Phx Cat PACE Direct Entry | 4.5 | N/Y | C | 07319 |
| 11/19/2004 | 6094 | Varying the Rate of Fire | 0.25 | Y/Y | A | 07319 |
| 11/18/2004 | 5419 | Phx Cat PACE Direct Entry | 4.5 | N/Y | C | 07319 |
| 10/19/2004 | 7101 | Phx Cat Bi-Annual Shotgun Training 2004-2 | 4 | N/Y | A | 07319 |
| 5/26/2004 | 5419 | Phx Cat PACE Direct Entry | 4.5 | N/Y | C | 07319 |
| 5/21/2004 | 6227 | Phx Cat Blood Draw/Search Warrant Certification | 2 | N/N | A | 07319 |
| 4/26/2004 | 6160 | Phx Cat Shotgun Certification Class | 10 | Y/N | A | 07319 |
| 4/9/2004 | 6092 | Speed Work | 0.2 | Y/N | A | 07319 |
| 3/23/2004 | 6199 | Module 2003-2004 Trunked Radio 800 MHZ | 1 | Y/Y | A | 07319 |
| 3/23/2004 | 6200 | Module 2003-2004 Motorola XTS 5000 Portable 800 MHZ | 1 | N/Y | A | 07319 |
| 3/23/2004 | 6201 | Module 2003-2004 Motorola XTS 5000 Portable Accessory Application 800 MHZ | 2 | N/Y | A | 07319 |
| 3/23/2004 | 6245 | 800 MHZ Tactical/Radio Scenarios | 4.5 | Y/N | A | 07319 |
| 2/25/2004 | 6413 | Permanent Resident Card & Revised I-551 Alien Registration Card | 2 | N/Y | S | 07319 |
| 1/29/2004 | 4432 | ACJIS TOC Testing (Level B) | 1 | N/Y | A | 07319 |
| 1/22/2004 | 6370 | Forensic Documents Examination | 2 | N/Y | A | 07319 |
| 1/22/2004 | 6414 | Forensic Documents Examination of Graffiti | 1 | N/Y | A | 07319 |
| 1/22/2004 | 6413 | Permanent Resident Card & Revised I-551 Alien Registration Card | 2 | N/Y | A | 07319 |
| 1/16/2004 | 6227 | Phx Cat Blood Draw/Search Warrant Certification | 2 | N/N | C | 07319 |
| 1/15/2004 | 6159 | Module 2003-2004 Stun Bag Certification & Training | 1 | N/Y | A | 07319 |
| 1/15/2004 | 6157 | Module 2003-2004 Firearms Drills | 2 | Y/N | A | 07319 |
| 1/15/2004 | 6153 | Module 2003-2004 Tactical Scenarios | 4.5 | Y/Y | A | 07319 |
| 1/14/2004 | 6330 | Module 2003-2004 Crisis Communication | 2 | N/Y | A | 07319 |
| 1/14/2004 | 6331 | Module 2003-2004 The Mental Health System | 0.5 | N/Y | A | 07319 |
| 1/14/2004 | 6125 | Module 2003-2004 Conflict Resolution and Recovery | 1 | N/Y | A | 07319 |
| 1/14/2004 | 6217 | Module 2003-2004 Laboratory Services | 1.5 | Y/Y | A | 07319 |
| 1/14/2004 | 6179 | Module 2003-2004 Crime Analysis, NIBRS and Crime Mapping | 1 | N/Y | A | 07319 |
| 1/14/2004 | 6219 | Module 2003-2004 Property Management | 1 | N/Y | A | 07319 |
| 1/14/2004 | 6155 | Module 2003-2004 Arizona Amber Alert | 1 | N/Y | A | 07319 |
| 1/14/2004 | 6218 | Module 2003-2004 DEB Issues | 1 | N/Y | A | 07319 |

**Subtotal of classes for year: 29**

| | | | | | | |
|---|---|---|---|---|---|---|
| 10/25/2003 | 6371 | High Risk Vehicle Stops Instructor | 20 | Y/N | A | 07319 |

**City of Phoenix Police Department**

**Training Bureau**

**Academy Training Record**

| | | | | | | |
|---|---|---|---|---|---|---|
| 10/17/2003 | 6089 | Accuracy Works | 0.2 | Y/N | A | 07319 |
| 9/29/2003 | 5755 | Phx Cat Advanced Handgun | 10 | N/Y | A | 07319 |
| 8/1/2003 | 5727 | Blood Borne Pathogens & Other Communicable Dis. - Understanding Contagious Dis. Contamination or Exposure? (OSHA, Mandatory) | 2 | N/Y | A | 07319 |
| 7/11/2003 | 4545 | Tactical Ground Survival | 8 | Y/N | A | 07319 |
| 5/3/2003 | 6070 | AZ POST General Instructor | 40 | N/Y | A | 07319 |
| 1/16/2003 | 5372 | Module 2002-2003 Tactical Senarios | 4.25 | Y/Y | A | 07319 |
| 1/16/2003 | 5461 | Module 2002-2003 Stun Bag Certification & Training | 1 | N/Y | N | 07319 |
| 1/16/2003 | 5371 | Module 2002-2003 Shotgun Certification & Training | 1 | Y/Y | A | 07319 |
| 1/16/2003 | 5462 | Module 2002-2003 Cover to Cover / Positional Running Man | 4.5 | N/Y | A | 07319 |
| 1/15/2003 | 5367 | Module 2002-2003 Crime Analysis and Data Quality | 1 | Y/Y | A | 07319 |
| 1/15/2003 | 5433 | Module 2002-2003 Problem Solving for Police Supervisors & Officers; Utilizing the Model Sara | 4 | N/Y | A | 07319 |
| 1/15/2003 | 5394 | Module 2002-2003 Suicide Awareness | 1 | N/Y | A | 07319 |
| 1/15/2003 | 5364 | Module 2002-2003 Personnel Assessment system (PAS System) | 1 | Y/Y | A | 07319 |
| 1/15/2003 | 5370 | Module 2002-2003 Incident Review Unit ( IRU ) | 1 | Y/Y | A | 07319 |
| 1/14/2003 | 5374 | Module 2002-2003 Performance Nutrition | 1.5 | Y/Y | A | 07319 |
| 1/14/2003 | 5362 | Module 2002-2003 Physical Fitness | 2.5 | Y/Y | A | 07319 |
| 1/14/2003 | 5652 | Module 2002-2003 Homeland Security | 2.5 | Y/Y | A | 07319 |
| 1/14/2003 | 5363 | Module 2002-2003 Professional Communication | 2.5 | Y/Y | A | 07319 |
| 1/14/2003 | 5373 | Module 2002-2003 Cardiovascular Training | 1.5 | Y/Y | N | 07319 |
| 1/14/2003 | 5375 | Module 2002-2003 Basic Weight Training | 1.5 | Y/Y | N | 07319 |

**Subtotal of classes for year: 21**

| | | | | | | |
|---|---|---|---|---|---|---|
| 10/28/2002 | 4874 | *M26 Advanced Taser | 5 | Y/N | A | 07319 |
| 4/23/2002 | 2432 | Introduction To ArcView GIS | 16 | N/Y | A | 07319 |
| 2/15/2002 | 45 | ACJIS TOC Test Administration Training (Level A) | 3 | N/Y | A | 07319 |
| 2/14/2002 | 4595 | Blood Borne Pathogens & Other Communicable Diseases-Post-Incident Procedures (OSHA Mandatory Train.) | 2 | N/Y | A | 07319 |
| 2/6/2002 | 499 | Officer Safety & Communication Spanish-W/Review Patrol (10 Hours) | 10 | N/Y | A | 07319 |
| 1/10/2002 | 4596 | Blood Borne Pathogens & Other Communicable Diseases-Reducing Your Risk (OSHA Mandatory Train.) | 2 | N/Y | A | 07319 |
| 1/10/2002 | 4785 | Range 2000 AQ Testing | 0 | N/Y | A | 07319 |

**Subtotal of classes for year: 7**

| | | | | | | |
|---|---|---|---|---|---|---|
| 12/20/2001 | 4597 | Blood Borne Pathogens & Other Communicable Dis. - Understanding Contagious Dis. (OSHA, Mandatory) | 2 | N/Y | A | 07319 |
| 12/5/2001 | 4790 | Video - Police Response to People with Disabilities (ADA) Video Mandatory Training | 1 | N/Y | A | 07319 |
| 9/21/2001 | 4398 | Module 2001-2002 Tactical Driving | 4.5 | Y/Y | A | 07319 |
| 9/21/2001 | 4399 | Module 2001-2002 Safe Driver Awareness | 4.5 | Y/Y | A | 07319 |

City of Phoenix Police Department

Training Bureau

Academy Training Record

| | | | | | | |
|---|---|---|---|---|---|---|
| 9/20/2001 | 4557 | Module 2001-2002 / 2002 Shotgun Certification & Training | 1 | Y/N | A | 07319 |
| 9/20/2001 | 4395 | Module 2001-2002 Practical Firearms Training (AQ Training) | 1 | Y/Y | A | 07319 |
| 9/20/2001 | 4397 | Module 2001-2002 Internet Crime | 2 | Y/Y | A | 07319 |
| 9/20/2001 | 4396 | Module 2001-2002 Interpersonal Communications | 2.5 | Y/Y | A | 07319 |
| 9/19/2001 | 4393 | Module 2001-2002 Response to Barricades | 2 | Y/N | A | 07319 |
| 9/19/2001 | 4548 | Module 2001-2002 Contact and Cover | 1 | N/Y | A | 07319 |
| 9/19/2001 | 4394 | Module 2001-2002 Pursuits & Policy | 1.5 | Y/Y | A | 07319 |
| 9/19/2001 | 4392 | Module 2001-2002 Range 2000 Room Entry Scenario | 1 | Y/Y | A | 07319 |
| 9/19/2001 | 4475 | Module 2001-2002 Contacting Occupied Vehicles | 1 | Y/N | A | 07319 |
| 9/19/2001 | 4389 | Module 2001-2002 Injured Officer Drills | 1 | Y/Y | A | 07319 |
| 9/19/2001 | 4474 | Module 2001-2002 Low Light Search | 1 | Y/N | A | 07319 |
| 9/18/2001 | 4388 | Module 2001-2002 Physical Fitness | 2.5 | Y/N | A | 07319 |
| 9/18/2001 | 4391 | Module 2001-2002 OC Spray/Body Cuff/Carotid/RIPP Restraint | 4 | Y/Y | A | 07319 |
| 9/18/2001 | 4547 | Module 2001-2002 Health and Wellness | 1.5 | N/Y | A | 07319 |
| 9/18/2001 | 4390 | Module 2001-2002 Public Safety Radio System Project (800 MHZ/Radio/Communications) | 0.5 | Y/Y | A | 07319 |
| 7/16/2001 | 342 | Officer Survival and Communication Training Program | 24 | N/N | A | 07319 |
| 5/31/2001 | 1453 | Video - Non-Credit Video Mandatory Training "Restraint / Refusal," PD / Fire | 0 | N/N | A | 07319 |
| 2/22/2001 | 230 | PACE Post Academy User Training | 10 | N/Y | A | 07319 |
| 2/20/2001 | 500 | Communication - Level of Force | 2 | N/Y | A | 07319 |
| 2/20/2001 | 4656 | Accelerated Deployment | 5 | N/Y | A | 07319 |
| 2/16/2001 | 369 | Drug Screening Class | 2 | N/Y | A | 07319 |
| 2/16/2001 | 101 | One Roll Training | 3 | N/Y | A | 07319 |
| 2/14/2001 | 66 | Basic Shotgun and Stun Bag | 8 | Y/N | A | 07319 |

**Subtotal of classes for year: 27**

**City of Phoenix Police Department**
**Training Bureau**
**Phoenix Police Center For Higher Learning - Employee Training Record**

Selections: Begin and End Date= 8/3/2019 - 1/30/2025, Employee ID: 038681; Course Type: All

| | |
|---|---|
| **Employee Name:** | **Gitsch, Christopher** |
| **Serial Number:** | **7319** |
| **Employee ID:** | **038681** |
| **Bureau/Precinct:** | **APS** |
| **Displaying Course Types** | **All Courses** |

| Course Name | Course # | Course Hours | Mandatory | Date Enrolled | Date Started | Date Completed |
|---|---|---|---|---|---|---|
| 2019 - Driving Track Training 2 part series | 0919-13719P | 2.00 | Yes | 09/12/2019 | 11/15/2019 | 11/19/2019 |
| 2018-19 Fentanyl Safety Course | 2018-13468C | 0.50 | Yes | | 08/14/2019 | 08/14/2019 |
| 2019 Legal Unit Update on Title 28 - Mandatory | 2018-LU2019 | 0.50 | Yes | | 08/14/2019 | 08/14/2019 |
| 2019 Hazard Communications | 2019-13278C | 0.50 | Yes | | 08/14/2019 | 08/14/2019 |
| 2019 Transit Course - Mandatory | 2019-13435C | 1.00 | Yes | | 11/06/2019 | 11/06/2019 |
| 2018-2019 Crisis Support Training - Mandatory | 2019-13494C | 3.00 | Yes | | 08/22/2019 | 10/16/2019 |
| 2019 Respiratory Protection | 2019-13553C | 2.00 | Yes | | 08/14/2019 | 10/16/2019 |
| 2019 - Communication in Volatile Incidents - Mandatory | 2019-13692C | 2.00 | Yes | | 11/06/2019 | 11/06/2019 |
| 2019 - Body Worn Camera Training Update - Mandatory | 2019-13702C | 1.00 | Yes | 08/15/2019 | 10/16/2019 | 10/16/2019 |
| 2019 - Driving Track Training - Mandatory | 2019-13719C | 2.00 | Yes | | 06/04/2020 | 06/04/2020 |
| 2019 - City of Phoenix Firearms - Order of Protection Plan - Mandatory | 2019-13753C | 0.50 | Yes | 09/13/2019 | 08/10/2020 | 08/10/2020 |
| 2019 - Taser Annual Recertification Training - Mandatory | 2019-13754C | 2.00 | Yes | 09/23/2019 | 12/06/2020 | 12/06/2020 |
| 2019 Avon C50 Gas Mask Familiarization | 2019-AvonC50 | 0.00 | Yes | | 08/14/2019 | 08/14/2019 |
| 2019 Leave and Attendance Policies Update - Mandatory | 2019-Fiscal | 0.00 | Yes | | 08/22/2019 | 08/22/2019 |
| CPTI & NPF - Pointed Gun at Person (PGP) - Mandatory | 2019-PGP-NPF | 0.50 | Yes | 08/05/2019 | 08/13/2019 | 10/16/2019 |
| 2020- E-WARRANT - Electronic Search Warrants | 2020-13150C | 1.00 | No | | 12/14/2020 | 12/15/2020 |
| 2020 Respiratory Protection | 2020-13553C | 2.00 | Yes | 12/08/2020 | 12/14/2020 | 12/14/2020 |
| DNA BASICS | 2020-13667C | 1.30 | No | | 09/15/2021 | 09/15/2021 |
| 2020 - AXON BWC 3 - Training Video | 2020-14074 | 0.00 | Yes | 12/08/2020 | 10/11/2021 | 10/11/2021 |
| 2020 - AZPOINT - Order of Protections ONLINE - Mandatory | 2020-AZPOINT | 0.00 | Yes | 12/20/2019 | 08/10/2020 | 08/10/2020 |
| 2020 - COMPASSIONATE RESTRAINT | 2020-CompRestraint | 0.00 | Yes | 12/08/2020 | 09/28/2021 | 09/28/2021 |

| | | | | | |
|---|---|---|---|---|---|
| 2023 - Emergency Evac | 2023-13907C | 2.00 | Yes | | 12/25/2023 |
| 2023 - Radiation Training | 2023-14347C | 1.00 | Yes | | 12/18/2023 |
| 2023 - Health & Safety Incident Reporting System EMPLOYEE - Mandatory | 2023-Emp IRSC | 1.00 | Yes | | 06/28/2023 |
| 2023 - IMPLICIT BIAS REFRESHER - Mandatory | 2023-IBT REFRESHERC | 1.00 | Yes | | 12/12/2023 |
| 2023 Personal Protective Equipment PPE | 2023-PPE:Safety | 0.00 | Yes | | 12/25/2023 |
| 2023 - TIME DISTANCE COVER PART 2 - Mandatory | 2023-TIME DISTANCE COVER PART 2 | 0.25 | Yes | | 01/29/2023 |
| 2023 - TIME DISTANCE COVER PART 3 - Mandatory | 2023-TIME DISTANCE COVER PART 3 | 0.25 | Yes | | 05/07/2023 |
| OBT Video 51-2022 - Emergency Traffic | OBT 51-2022C | 0.25 | No | 07/26/2022 | 11/07/2022 |
| OBT Video 50-2022 - CEB - ABLE Training Introduction | OBT50-2022C | 0.25 | No | | 11/07/2022 |
| OBT Video 52-2022 - GANGS - GMIC | OBT52-2022C | 0.25 | No | 07/12/2022 | 11/07/2022 |
| OBT Video 54-2022 - TRC5 | OBT54-2022C | 0.25 | No | 07/27/2022 | 11/07/2022 |
| OBT Video 55-2022 - 8 Foot Rule HB2319 - Mandatory | OBT55-2022C | 0.25 | Yes | 08/10/2022 | 10/09/2022 |
| OBT Video 59-2022 - DTD - OC SPRAY UPDATE- Mandatory | OBT59-2022C | 0.25 | Yes | 10/06/2022 | 12/26/2022 |
| OBT Video 67-2023 - TTD - New Ballistic Helmets | OBT67-2023C | 0.25 | No | | 12/11/2023 |
| OBT Video 68-2023 - PFD - STRETCHING IN PATROL | OBT68-2023C | 0.25 | No | | 12/11/2023 |
| OBT Video 69-2023 - TRC8 | OBT69-2023C | 0.25 | No | | 12/11/2023 |
| OBT Video 70-2023 - VCB - Bias Crimes RMS Update | OBT70-2023C | 0.25 | No | | 12/11/2023 |
| OBT Video 71-2023 - FTD - New AQ OBT | OBT71-2023C | 0.25 | No | | 06/05/2023 |
| OBT Video 72-2023 - RMS - DPS CJIS AUDIT PART 1 | OBT72-2023C | 0.25 | No | | 12/11/2023 |
| OBT Video 73-2023 - RMS - DPS CJIS AUDIT PART 2 | OBT73-2023C | 0.25 | No | | 12/11/2023 |
| OBT Video 74-2023 - VCB - FORENSIC ARTIST OBT | OBT74-2023C | 0.25 | No | | 12/11/2023 |
| OBT Video 75-2023 - COB - DESIGNATION OF PROPERTY OWNERSHIP IN FBR | OBT75-2023C | 0.25 | No | | 12/11/2023 |
| OBT Video 76-2023 - TTD - TASER TOPICS UPDATE | OBT76-2023C | 0.25 | No | | 06/19/2023 |
| OBT Video 77-2023 - TRC9 | OBT77-2023C | 0.25 | No | | 12/11/2023 |

| | | | | |
|---|---|---|---|---|
| Gitsch, Christopher | | POL159-ONL-Subject Contact Form Review | 0.25 | 12/03/2024 06:12 AM |
| Gitsch, Christopher | | POL160-ONL-Bias Crimes Unit RMS Update Review | 0.25 | 11/19/2024 06:49 AM |
| Gitsch, Christopher | | POL161-ONL-Impounding Digital Evidence Using Evidence.com | 0.25 | 11/19/2024 06:28 AM |
| Gitsch, Christopher | | POL163-ONL-Deferred Police Reporting | 0.00 | 11/19/2024 06:27 AM |
| Gitsch, Christopher | | POL167-ONL-Indian Country Policing Policies | 0.50 | 12/03/2024 06:11 AM |
| Gitsch, Christopher | | POL168-ONL-Implicit Bias Refresher | 0.25 | 12/03/2024 05:40 AM |
| Gitsch, Christopher | | POL169-ONL- PremierOne RMS Training | 0.75 | 01/06/2025 11:56 AM |
| Gitsch, Christopher | | Victims' Rights Card | 0.25 | 06/17/2024 10:58 AM |
| Gitsch, Christopher | AV0001 | AV0001-Tranzport Hood Video | 0.00 | 07/07/2010 12:00 PM |
| Gitsch, Christopher | AV0003 | AV0003-SB 1070 Video | 0.00 | 07/18/2010 12:00 PM |
| Gitsch, Christopher | AV0004 | AV0004-Personal Recording Devices P&P | 0.00 | 07/14/2010 12:00 PM |
| Gitsch, Christopher | AV0005 | AV0005-Traffic Matters: Air Bags | 0.00 | 03/28/2011 12:00 PM |
| Gitsch, Christopher | AV0014 | AV0014-Domestic Violence Strangulatio | 0.00 | 08/29/2012 12:00 PM |
| Gitsch, Christopher | AV0016 | AV0016-Mental Illness Part 1 Video | 0.00 | 09/25/2012 12:00 PM |
| Gitsch, Christopher | AV0017 | AV0017-Mental Illness Part 2 Video | 0.00 | 10/31/2012 12:00 PM |
| Gitsch, Christopher | AV0018 | AV0018-Mental Illness Part 3 Video | 0.00 | 10/31/2012 12:00 PM |
| Gitsch, Christopher | AV0019 | AV0019-Adult Sex Crimes Investigation | 0.00 | 01/25/2013 12:00 PM |
| Gitsch, Christopher | AV0026 | AV0026-Tactical Advantage Episode 3 | 0.00 | 06/13/2016 12:00 PM |
| Gitsch, Christopher | AV0027 | AV0027-Tactical Advantage Episode 4 | 0.00 | 06/22/2016 12:00 PM |
| Gitsch, Christopher | AV0029 | AV0029-Tactical Advantage Episode 6 | 0.00 | 08/15/2016 12:00 PM |
| Gitsch, Christopher | AV0030 | AV0030-Tacitcal Advantage Episode 7 | 0.00 | 08/31/2016 12:00 PM |
| Gitsch, Christopher | AV0033 | AV0033-CGIC: Prohibited Possessor Trn | 0.00 | 01/28/2018 12:00 PM |
| Gitsch, Christopher | AV0035 | AV0035-School Threats | 0.00 | 04/01/2018 12:00 PM |
| Gitsch, Christopher | AV0035 | AV0035-School Threats | 0.00 | 09/02/2018 12:00 PM |
| Gitsch, Christopher | AV0037 | AV0037-PPD/HDB Drone Enforcement 2018 | 0.00 | 04/23/2018 12:00 PM |
| Gitsch, Christopher | AV003A | AV003A-SB 1070 Video Credit Continued | 0.50 | 07/18/2010 12:00 PM |
| Gitsch, Christopher | AZ0045 | AZ0045-Report Writing-How Threat Cont | 1.00 | 06/25/2012 12:00 PM |
| Gitsch, Christopher | AZ0054 | AZ0054-Canine Encounters (K9) | 2.00 | 12/11/2017 12:00 PM |
| Gitsch, Christopher | AZ0056 | AZ0056-Active Shooter Incident Resp 2 | 3.50 | 12/11/2017 12:00 PM |
| Gitsch, Christopher | AZ0057 | AZ0057-Active Shooter Incident Resp 3 | 2.50 | 12/11/2017 12:00 PM |
| Gitsch, Christopher | OS0003 | OS0003-Bloodborne Pathogens | 0.00 | 08/02/2013 12:00 PM |
| Gitsch, Christopher | OS0007 | OS0007-Mask Fitting | 0.00 | 05/11/2011 12:00 PM |
| Gitsch, Christopher | OS0007 | OS0007-Mask Fitting | 0.00 | 03/07/2012 12:00 PM |
| Gitsch, Christopher | OS0007 | OS0007-Mask Fitting | 0.00 | 06/12/2013 12:00 PM |
| Gitsch, Christopher | OS0007 | OS0007-Mask Fitting | 0.00 | 10/04/2016 12:00 PM |
| Gitsch, Christopher | OS0007 | OS0007-Mask Fitting | 0.00 | 05/16/2017 12:00 PM |
| Gitsch, Christopher | OS0008 | OS0008-N95 Mask Fitting | 0.00 | 10/03/2016 12:00 PM |
| Gitsch, Christopher | OS0008 | OS0008-N95 Mask Fitting | 0.00 | 05/16/2017 12:00 PM |
| Gitsch, Christopher | PF0101 | PF0101-2015 Module Firearms Trng | 4.00 | 08/13/2015 12:00 PM |
| Gitsch, Christopher | PG0062 | PG0062-Intimate Partner Field Inv Crd | 0.50 | 10/28/2010 12:00 PM |

| | | | | |
|---|---|---|---|---|
| Gitsch, Christopher | PG0113 | PG0113-2015 Module Mental Illness | 3.50 | 08/12/2015 12:00 PM |
| Gitsch, Christopher | PG0121 | PG0121-2015 Module Health and Wellnes | 1.50 | 08/11/2015 12:00 PM |
| Gitsch, Christopher | PG0122 | PG0122-2015 Module Crisis Communicati | 3.00 | 08/12/2015 12:00 PM |
| Gitsch, Christopher | PG0129 | PG0129-2015 Module RMS Update Refresh | 1.00 | 08/11/2015 12:00 PM |
| Gitsch, Christopher | PG0130 | PG0130-2015 Module PTSD Dealing W Tra | 0.50 | 08/11/2015 12:00 PM |
| Gitsch, Christopher | PG0137 | PG0137-2015 Module Blue Courage | 6.00 | 08/11/2015 12:00 PM |
| Gitsch, Christopher | PG058A | PG058A-Doc Crimes Inv Pat cont credit | 0.50 | 01/20/2011 12:00 PM |
| Gitsch, Christopher | PM0038 | PM0038-2015 Module Tactical Driving | 10.00 | 08/14/2015 12:00 PM |
| Gitsch, Christopher | PQ0002 | PQ0002-Decision Making 2010 | 0.00 | 09/28/2010 12:00 PM |
| Gitsch, Christopher | PQ0003 | PQ0003-Annual Qualification 2011 | 0.00 | 03/21/2011 12:00 PM |
| Gitsch, Christopher | PQ0003 | PQ0003-Annual Qualification 2011 | 0.00 | 11/03/2011 12:00 PM |
| Gitsch, Christopher | PQ0004 | PQ0004-Decision Making 2011 | 0.00 | 08/02/2011 12:00 PM |
| Gitsch, Christopher | PT0077 | PT0077-2015 Module Arrest Team Tactic | 2.00 | 08/12/2015 12:00 PM |
| Gitsch, Christopher | PT0078 | PT0078-2015 Module Use of Force Revie | 1.00 | 08/12/2015 12:00 PM |
| Gitsch, Christopher | PT0079 | PT0079-2015 Module Tactical Scenarios | 4.50 | 08/13/2015 12:00 PM |
| Gitsch, Christopher | ST6290 | ST6290-HAZCOM 2012 | 1.00 | 11/19/2013 12:00 PM |
| Gitsch, Christopher | VISVAL | VISVAL-Visions and Values Meetings | 1.00 | 08/02/2013 12:00 PM |
| Gitsch, Christopher | PG0083 | PG0083-PD Immigration Enf Policy 6-12 | 2.00 | 07/02/2012 08:30 AM |
| Gitsch, Christopher | PG0252 | PG0252-Basic Search Warrant Writing P | 2.00 | 12/28/2020 05:00 PM |
| Gitsch, Christopher | PT0057 | PT0057-Use of Force Review | 2.00 | 06/25/2012 08:00 AM |
| Gitsch, Christopher | SB0003 | SB0003-Shotgun Bi-Annual Trng 2011-1 | 4.00 | 04/01/2011 11:00 AM |
| Gitsch, Christopher | PG0102 | PG0102-RMS 102 Field Based Reporting | 20.00 | 04/02/2014 11:00 PM |
| Gitsch, Christopher | LPTP10 | LPTP10-OFFICER SPANISH I - 24 HRS | 24.00 | 07/18/2001 05:00 PM |
| Gitsch, Christopher | PG0058 | PG0058-Document Crimes Inv Patrol | 1.00 | 01/20/2011 09:30 PM |
| Gitsch, Christopher | PG0065 | PG0065-Search and Seizure Med Marijua | 4.00 | 04/08/2011 02:00 AM |
| Gitsch, Christopher | PG0257 | PG0257-Naloxone Administration for LE | 1.00 | 10/11/2019 08:00 AM |
| Gitsch, Christopher | PG0071 | PG0071-CPR/AED Refresher | 2.00 | 02/10/2010 06:00 PM |
| Gitsch, Christopher | PG0072 | PG0072-Refresher First Aid/BBP | 1.00 | 02/10/2010 04:59 PM |
| Gitsch, Christopher | PG0086 | PG0086-Medical Marijuana in Arizona | 2.00 | 03/15/2013 11:29 PM |
| Gitsch, Christopher | PG0229 | PG0229-TEU Abilities and the S.T.O.P. | 1.00 | 01/21/2018 10:00 PM |
| Gitsch, Christopher | PT0142 | PT0142-Tactics In And Around Vehicles | 4.00 | 10/27/2019 06:00 PM |
| Gitsch, Christopher | PG0011 | PG0011-Contr Sub & Marijuana IDRecert | 4.00 | 03/15/2010 12:30 PM |
| Gitsch, Christopher | PM0032 | PM0032-Traffic Enforcement | 4.00 | 06/18/2012 10:00 AM |
| Gitsch, Christopher | PT0083 | PT0083-Carotid Control Technique | 2.00 | 08/12/2015 02:30 PM |
| Gitsch, Christopher | PG0070 | PG0070-Interpersonal Comm/Cultural Co | 4.00 | 02/06/2012 11:00 AM |
| Gitsch, Christopher | PG0075 | PG0075-Ethics in Law Enforcement | 3.00 | 02/06/2012 03:00 PM |
| Gitsch, Christopher | PT0058 | PT0058-Arrest Team Tactics | 2.50 | 06/25/2012 10:30 AM |
| Gitsch, Christopher | LPDGEN | LPDGEN-REV PATROL SPANISH SAFE & COMM | 10.00 | 02/06/2002 05:30 PM |
| Gitsch, Christopher | PF0174 | PF0174-2021 Module Firearms Review | 2.00 | 02/21/2021 08:00 AM |
| Gitsch, Christopher | SB0002 | SB0002-Shotgun Biannual Trng 2010-2 | 4.00 | 10/18/2010 04:00 PM |

| | | | | |
|---|---|---|---|---|
| Gitsch, Christopher | AZ0011 | AZ0011-SB 1070 Training | 2.00 | 07/18/2010 12:00 AM |
| Gitsch, Christopher | PT0153 | PT0153-Compassionate Restraint Update | 4.00 | 10/11/2020 10:00 PM |
| Gitsch, Christopher | SB0001 | SB0001-Shotgun Biannual Trng 2010-1 | 5.00 | 04/29/2010 11:00 AM |
| Gitsch, Christopher | PG0199 | PG0199-Community Engagement and Outre | 2.00 | 02/13/2018 11:30 AM |
| Gitsch, Christopher | PG0064 | PG0064-Intimate Partner Field Invest | 2.00 | 06/21/2011 09:00 AM |
| Gitsch, Christopher | PG0001 | PG0001-Arrest and Booking Procedures | 1.00 | 02/10/2010 03:59 PM |
| Gitsch, Christopher | PG0069 | PG0069-WMD and OSHA Comp Safety 2010 | 1.00 | 02/10/2010 02:59 PM |
| Gitsch, Christopher | PG0189 | PG0189-Fitness & Nutrition in Law Enf | 2.50 | 02/13/2018 09:30 AM |
| Gitsch, Christopher | PT0091 | PT0091-Decision Making Matrix De-Esca | 4.00 | 04/20/2016 10:30 AM |
| Gitsch, Christopher | PG0175 | PG0175-Radio Functions and Interopera | 1.50 | 02/16/2018 04:00 PM |
| Gitsch, Christopher | PG0178 | PG0178-Homeland Defense Bureau | 2.00 | 02/16/2018 02:30 PM |
| Gitsch, Christopher | PG0170 | PG0170-ACDHH Training for Law Enforce | 2.00 | 02/16/2018 08:00 AM |
| Gitsch, Christopher | PG0171 | PG0171-PPD/PFD Response to Structure | 2.00 | 02/13/2018 04:00 PM |
| Gitsch, Christopher | PG0174 | PG0174-Domestic Violence Investigatio | 1.50 | 02/16/2018 09:30 AM |
| Gitsch, Christopher | PT0054 | PT0054-Basic Building Searches | 5.00 | 03/05/2012 03:59 PM |
| Gitsch, Christopher | PF0125 | PF0125-Officer Survival Skills | 1.50 | 02/13/2018 02:00 PM |
| Gitsch, Christopher | PG0182 | PG0182-Tactical Medical | 2.00 | 02/16/2018 11:30 AM |
| Gitsch, Christopher | PT0047 | PT0047-Advanced Officer Training 2011 | 4.00 | 03/21/2011 04:00 PM |
| Gitsch, Christopher | PF0123 | PF0123-Stunbag Recertification | 1.00 | 07/10/2017 09:00 AM |
| Gitsch, Christopher | PG0177 | PG0177-EAU (Thin Blue Mind) | 1.00 | 02/13/2018 07:00 AM |
| Gitsch, Christopher | PT0064 | PT0064-Advanced Officer Training 2013 | 4.50 | 04/09/2013 04:00 PM |
| Gitsch, Christopher | PF0040 | PF0040-2011 AOT Patrol Firearms Trng | 2.50 | 03/21/2011 10:30 AM |
| Gitsch, Christopher | PT0163 | PT0163-2021 Module Defensive Tactics | 2.00 | 09/12/2021 07:00 PM |
| Gitsch, Christopher | PT0011 | PT0011-RIPP Restraint Hobble | 1.00 | 10/11/2020 11:00 PM |
| Gitsch, Christopher | PT0036 | PT0036-Urban and Open Area Engagement | 5.00 | 04/07/2010 11:00 AM |
| Gitsch, Christopher | PT0053 | PT0053-Taser X2 Operator | 8.00 | 03/23/2013 01:00 AM |
| Gitsch, Christopher | PG0067 | PG0067-2012 Refresher First Aid BBP | 1.00 | 06/25/2012 04:00 PM |
| Gitsch, Christopher | PT0164 | PT0164-2021 Module Tactical Patrol Sc | 4.00 | 09/12/2021 11:59 PM |
| Gitsch, Christopher | PG0066 | PG0066-2012 Refresher CPR/AED | 3.00 | 06/25/2012 03:00 PM |
| Gitsch, Christopher | PG0111 | PG0111-Law Enf Tac Casual Care Tourni | 1.00 | 12/19/2014 10:00 PM |
| Gitsch, Christopher | PQ0001 | PQ0001-Annual Qualification 2010 | 0.00 | 04/07/2010 09:00 AM |
| Gitsch, Christopher | PT0103 | PT0103-Electronic Control Devices Rec | 4.50 | 02/14/2018 04:00 PM |
| Gitsch, Christopher | PT0100 | PT0100-OSS Barricade Injured Officer | 4.50 | 02/15/2018 10:30 AM |
| Gitsch, Christopher | PT0104 | PT0104-Close Quarter Combatives Drill | 1.50 | 02/14/2018 08:30 AM |
| Gitsch, Christopher | PF0008 | PF0008-Annual Qual w/Stunbag 2010 | 2.50 | 04/07/2010 02:30 PM |
| Gitsch, Christopher | PF0122 | PF0122-Firearms Training | 2.50 | 02/15/2018 03:00 PM |
| Gitsch, Christopher | PG0048 | PG0048-Civil Treatment for Employees | 4.00 | 01/14/2011 12:30 AM |
| Gitsch, Christopher | PT0025 | PT0025-Carotid Control Technique | 2.00 | 08/08/2010 02:00 AM |
| Gitsch, Christopher | PT0034 | PT0034-Use of Force Review (253) | 1.00 | 08/07/2010 10:00 PM |
| Gitsch, Christopher | PT0038 | PT0038-Taser X26 Recertification | 2.00 | 08/08/2010 12:00 AM |

| | | | | |
|---|---|---|---|---|
| Gitsch, Christopher | PT0102 | PT0102-Close Quarter Combatives | 2.00 | 02/14/2018 07:00 AM |
| Gitsch, Christopher | PT0097 | PT0097-Carotid Control | 2.00 | 02/14/2018 10:30 AM |
| Gitsch, Christopher | PG0058 | PG0058-Document Crimes Inv Patrol | 1.50 | 08/15/2011 06:59 AM |
| Gitsch, Christopher | PT0148 | PT0148-Taser 7 Transition User Course | 5.00 | 08/24/2020 03:00 AM |
| Gitsch, Christopher | PG0046 | PG0046-MDC Software Training 2009 | 3.00 | 02/28/2010 12:01 AM |
| Gitsch, Christopher | PF0123 | PF0123-Stunbag Recertification | 1.00 | 02/15/2018 04:00 PM |
| Gitsch, Christopher | PF0081 | PF0081-2013 AOT Firearms Training | 3.00 | 04/09/2013 09:30 AM |
| Gitsch, Christopher | PF0055 | PF0055-2012 AOT Firearms Training | 3.00 | 03/05/2012 10:29 AM |
| Gitsch, Christopher | PF0092 | PF0092-Practice the POST Qual Course2 | 0.50 | 04/16/2017 09:00 PM |
| Gitsch, Christopher | PF0112 | PF0112-Low Light Speed and Accuracy | 0.50 | 04/08/2018 09:30 PM |
| Gitsch, Christopher | PF0152 | PF0152-Indoor Range Move-Move to Cove | 0.50 | 01/29/2019 09:37 PM |
| Gitsch, Christopher | PF0056 | PF0056-Stunbag Shotgun Recert | 0.50 | 04/09/2013 10:00 AM |
| Gitsch, Christopher | PT0025 | PT0025-Carotid Control Technique | 2.00 | 06/21/2011 11:59 AM |
| Gitsch, Christopher | PT0034 | PT0034-Use of Force Review (253) | 1.00 | 06/21/2011 09:58 AM |
| Gitsch, Christopher | PT0038 | PT0038-Taser X26 Recertification | 2.00 | 03/21/2011 07:59 AM |
| Gitsch, Christopher | PF0123 | PF0123-Stunbag Recertification | 1.00 | 02/21/2021 09:00 AM |
| Gitsch, Christopher | PF0056 | PF0056-Stunbag Shotgun Recert | 0.50 | 10/02/2014 08:29 PM |
| Gitsch, Christopher | CIV500 | CIV500-CIVIL TREATMENT® FOR LEADERS (286) | 7.00 | |
| Gitsch, Christopher | PF0056 | PF0056-Stunbag Shotgun Recert | 0.50 | 04/27/2015 01:30 PM |
| Gitsch, Christopher | PF0056 | PF0056-Stunbag Shotgun Recert | 0.50 | 08/24/2016 10:00 AM |
| Gitsch, Christopher | ROCKCS | ROCKCS-ROCK-ing Customer Service | 1.50 | 05/16/2017 09:30 PM |
| Gitsch, Christopher | PF0056 | PF0056-Stunbag Shotgun Recert | 0.50 | 04/05/2019 04:00 PM |
| Gitsch, Christopher | PF0056 | PF0056-Stunbag Shotgun Recert | 0.50 | 04/29/2020 03:00 PM |

## DECLARATION OF CUSTODIAN OF RECORDS

I, Nayely Garcia A7438, declare the following under penalty of perjury:

1. I am employed by the City of Phoenix Police Department and:

☐ I am a duly authorized Custodian of Records for the Police Department.

☒ I am authorized by the Custodian of Records for the Police Department to maintain and disseminate these records.

2. I am employed by the City of Phoenix Police Department and:

☐ I am a duly authorized Custodian of Records for the Records for the Phoenix Regional Police Academy.

☒ I am authorized by the Custodian of Records for the Phoenix Regional Police Academy to maintain and disseminate these records.

3. On 8/12/2026, I provided the following documents regarding employee(s): Christopher Gitsch #7319; Police Department Training file(s).

Nayely Garcia A7438 — 8/12/2026
Signature — Date

Nayely Garcia
Printed Name



Rev. 9/10

| | | | |
|---|---|---|---|
| Gitsch, Christopher | | AVN0103-ONL-SOAR Video | 0.00 |
| Gitsch, Christopher | | AVN0203-ONL-Customer Service Video | 0.00 |
| Gitsch, Christopher | | AVN0100-ONL-ADP (Non-Movement) | 0.00 |
| Gitsch, Christopher | | AVN0467-CUR-Safety Orientation | 1.50 |
| Gitsch, Christopher | | AVN0475-ONL-SIDA Training Video (Non-Launchable) | 0.00 |
| Gitsch, Christopher | | 2022 Annual Security Awareness Training | 1.00 |
| Gitsch, Christopher | | 2021 Respiratory Protection | 2.00 |
| Gitsch, Christopher | | OBT Video 80-2023 - TRN - Yoga for First Responders | 0.25 |
| Gitsch, Christopher | | OBT Video 72-2023 - RMS - DPS CJIS AUDIT PART 1 | 0.25 |
| Gitsch, Christopher | Advance Training 14486 | Quarterly Handgun-3rd Quarter 2022 | |
| Gitsch, Christopher | | OBT Video 82-2023 - TRN - Police1 Academy Introduction | 0.25 |
| Gitsch, Christopher | | 2021 Mexican Consular ID - Mandatory | 0.25 |
| Gitsch, Christopher | | 2019 - City of Phoenix Firearms - Order of Protection Plan - Mandatory | 0.50 |
| Gitsch, Christopher | | 2022 - Respiratory Protection | 2.00 |
| Gitsch, Christopher | Advance Training 13991 | Stunbag Shotgun Recertification | |
| Gitsch, Christopher | | 2019 - Driving Track Training - Mandatory | 2.00 |
| Gitsch, Christopher | Advance Training 11387 | Accuracy Works 2 | |
| Gitsch, Christopher | | 2019 Leave and Attendance Policies Update - Mandatory | 0.25 |
| Gitsch, Christopher | | 2020 - AXON BWC 3 - Training Video | 0.25 |
| Gitsch, Christopher | | ITS100-ONL-Annual Security Awareness Training 2021 (SAW) | 0.00 |
| Gitsch, Christopher | | 2021 Annual Security Awareness Training | 1.00 |
| Gitsch, Christopher | | OBT Video 67-2023 - TTD - New Ballistic Helmets | 0.25 |
| Gitsch, Christopher | | 2023 - TIME DISTANCE COVER PART 2 - Mandatory | 0.25 |
| Gitsch, Christopher | | 2020 - HOMELESSNESS | 0.25 |
| Gitsch, Christopher | PT0164 | PT0164-2021 Module Tactical Patrol Sc | 4.00 |
| Gitsch, Christopher | PT0163 | PT0163-2021 Module Defensive Tactics | 2.00 |
| Gitsch, Christopher | | 2021 - IMPLICIT BIAS REFRESHER - Mandatory | 0.25 |
| Gitsch, Christopher | Advance Training 11387 | Accuracy Works 2 | |
| Gitsch, Christopher | | 2022 - CONTACT FORM - Mandatory | 0.25 |
| Gitsch, Christopher | | 2019 - Taser Annual Recertification Training - Mandatory | 2.00 |
| Gitsch, Christopher | | 2019 - Communication in Volatile Incidents - Mandatory | 2.00 |
| Gitsch, Christopher | Advance Training 11389 | Accuracy Works 3 - Low Light | |
| Gitsch, Christopher | | 2020 SPIT HOOD | 0.25 |
| Gitsch, Christopher | | 2020 Respiratory Protection | 2.00 |
| Gitsch, Christopher | PF0123 | PF0123-Stunbag Recertification | 1.00 |
| Gitsch, Christopher | PF0174 | PF0174-2021 Module Firearms Review | 2.00 |
| Gitsch, Christopher | | 2023 Bloodborne Pathogens | 0.50 |
| Gitsch, Christopher | | 2018-2019 Crisis Support Training - Mandatory | 3.00 |
| Gitsch, Christopher | PG0252 | PG0252-Basic Search Warrant Writing P | 2.00 |
| Gitsch, Christopher | | 2023 - Health & Safety Incident Reporting System EMPLOYEE - Mandatory | 1.00 |

| | | | |
|---|---|---|---|
| Gitsch, Christopher | | 2019 Leave and Attendance Policies Update | 0.25 |
| Gitsch, Christopher | | Patrol Negotiations 2018 | 1.00 |
| Gitsch, Christopher | | 2018 Hazard Communications | 0.50 |
| Gitsch, Christopher | Advance Training 11389 | Accuracy Works 3 - Low Light | |
| Gitsch, Christopher | | 2018-2019 Implicit Bias Training (Sworn) | 7.00 |
| Gitsch, Christopher | | 2019 - Driving Track Training 2 part series | 2.00 |
| Gitsch, Christopher | AV0037 | AV0037-PPD/HDB Drone Enforcement 2018 | 0.00 |
| Gitsch, Christopher | PF0112 | PF0112-Low Light Speed and Accuracy | 0.50 |
| Gitsch, Christopher | AV0035 | AV0035-School Threats | 0.00 |
| Gitsch, Christopher | Advance Training 13205 | Testing for Compliance | |
| Gitsch, Christopher | PG0175 | PG0175-Radio Functions and Interopera | 1.50 |
| Gitsch, Christopher | PG0178 | PG0178-Homeland Defense Bureau | 2.00 |
| Gitsch, Christopher | PG0182 | PG0182-Tactical Medical | 2.00 |
| Gitsch, Christopher | PG0174 | PG0174-Domestic Violence Investigatio | 1.50 |
| Gitsch, Christopher | PG0170 | PG0170-ACDHH Training for Law Enforce | 2.00 |
| Gitsch, Christopher | PF0123 | PF0123-Stunbag Recertification | 1.00 |
| Gitsch, Christopher | PF0122 | PF0122-Firearms Training | 2.50 |
| Gitsch, Christopher | PT0100 | PT0100-OSS Barricade Injured Officer | 4.50 |
| Gitsch, Christopher | PT0103 | PT0103-Electronic Control Devices Rec | 4.50 |
| Gitsch, Christopher | PT0097 | PT0097-Carotid Control | 2.00 |
| Gitsch, Christopher | PT0104 | PT0104-Close Quarter Combatives Drill | 1.50 |
| Gitsch, Christopher | PT0102 | PT0102-Close Quarter Combatives | 2.00 |
| Gitsch, Christopher | PG0171 | PG0171-PPD/PFD Response to Structure | 2.00 |
| Gitsch, Christopher | PF0125 | PF0125-Officer Survival Skills | 1.50 |
| Gitsch, Christopher | PG0199 | PG0199-Community Engagement and Outre | 2.00 |
| Gitsch, Christopher | PG0189 | PG0189-Fitness & Nutrition in Law Enf | 2.50 |
| Gitsch, Christopher | PG0177 | PG0177-EAU (Thin Blue Mind) | 1.00 |
| Gitsch, Christopher | Advance Training 13169 | Tactial Advantage #10 - Recent Trends and Statistics of Critical Incidents | |
| Gitsch, Christopher | AV0033 | AV0033-CGIC: Prohibited Possessor Trn | 0.00 |
| Gitsch, Christopher | PG0229 | PG0229-TEU Abilities and the S.T.O.P. | 1.00 |
| Gitsch, Christopher | Advance Training 13047 | Speed Work | |
| Gitsch, Christopher | AZ0054 | AZ0054-Canine Encounters (K9) | 2.00 |
| Gitsch, Christopher | AZ0056 | AZ0056-Active Shooter Incident Resp 2 | 3.50 |
| Gitsch, Christopher | AZ0057 | AZ0057-Active Shooter Incident Resp 3 | 2.50 |
| Gitsch, Christopher | Advance Training 11390 | CCP Indoor Range Low Light | |
| Gitsch, Christopher | PF0123 | PF0123-Stunbag Recertification | 1.00 |
| Gitsch, Christopher | ROCKCS | ROCKCS-ROCK-ing Customer Service | 1.50 |
| Gitsch, Christopher | OS0007 | OS0007-Mask Fitting | 0.00 |
| Gitsch, Christopher | OS0008 | OS0008-N95 Mask Fitting | 0.00 |
| Gitsch, Christopher | PF0092 | PF0092-Practice the POST Qual Course2 | 0.50 |

| | | | |
|---|---|---|---|
| Gitsch, Christopher | OS0007 | OS0007-Mask Fitting | 0.00 |
| Gitsch, Christopher | OS0008 | OS0008-N95 Mask Fitting | 0.00 |
| Gitsch, Christopher | AV0030 | AV0030-Tacitcal Advantage Episode 7 | 0.00 |
| Gitsch, Christopher | PF0056 | PF0056-Stunbag Shotgun Recert | 0.50 |
| Gitsch, Christopher | AV0029 | AV0029-Tactical Advantage Episode 6 | 0.00 |
| Gitsch, Christopher | AV0027 | AV0027-Tactical Advantage Episode 4 | 0.00 |
| Gitsch, Christopher | AV0026 | AV0026-Tactical Advantage Episode 3 | 0.00 |
| Gitsch, Christopher | PT0091 | PT0091-Decision Making Matrix De-Esca | 4.00 |
| Gitsch, Christopher | PM0038 | PM0038-2015 Module Tactical Driving | 10 00 |
| Gitsch, Christopher | PF0101 | PF0101-2015 Module Firearms Trng | 4.00 |
| Gitsch, Christopher | PT0079 | PT0079-2015 Module Tactical Scenarios | 4.50 |
| Gitsch, Christopher | PT0083 | PT0083-Carotid Control Technique | 2.00 |
| Gitsch, Christopher | PG0113 | PG0113-2015 Module Mental Illness | 3.50 |
| Gitsch, Christopher | PG0122 | PG0122-2015 Module Crisis Communicati | 3.00 |
| Gitsch, Christopher | PT0077 | PT0077-2015 Module Arrest Team Tactic | 2.00 |
| Gitsch, Christopher | PT0078 | PT0078-2015 Module Use of Force Revie | 1.00 |
| Gitsch, Christopher | PG0121 | PG0121-2015 Module Health and Wellnes | 1.50 |
| Gitsch, Christopher | PG0129 | PG0129-2015 Module RMS Update Refresh | 1.00 |
| Gitsch, Christopher | PG0130 | PG0130-2015 Module PTSD Dealing W Tra | 0.50 |
| Gitsch, Christopher | PG0137 | PG0137-2015 Module Blue Courage | 6.00 |
| Gitsch, Christopher | PF0056 | PF0056-Stunbag Shotgun Recert | 0.50 |
| Gitsch, Christopher | PG0111 | PG0111-Law Enf Tac Casual Care Tourni | 1.00 |
| Gitsch, Christopher | PF0056 | PF0056-Stunbag Shotgun Recert | 0.50 |
| Gitsch, Christopher | Advance Training 12141 | Mental Illness and Involuntary Pick-Up Orders Train the Trainer | |
| Gitsch, Christopher | PG0102 | PG0102-RMS 102 Field Based Reporting | 20.00 |
| Gitsch, Christopher | Advance Training 4432 | ACJIS TOC Testing (Level B) | |
| Gitsch, Christopher | ST6290 | ST6290-HAZCOM 2012 | 1.00 |
| Gitsch, Christopher | Advance Training 11816 | Fake ID's Commonly Used in Bars | |
| Gitsch, Christopher | Advance Training 11817 | Title IV Liquor Laws | |
| Gitsch, Christopher | OS0003 | OS0003-Bloodborne Pathogens | 0.00 |
| Gitsch, Christopher | VISVAL | VISVAL-Visions and Values Meetings | 1.00 |
| Gitsch, Christopher | OS0007 | OS0007-Mask Fitting | 0.00 |
| Gitsch, Christopher | PT0064 | PT0064-Advanced Officer Training 2013 | 4.50 |
| Gitsch, Christopher | PF0056 | PF0056-Stunbag Shotgun Recert | 0.50 |
| Gitsch, Christopher | PF0081 | PF0081-2013 AOT Firearms Training | 3.00 |
| Gitsch, Christopher | PT0053 | PT0053-Taser X2 Operator | 8.00 |
| Gitsch, Christopher | PG0086 | PG0086-Medical Marijuana in Arizona | 2.00 |
| Gitsch, Christopher | AV0019 | AV0019-Adult Sex Crimes Investigation | 0.00 |
| Gitsch, Christopher | AV0017 | AV0017-Mental Illness Part 2 Video | 0.00 |
| Gitsch, Christopher | AV0018 | AV0018-Mental Illness Part 3 Video | 0.00 |

| | | | |
|---|---|---|---|
| Gitsch, Christopher | AV0016 | AV0016-Mental Illness Part 1 Video | 0.00 |
| Gitsch, Christopher | AV0014 | AV0014-Domestic Violence Strangulatio | 0.00 |
| Gitsch, Christopher | PG0083 | PG0083-PD Immigration Enf Policy 6-12 | 2 00 |
| Gitsch, Christopher | PG0067 | PG0067-2012 Refresher First Aid BBP | 1.00 |
| Gitsch, Christopher | PG0066 | PG0066-2012 Refresher CPR/AED | 3.00 |
| Gitsch, Christopher | AZ0045 | AZ0045-Report Writing-How Threat Cont | 1.00 |
| Gitsch, Christopher | PT0058 | PT0058-Arrest Team Tactics | 2.50 |
| Gitsch, Christopher | PT0057 | PT0057-Use of Force Review | 2.00 |
| Gitsch, Christopher | PM0032 | PM0032-Traffic Enforcement | 4.00 |
| Gitsch, Christopher | OS0007 | OS0007-Mask Fitting | 0.00 |
| Gitsch, Christopher | PT0054 | PT0054-Basic Building Searches | 5.00 |
| Gitsch, Christopher | PF0055 | PF0055-2012 AOT Firearms Training | 3.00 |
| Gitsch, Christopher | PG0075 | PG0075-Ethics in Law Enforcement | 3.00 |
| Gitsch, Christopher | PG0070 | PG0070-Interpersonal Comm/Cultural Co | 4.00 |
| Gitsch, Christopher | PQ0003 | PQ0003-Annual Qualification 2011 | 0.00 |
| Gitsch, Christopher | PG0058 | PG0058-Document Crimes Inv Patrol | 1.50 |
| Gitsch, Christopher | PQ0004 | PQ0004-Decision Making 2011 | 0.00 |
| Gitsch, Christopher | PT0025 | PT0025-Carotid Control Technique | 2.00 |
| Gitsch, Christopher | PT0034 | PT0034-Use of Force Review (253) | 1 00 |
| Gitsch, Christopher | PG0064 | PG0064-Intimate Partner Field Invest | 2.00 |
| Gitsch, Christopher | OS0007 | OS0007-Mask Fitting | 0.00 |
| Gitsch, Christopher | PG0065 | PG0065-Search and Seizure Med Marijua | 4.00 |
| Gitsch, Christopher | SB0003 | SB0003-Shotgun Bi-Annual Trng 2011-1 | 4 00 |
| Gitsch, Christopher | AV0005 | AV0005-Traffic Matters: Air Bags | 0.00 |
| Gitsch, Christopher | PT0047 | PT0047-Advanced Officer Training 2011 | 4 00 |
| Gitsch, Christopher | PQ0003 | PQ0003-Annual Qualification 2011 | 0.00 |
| Gitsch, Christopher | PF0040 | PF0040-2011 AOT Patrol Firearms Trng | 2.50 |
| Gitsch, Christopher | PT0038 | PT0038-Taser X26 Recertification | 2.00 |
| Gitsch, Christopher | PG0058 | PG0058-Document Crimes Inv Patrol | 1.00 |
| Gitsch, Christopher | PG058A | PG058A-Doc Crimes Inv Pat cont credit | 0.50 |
| Gitsch, Christopher | PG0048 | PG0048-Civil Treatment for Employees | 4.00 |
| Gitsch, Christopher | PG0062 | PG0062-Intimate Partner Field Inv Crd | 0.50 |
| Gitsch, Christopher | SB0002 | SB0002-Shotgun Biannual Trng 2010-2 | 4.00 |
| Gitsch, Christopher | PQ0002 | PQ0002-Decision Making 2010 | 0.00 |
| Gitsch, Christopher | PT0025 | PT0025-Carotid Control Technique | 2.00 |
| Gitsch, Christopher | PT0038 | PT0038-Taser X26 Recertification | 2.00 |
| Gitsch, Christopher | PT0034 | PT0034-Use of Force Review (253) | 1.00 |
| Gitsch, Christopher | AV0003 | AV0003-SB 1070 Video | 0.00 |
| Gitsch, Christopher | AV003A | AV003A-SB 1070 Video Credit Continued | 0.50 |
| Gitsch, Christopher | AZ0011 | AZ0011-SB 1070 Training | 2.00 |

| | | |
|---|---|---|
| Gitsch, Christopher | Advance Training 7136 | Module 2004-2005 Day 1 Firearms Drills |
| Gitsch, Christopher | Advance Training 7237 | Module 2004-2005 Low Light Search |
| Gitsch, Christopher | Advance Training 6094 | Varying the Rate of Fire |
| Gitsch, Christopher | Advance Training 7101 | Phx Cat Bi-Annual Shotgun Training 2004-2 |
| Gitsch, Christopher | Advance Training 6227 | Phx Cat Blood Draw/Search Warrant Certification |
| Gitsch, Christopher | Advance Training 6160 | Phx Cat Shotgun Certification Class |
| Gitsch, Christopher | Advance Training 6092 | Speed Work |
| Gitsch, Christopher | Advance Training 6199 | Module 2003-2004 Trunked Radio 800 MHZ |
| Gitsch, Christopher | Advance Training 6200 | Module 2003-2004 Motorola XTS 5000 Portable 800 MHZ |
| Gitsch, Christopher | Advance Training 6201 | Module 2003-2004 Motorola XTS 5000 Portable Accessory Application 800 MHZ |
| Gitsch, Christopher | Advance Training 6245 | 800 MHZ Tactical/Radio Scenarios |
| Gitsch, Christopher | Advance Training 4432 | ACJIS TOC Testing (Level B) |
| Gitsch, Christopher | Advance Training 6370 | Forensic Documents Examination |
| Gitsch, Christopher | Advance Training 6413 | Permanent Resident Card & Revised I-551 Alien Registration Card |
| Gitsch, Christopher | Advance Training 6414 | Forensic Documents Examination of Graffiti |
| Gitsch, Christopher | Advance Training 6153 | Module 2003-2004 Tactical Scenarios |
| Gitsch, Christopher | Advance Training 6157 | Module 2003-2004 Firearms Drills |
| Gitsch, Christopher | Advance Training 6159 | Module 2003-2004 Stun Bag Certification & Training |
| Gitsch, Christopher | Advance Training 6125 | Module 2003-2004 Conflict Resolution and Recovery |
| Gitsch, Christopher | Advance Training 6155 | Module 2003-2004 Arizona Amber Alert |
| Gitsch, Christopher | Advance Training 6179 | Module 2003-2004 Crime Analysis, NIBRS and Crime Mapping |
| Gitsch, Christopher | Advance Training 6217 | Module 2003-2004 Laboratory Services |
| Gitsch, Christopher | Advance Training 6218 | Module 2003-2004 DEB Issues |
| Gitsch, Christopher | Advance Training 6219 | Module 2003-2004 Property Management |
| Gitsch, Christopher | Advance Training 6330 | Module 2003-2004 Crisis Communication |
| Gitsch, Christopher | Advance Training 6331 | Module 2003-2004 The Mental Health System |
| Gitsch, Christopher | Advance Training 6371 | High Risk Vehicle Stops Instructor |
| Gitsch, Christopher | Advance Training 6089 | Accuracy Works |
| Gitsch, Christopher | Advance Training 5755 | Phx Cat Advanced Handgun |
| Gitsch, Christopher | Advance Training 5727 | Blood Borne Pathogens & Other Communicable Dis. - Understanding Contagious Dis. Contamir |
| Gitsch, Christopher | Advance Training 4545 | Tactical Ground Survival |
| Gitsch, Christopher | Advance Training 6070 | AZ POST General Instructor |
| Gitsch, Christopher | Advance Training 5371 | Module 2002-2003 Shotgun Certification & Training |
| Gitsch, Christopher | Advance Training 5372 | Module 2002-2003 Tactical Senarios |
| Gitsch, Christopher | Advance Training 5462 | Module 2002-2003 Cover to Cover / Positional Running Man |
| Gitsch, Christopher | Advance Training 5364 | Module 2002-2003 Personnel Assessment system (PAS System) |
| Gitsch, Christopher | Advance Training 5367 | Module 2002-2003 Crime Analysis and Data Quality |
| Gitsch, Christopher | Advance Training 5370 | Module 2002-2003 Incident Review Unit ( IRU ) |
| Gitsch, Christopher | Advance Training 5394 | Module 2002-2003 Suicide Awareness |
| Gitsch, Christopher | Advance Training 5433 | Module 2002-2003 Problem Solving for Police Supervisors & Officers; Utilizing the Model Sara |

| | | | |
|---|---|---|---|
| Gitsch, Christopher | Advance Training 5362 | Module 2002-2003 Physical Fitness | |
| Gitsch, Christopher | Advance Training 5363 | Module 2002-2003 Professional Communication | |
| Gitsch, Christopher | Advance Training 5374 | Module 2002-2003 Performance Nutrition | |
| Gitsch, Christopher | Advance Training 5652 | Module 2002-2003 Homeland Security | |
| Gitsch, Christopher | Advance Training 4874 | *M26 Advanced Taser | |
| Gitsch, Christopher | Advance Training 2432 | Introduction To ArcView GIS | |
| Gitsch, Christopher | Advance Training 45 | ACJIS TOC Test Administration Training (Level A) | |
| Gitsch, Christopher | Advance Training 4595 | Blood Borne Pathogens & Other Communicable Diseases-Post-Incident Procedures (OSHA Ma | |
| Gitsch, Christopher | LPDGEN | LPDGEN-REV PATROL SPANISH SAFE & COMM | 10.00 |
| Gitsch, Christopher | Advance Training 499 | Officer Safety & Communication Spanish-W/Review Patrol (10 Hours) | |
| Gitsch, Christopher | Advance Training 4596 | Blood Borne Pathogens & Other Communicable Diseases-Reducing Your Risk (OSHA Mandatc | |
| Gitsch, Christopher | Advance Training 4785 | Range 2000 AQ Testing | |
| Gitsch, Christopher | Advance Training 4597 | Blood Borne Pathogens & Other Communicable Dis. - Understanding Contagious Dis. (OSHA, I | |
| Gitsch, Christopher | Advance Training 4790 | Video - Police Response to People with Disabilities (ADA) Video Mandatory Training | |
| Gitsch, Christopher | Advance Training 4398 | Module 2001-2002 Tactical Driving | |
| Gitsch, Christopher | Advance Training 4399 | Module 2001-2002 Safe Driver Awareness | |
| Gitsch, Christopher | Advance Training 4395 | Module 2001-2002 Practical Firearms Training (AQ Training) | |
| Gitsch, Christopher | Advance Training 4396 | Module 2001-2002 Interpersonal Communications | |
| Gitsch, Christopher | Advance Training 4397 | Module 2001-2002 Internet Crime | |
| Gitsch, Christopher | Advance Training 4557 | Module 2001-2002 / 2002 Shotgun Certification & Training | |
| Gitsch, Christopher | Advance Training 4389 | Module 2001-2002 Injured Officer Drills | |
| Gitsch, Christopher | Advance Training 4392 | Module 2001-2002 Range 2000 Room Entry Scenario | |
| Gitsch, Christopher | Advance Training 4393 | Module 2001-2002 Response to Barricades | |
| Gitsch, Christopher | Advance Training 4394 | Module 2001-2002 Pursuits & Policy | |
| Gitsch, Christopher | Advance Training 4474 | Module 2001-2002 Low Light Search | |
| Gitsch, Christopher | Advance Training 4475 | Module 2001-2002 Contacting Occupied Vehicles | |
| Gitsch, Christopher | Advance Training 4548 | Module 2001-2002 Contact and Cover | |
| Gitsch, Christopher | Advance Training 4388 | Module 2001-2002 Physical Fitness | |
| Gitsch, Christopher | Advance Training 4390 | Module 2001-2002 Public Safety Radio System Project (800 MHZ/Radio/Communications) | |
| Gitsch, Christopher | Advance Training 4391 | Module 2001-2002 OC Spray/Body Cuff/Carotid/RIPP Restraint | |
| Gitsch, Christopher | Advance Training 4547 | Module 2001-2002 Health and Wellness | |
| Gitsch, Christopher | LPTP10 | LPTP10-OFFICER SPANISH I - 24 HRS | 24.00 |
| Gitsch, Christopher | Advance Training 342 | Officer Survival and Communication Training Program | |
| Gitsch, Christopher | Advance Training 1453 | Video - Non-Credit Video Mandatory Training "Restraint / Refusal," PD / Fire | |
| Gitsch, Christopher | Advance Training 230 | PACE Post Academy User Training | |
| Gitsch, Christopher | Advance Training 4656 | Accelerated Deployment | |
| Gitsch, Christopher | Advance Training 500 | Communication - Level of Force | |
| Gitsch, Christopher | Advance Training 101 | One Roll Training | |
| Gitsch, Christopher | Advance Training 369 | Drug Screening Class | |
| Gitsch, Christopher | Advance Training 66 | Basic Shotgun and Stun Bag | |

# EXHIBIT 23

# DECLARATION OF CUSTODIAN OF RECORDS

I, Nayely Garcia A7438, declare the following under penalty of perjury:

1. I am employed by the City of Phoenix Police Department and:

   ☐ I am a duly authorized Custodian of Records for the Police Department.

   ☒ I am authorized by the Custodian of Records for the Police Department to maintain and disseminate these records.

2. I am employed by the City of Phoenix Police Department and:

   ☐ I am a duly authorized Custodian of Records for the Records for the Phoenix Regional Police Academy.

   ☒ I am authorized by the Custodian of Records for the Phoenix Regional Police Academy to maintain and disseminate these records.

3. On 8/12/2026, I provided the following documents regarding employee(s):

Eric Summerville #10919; Police Department Training file(s).

Nayely Garcia A7438 — 8/12/2026
Signature — Date

Nayely Garcia
Printed Name

| | | | | |
|---|---|---|---|---|
| Summerville, Eric | | 2022 - TIME DISTANCE COVER PART 1 - Mandatory | 0.25 | 07/06/2022 09:55 AM |
| Summerville, Eric | Advance Training 14608 | Repuls Chemical Irritant | | 06/30/2022 09:00 AM |
| Summerville, Eric | | 2023 - Health & Safety Incident Reporting System EMPLOYEE - Mandatory | 1.00 | 06/17/2022 05:51 AM |
| Summerville, Eric | | 2022 Hearing Conservation | 0.50 | 06/16/2022 02:54 PM |
| Summerville, Eric | Advance Training 14485 | Quarterly Handgun-2nd Quarter 2022 | | 05/14/2022 09:00 AM |
| Summerville, Eric | Advance Training 13991 | Stunbag Shotgun Recertification | | 04/27/2022 09:00 AM |
| Summerville, Eric | | OBT Video 40-2022 - FTD - Shooter Biomechanics Development | 0.25 | 12/20/2021 04:06 AM |
| Summerville, Eric | Advance Training 13941 | Advanced High-Risk Stops | | 12/11/2021 09:00 AM |
| Summerville, Eric | Advance Training 14529 | Patrol Vehicle Block and Techniques | | 12/11/2021 09:00 AM |
| Summerville, Eric | | 2023 - Emergency Evac | 2.00 | 11/12/2021 04:01 AM |
| Summerville, Eric | | 2022- Booking Process for Patrol - Mandatory | 0.25 | 11/09/2021 01:41 PM |
| Summerville, Eric | | 2020 - AZPOINT - Order of Protections ONLINE - Mandatory | 0.25 | 11/08/2021 10:15 AM |
| Summerville, Eric | | ITS100-ONL-Annual Security Awareness Training 2021 (SAW) | 0.00 | 10/28/2021 12:13 PM |
| Summerville, Eric | | 2021 Annual Security Awareness Training | 1.00 | 10/28/2021 11:23 AM |
| Summerville, Eric | | 2022 Bloodborne Pathogens | 0.50 | 09/23/2021 07:47 AM |
| Summerville, Eric | | 2020 - TERRY FRISK | 0.25 | 09/22/2021 07:14 AM |
| Summerville, Eric | Advance Training 11387 | Accuracy Works 2 | | 08/25/2021 09:00 AM |
| Summerville, Eric | | 2021 CONTACT FORM - Mandatory | 0.25 | 08/14/2021 01:56 PM |
| Summerville, Eric | PT0162 | PT0162-2021 Module Tactical Patrol Sc | 2.00 | 06/13/2021 11:00 PM |
| Summerville, Eric | PT0163 | PT0163-2021 Module Defensive Tactics | 2.00 | 06/13/2021 07:00 PM |
| Summerville, Eric | PT0170 | PT0170-2021 Module Use of Force Revie | 2.00 | 06/13/2021 04:00 PM |
| Summerville, Eric | PT0164 | PT0164-2021 Module Tactical Patrol Sc | 4.00 | 06/12/2021 11:00 PM |
| Summerville, Eric | PT0153 | PT0153-Compassionate Restraint Update | 4.00 | 06/12/2021 04:00 PM |
| Summerville, Eric | PT0170 | PT0170-2021 Module Use of Force Revie | 2.00 | 06/12/2021 03:59 PM |
| Summerville, Eric | PF0174 | PF0174-2021 Module Firearms Review | 2.00 | 05/22/2021 04:00 PM |
| Summerville, Eric | PF0123 | PF0123-Stunbag Recertification | 1.00 | 05/22/2021 11:00 AM |
| Summerville, Eric | Advance Training 11389 | Accuracy Works 3 - Low Light | | 05/12/2021 09:00 AM |
| Summerville, Eric | | OBT Video 54-2022 - TRC5 | 0.25 | 12/06/2020 09:14 AM |
| Summerville, Eric | PG0282 | PG0282-Combat Application Tourniquet | 0.50 | 11/07/2020 09:00 PM |
| Summerville, Eric | | 2020 - Tactical Advantage #14: OPS 1.5.4 - Deadly Force/Vehicles | 0.25 | 10/28/2020 12:18 PM |
| Summerville, Eric | | 2020 Annual Security Awareness Training | 1.00 | 10/27/2020 09:54 PM |
| Summerville, Eric | | OBT Video 44-2022 - SIB - Activation Rate Video | 0.25 | 10/09/2020 02:28 PM |
| Summerville, Eric | | 2022 - Radiation Training | 1.00 | 10/02/2020 05:58 PM |
| Summerville, Eric | | OBT Video 42-2022 - GEU - Response to Gang Incidents | 0.25 | 09/07/2020 05:22 AM |
| Summerville, Eric | PT0142 | PT0142-Tactics In And Around Vehicles | 4.00 | 06/30/2020 12:00 AM |
| Summerville, Eric | PT0149 | PT0149-Advanced High-Risk Vehicle Sto | 2.00 | 06/30/2020 12:00 AM |
| Summerville, Eric | | OBT Video 56-2022 - TTD - Active Shooter Response | 0.25 | 06/13/2020 02:26 PM |
| Summerville, Eric | PG0098 | PG0098-Law Enforcement Tactical Casua | 8.00 | 03/04/2020 04:00 PM |
| Summerville, Eric | PG0274 | PG0274-New Employee Safety Trng | 3.00 | 03/03/2020 04:00 PM |
| Summerville, Eric | PG0257 | PG0257-Naloxone Administration for LE | 1.00 | 03/02/2020 09:00 AM |
| Summerville, Eric | PG0208 | PG0208-Biological Evidence Collection | 3.00 | 02/26/2020 04:00 PM |
| Summerville, Eric | PG0232 | PG0232-Gunshot Residue (GSR) Kit Coll | 1.00 | 02/26/2020 04:00 PM |
| Summerville, Eric | | OBT Video 45-2022 - COM - 10-33 - Emergency Alert Button Activation | 0.25 | 01/16/2020 03:30 PM |
| Summerville, Eric | NEO500 | NEO500-NEW EMPLOYEE ORIENTATION | 8.00 | 09/09/2019 04:15 PM |
| Summerville, Eric | | OBT Video 48-2022 - PD/Fire Response to a Radioactive Material Incident | 0.50 | 08/07/2019 12:54 AM |
| | | | | |

# EXHIBIT 24

| | | | | |
|---|---|---|---|---|
| Summerville, Eric | | 2022 - TIME DISTANCE COVER PART 1 - Mandatory | 0.25 | 07/06/2022 09:55 AM |
| Summerville, Eric | Advance Training 14608 | Repuls Chemical Irritant | | 06/30/2022 09:00 AM |
| Summerville, Eric | | 2023 - Health & Safety Incident Reporting System EMPLOYEE - Mandatory | 1.00 | 06/17/2022 05:51 AM |
| Summerville, Eric | | 2022 Hearing Conservation | 0.50 | 06/16/2022 02:54 PM |
| Summerville, Eric | Advance Training 14485 | Quarterly Handgun-2nd Quarter 2022 | | 05/14/2022 09:00 AM |
| Summerville, Eric | Advance Training 13991 | Stunbag Shotgun Recertification | | 04/27/2022 09:00 AM |
| Summerville, Eric | | OBT Video 40-2022 - FTD - Shooter Biomechanics Development | 0.25 | 12/20/2021 04:06 AM |
| Summerville, Eric | Advance Training 13941 | Advanced High-Risk Stops | | 12/11/2021 09:00 AM |
| Summerville, Eric | Advance Training 14529 | Patrol Vehicle Block and Techniques | | 12/11/2021 09:00 AM |
| Summerville, Eric | | 2023 - Emergency Evac | 2.00 | 11/12/2021 04:01 AM |
| Summerville, Eric | | 2022- Booking Process for Patrol - Mandatory | 0.25 | 11/09/2021 01:41 PM |
| Summerville, Eric | | 2020 - AZPOINT - Order of Protections ONLINE - Mandatory | 0.25 | 11/08/2021 10:15 AM |
| Summerville, Eric | | ITS100-ONL-Annual Security Awareness Training 2021 (SAW) | 0.00 | 10/28/2021 12:13 PM |
| Summerville, Eric | | 2021 Annual Security Awareness Training | 1.00 | 10/28/2021 11:23 AM |
| Summerville, Eric | | 2022 Bloodborne Pathogens | 0.50 | 09/23/2021 07:47 AM |
| Summerville, Eric | | 2020 - TERRY FRISK | 0.25 | 09/22/2021 07:14 AM |
| Summerville, Eric | Advance Training 11387 | Accuracy Works 2 | | 08/25/2021 09:00 AM |
| Summerville, Eric | | 2021 CONTACT FORM - Mandatory | 0.25 | 08/14/2021 01:56 PM |
| Summerville, Eric | PT0162 | PT0162-2021 Module Tactical Patrol Sc | 2.00 | 06/13/2021 11:00 PM |
| Summerville, Eric | PT0163 | PT0163-2021 Module Defensive Tactics | 2.00 | 06/13/2021 07:00 PM |
| Summerville, Eric | PT0170 | PT0170-2021 Module Use of Force Revie | 2.00 | 06/13/2021 04:00 PM |
| Summerville, Eric | PT0164 | PT0164-2021 Module Tactical Patrol Sc | 4.00 | 06/12/2021 11:00 PM |
| Summerville, Eric | PT0153 | PT0153-Compassionate Restraint Update | 4.00 | 06/12/2021 04:00 PM |
| Summerville, Eric | PT0170 | PT0170-2021 Module Use of Force Revie | 2.00 | 06/12/2021 03:59 PM |
| Summerville, Eric | PF0174 | PF0174-2021 Module Firearms Review | 2.00 | 05/22/2021 04:00 PM |
| Summerville, Eric | PF0123 | PF0123-Stunbag Recertification | 1.00 | 05/22/2021 11:00 AM |
| Summerville, Eric | Advance Training 11389 | Accuracy Works 3 - Low Light | | 05/12/2021 09:00 AM |
| Summerville, Eric | | OBT Video 54-2022 - TRC5 | 0.25 | 12/06/2020 09:14 AM |
| Summerville, Eric | PG0282 | PG0282-Combat Application Tourniquet | 0.50 | 11/07/2020 09:00 PM |
| Summerville, Eric | | 2020 - Tactical Advantage #14: OPS 1.5.4 - Deadly Force/Vehicles | 0.25 | 10/28/2020 12:18 PM |
| Summerville, Eric | | 2020 Annual Security Awareness Training | 1.00 | 10/27/2020 09:54 PM |
| Summerville, Eric | | OBT Video 44-2022 - SIB - Activation Rate Video | 0.25 | 10/09/2020 02:28 PM |
| Summerville, Eric | | 2022 - Radiation Training | 1.00 | 10/02/2020 05:58 PM |
| Summerville, Eric | | OBT Video 42-2022 - GEU - Response to Gang Incidents | 0.25 | 09/07/2020 05:22 AM |
| Summerville, Eric | PT0142 | PT0142-Tactics In And Around Vehicles | 4.00 | 06/30/2020 12:00 AM |
| Summerville, Eric | PT0149 | PT0149-Advanced High-Risk Vehicle Sto | 2.00 | 06/30/2020 12:00 AM |
| Summerville, Eric | | OBT Video 56-2022 - TTD - Active Shooter Response | 0.25 | 06/13/2020 02:26 PM |
| Summerville, Eric | PG0098 | PG0098-Law Enforcement Tactical Casua | 8.00 | 03/04/2020 04:00 PM |
| Summerville, Eric | PG0274 | PG0274-New Employee Safety Trng | 3.00 | 03/03/2020 04:00 PM |
| Summerville, Eric | PG0257 | PG0257-Naloxone Administration for LE | 1.00 | 03/02/2020 09:00 AM |
| Summerville, Eric | PG0208 | PG0208-Biological Evidence Collection | 3.00 | 02/26/2020 04:00 PM |
| Summerville, Eric | PG0232 | PG0232-Gunshot Residue (GSR) Kit Coll | 1.00 | 02/26/2020 04:00 PM |
| Summerville, Eric | | OBT Video 45-2022 - COM - 10-33 - Emergency Alert Button Activation | 0.25 | 01/16/2020 03:30 PM |
| Summerville, Eric | NEO500 | NEO500-NEW EMPLOYEE ORIENTATION | 8.00 | 09/09/2019 04:15 PM |
| Summerville, Eric | | OBT Video 48-2022 - PD/Fire Response to a Radioactive Material Incident | 0.50 | 08/07/2019 12:54 AM |

## I. INTRODUCTION

A. The training outline includes the ½ hour training block and drills for stunbag shotgun recertification and will generally be completed at the conclusion of the annual Advanced Officer Training Session

B. Review firearms safety rules — P.O. 1

1. All guns are loaded
2. Always point the muzzle in a safe direction
3. Keep your finger straight along the frame (or on the safety) until you are on target and have decided to fire
4. Be sure of your target and surroundings

## II. STUNBAG RECERTIFICATION

A. Less lethal philosophy:

1. The stunbag is an Intermediate Control Technique, a technique that has a probability of injury
2. Stunbag projectiles are designed to serve as a less lethal option in the range of 5 to 20 yards
   a. If possible, officers should consider other force options at less than 5 yards
   b. Beyond 20 yards, the stunbag shotgun becomes less effective at changing a subject's behavior

B. Target areas — PO. 2

1. Primary target areas
   a. Arms below the elbow
   b. Lower abdomen
   c. Buttocks
   d. Legs
2. Secondary target areas
   a. Arms above the elbow

**CITY OF PHOENIX**
**PHOENIX POLICE DEPARTMENT**
**Lesson Plan**

## SUSPECT CONTACT AND CONTROL

| | |
|---|---|
| LESSON PLAN: | Suspect Contact and Control |
| LESSON PLAN NUMBER: | **14572** |
| TOTAL COURSE HOURS: | 8 Hours |
| COURSE CONTENT: | This block of instruction is designed to familiarize officers with having the right mind-set, tactics, and knowledge to safely contact and control an individual, and when force is necessary to effect the detention, accurately articulate the level of force used through the application of Arizona Law, Case Law and Phoenix Policy |
| PERFORMANCE OBJECTIVES: | At the end of this course of instruction, the students will be able to:<br>1. Describe the importance of articulating in a departmental report the justifications in any response to resistance<br>2. Accurately apply U.S. Case law, Arizona State Law, and Phoenix Police Policy as it pertains to subject detentions, arrests, and/or the utilization of force<br>3. Identify pre-threat and threat indicators<br>4. Identify the most appropriate response to a subject's pre-threat and/or threat indicators as discussed in class<br>5. Demonstrate how to control subjects through verbal and physical tactics as discussed in class |

Suspect Contact and
Suspect Contact and Control
14572 Hrs: 8

| | |
|---|---|
| LESSON PREPARED BY: | Sergeant Bryon Bewley #7856<br>Officer David Mena #7266 |
| DATE PREPARED: | February 8, 2022 |
| LESSON REVISED BY: | |
| DATE REVISED: | |
| INSTRUCTOR REFERENCES: | ***Left of Bang*** by Jason A. Riley and Patrick Van Horne |

| | |
|---|---|
| | Arizona Revised Statute |
| | Phoenix Police Operations Orders 1.5 |
| | Phoenix City Code 23-18 |
| | *Justia* - US Supreme Court (supreme.justia.com) |
| | ***Taming the Serpent*** by Michael G. Malpass |
| TRAINING AIDS: | PowerPoint |
| METHOD OF PRESENTATION: | Lecture, demonstration, and practical |
| CLASS LEVEL: | In-Service 0-3 years |

| | | |
|---|---|---|
| REVIEWED BY: | [signature] 7868 | |
| DATE REVIEWED: | 4-19-22 | |
| APPROVED BY: (Author's Lieutenant) | [signature] 7967 | DATE: 4/24/22 |
| APPROVED BY: (Author's Commander) | [signature] 7314 | DATE: 4/25/22 |
| APPROVED BY: (Records Approval Committee) | SGT. [signature] 7309 | DATE: 4/25/22 |
| APPROVED BY: (Training Bureau Commander) | [signature] 7314 | DATE: 4/25/22 |

## I. INTRODUCTION

A. Instructors/s background

B. Purpose and Motivator - This class is designed to educate officers on how to safely detain and control subjects/suspects during reasonable suspicion or probable cause stops and accurately articulate in departmental reports their justifications when considering U.S. law, State law, and Department Policy

C. Administrative Issues

D. Performance Objectives

1. At the end of this block of instruction, the students will be able to:

   a. Describe the importance of articulating in a departmental report the justifications in any response to resistance

   b. Accurately apply U.S. Case law, Arizona State Law, and Phoenix Police Policy as it pertains to subject detentions, arrests, and/or the utilization of force

   c. Identify pre-threat and threat indicators

   d. Identify the most appropriate response to a subject's pre-threat and/or threat indicators as discussed in class

   e. Demonstrate how to control subjects through verbal and physical tactics as discussed in class

## II. UNDERSTANDING U.S. COURT OPINIONS ON FORCE

A. Graham v. Conner — 490 U.S. 386 (1989)

1. Graham, a diabetic, asked his friend, Berry, to drive him to a convenience store to purchase orange juice to counteract the onset of an insulin reaction

2. Upon entering the store and seeing the number of people ahead of him, Graham hurried out and asked Berry to drive him to a friend's house instead

3. Officer Connor became suspicious after seeing Graham enter and leave the store so quickly, therefore

he followed Berry's car, made an investigative stop, and ordered the pair to wait while he found out what had happened in the store

4. Connor's backup arrived on the scene and while detaining Graham in handcuffs, Graham resisted and sustained multiple injuries from the encounter

5. Graham was eventually released when Conner learned that nothing had happened in the store

6. Graham filed suit in the District Court against Connor and the backup officers, alleging that they had used excessive force in making the stop, in violation of "rights secured to him under the Fourteenth Amendment to the United States Constitution"

7. United States Supreme Court determined that an "Objectively Reasonable" standard should be applied to police officer's use of force during an investigative stop, arrest, or other seizure

   a. Courts consider:

      1) Severity of the crime

      2) Is the suspect an immediate threat to the safety of officers or others

      Immediate: Occurring or done at once; instantly

      3) Is the suspect actively resisting arrest or evading arrest by flight

      4) The totality of the circumstances

      5) Is the level of force "Objectively Reasonable"

         a) Would another officer make the same decision

      6) What the officer knew at the time

         a) Officers should not be judged in 20/20 Hindsight

      Hindsight: understanding of a situation or event only after it has happened or developed

8. Court Ruling

   a. Officer Connor was justified in his use of force

B. Tennessee v. Garner

471 U.S. 1 (1985)

1. Officers respond to a burglary call and see a suspect fleeing

2. The suspect is jumping over a chain linked fence when he is shot and died

3. Officer had stated that he could see his hands and face and was reasonably sure that the suspect was unarmed

4. The Officer also stated that if the suspect had made it over the fence, he would certainly flee

2. Officer was in compliance with the then existing Tennessee State statute and department policy that authorized deadly force against a fleeing suspect

   a. If, after notice of the intention to arrest, the defendant either flees or forcibly resists, the officer may use all necessary means to effect the arrest

3. Garner's father sues and loses

4. Court Ruling:

   a. 6th Circuit reversed the decision saying in district court that the Tennessee statute failed to limit the use of deadly force to serious felonies

   b. 6-3 vote at Supreme Court agreed with the 6th Circuit

   c. Supreme Court said under common law, most felonies could be punished by death and the difference between felonies and misdemeanors was very large

   d. Under modern law this isn't the case

   e. Officers cannot not use deadly force unless the officer has probable cause the suspect poses a significant threat of death or serious physical injury to the officer or others

C. Terry v. Ohio — 392 U.S. 1 (1968)

1. On the afternoon of October 31, 1963, Martin McFadden, a Cleveland Police Detective, conducted a pat-down search on three men who, he believed, were preparing to rob a store

2. Two of the men, John Terry and Richard Chilton, were found to be carrying pistols and were later tried and convicted of carrying concealed weapons

3. They appealed, arguing that evidence used to convict them had been discovered during an illegal search, but the conviction was affirmed by the Ohio Supreme Court

4. Court Ruling:

   a. The court upheld the constitutionality of the "stop-and-frisk" procedure as long as the police officer performing it has a "reasonable suspicion" that the targeted person is about to commit a crime, has committed a crime, or is committing a crime, and may be "armed and presently dangerous"

      1) Officers must have a reasonable belief, supported by articulable facts that lead them to suspect the subject/s are in possession of a weapon or dangerous instrument

## III. UNDERSTANDING STATE OF ARIZONA CRIMINAL LAW

A. A.R.S. § 13-409 gives officers justification to use physical force

   1. A person is justified in threatening or using physical force against another if in making or assisting in making an arrest or detention or in preventing or assisting in preventing the escape after arrest or detention of that other person, such person uses or threatens to use physical force and all of the following exist:

      a. A reasonable person would believe that such force is immediately necessary to effect the arrest or detention or prevent the escape

      Example of objective reasonable standard from Graham

      b. Such person makes known the purpose of the arrest or detention or believes that it is otherwise known or cannot reasonably be made known to the person to be arrested or detained

      c. A reasonable person would believe the arrest or detention to be lawful

B. Arizona Revised Statute gives officers justification in use and threatened use of deadly force

1. A.R.S. § 13-410(C)

   a. The use of deadly force by a peace officer against another is justified pursuant to section 13-409 only when the peace officer reasonably believes that it is necessary:

      1) To defend himself or a third person from what the peace officer reasonably believes to be the use or imminent use of deadly physical force

      2) To affect an arrest or prevent the escape from custody of a person whom the peace officer reasonably believes:

         a) Has committed, attempted to commit, is committing or is attempting to commit a felony involving the use or a threatened use of a deadly weapon

         b) Is attempting to escape by use of a deadly weapon

         c) Through past or present conduct the person which is known by the peace officer that the person is likely to endanger human life or inflict serious bodily injury to another unless apprehended without delay

         d) Is necessary to lawfully suppress a riot if the person or another person participating in the riot is armed with a deadly weapon

2. A.R.S. 13-410(D)

   a. Notwithstanding any other provisions of this chapter, a peace officer is justified in threatening to use deadly physical force when and to the extent a reasonable officer believes it necessary to protect himself against another's potential use of physical force or deadly force

## IV. WHAT IF A SUBJECT RESISTS DETENTION

A. If an officer has **Reasonable Suspicion** to detain an individual, and the subject being detained resists, an officer can use the appropriate amount of force necessary to effect the detention

Do not charge Resisting Arrest. The subject was not under arrest. If they resisted Detention,

B. If the suspect used force, or threatened to use force towards the officer to resist detention they can be charged with:

charge ARS § 13-2402 or P.C.C. § 23-18

1. A.R.S. § 13-2402 Obstructing Governmental Operations

a. A person commits obstructing governmental operations if, by using or threatening to use violence of physical force, such person knowingly obstructs, impairs or hinders:

1) The performance of a governmental function by a public servant acting under color of his official authority; or

2) The enforcement of the penal law or the preservation of the peace by a peace officer acting under color of his official authority

Class 1 Misdemeanor

C. If the suspect does not use force to resist detention (such as running from the police), they can be charged with:

1. P.C.C. § 23-18 Obstructing Resisting or Opposing Police

a. Any person who shall knowingly or willfully obstruct, resist or oppose any policeman or other officer of the City authorized to make arrests, in serving or attempting to serve any lawful process or order of the City magistrate or of any court of the City, or in the performance of any official duty, or who shall assault or beat any such officer or person duly authorized, when serving or executing, or attempting to serve or execute, or because of having served or executed, or attempted to serve or execute, any order or process of official duty, or when engaged in the performance of any official duty, shall be guilty of a misdemeanor

An Investigative Detention is one of the official duties of a police officer.

Misdemeanor

D. If there is **NO** Reasonable Suspicion or Probable Cause for a detention, the police officer has no legal authority to stop and detain an individual

## V. THE SUBJECT/SUSPECT HAS A SAY IN EVERYTHING WE DO

A. Phoenix Police Department Operations Orders 1.5 general policy

1. Department recognizes the sanctity of human life, rights, and liberty

2. The Department recognizes three levels of force:

   a. Physical force

   b. Non-Lethal/Less-Lethal force

   c. Deadly force

3. All levels of force that the department recognizes are forms of de-escalation, including deadly force

Pressure Points/Strikes

PepperBall/Taser

Firearm

B. Employees need to consider the following when responding to resistance:

1. Ability

   a. Does the subject have the apparent means to cause harm

2. Opportunity

   a. The circumstances are such that subject/s and employee/s should be taken into account

3. Jeopardy

   a. Is the subject causing an imminent and immediate threat to the employee/s or others

4. Preclusion

   a. All other alternatives have been reasonably considered and cannot be employed in a safe manner based on the totality of the circumstances the employee/s or others are facing

C. Types of Resistance

1. Psychological Intimidation

   a. Non-verbal cues indicating subject's unwillingness or threats through attitude, appearance, and physical readiness

2. Verbal Non-Compliance

   a. Verbal responses indicating unwillingness or threats

3. Passive Resistance

Explain in detail and give examples

a. Physical actions that do not prevent an officer's attempt to control

4. Active Resistance

Explain in detail and give examples

a. Physical actions that attempt to prevent an officer's control, but do not involve attempts to harm the officer

1) Based on this definition, solely running from officers does not constitute active resistance

5. Active Aggression

a. Physical actions of assault

6. Aggravated Active Aggression

a. Deadly force encounter

D. Response Options

1. Presence

a. Identification of authority

2. Verbal Direction

a. Commands of direction or arrest and can include the LRAD

3. Soft Empty Hand Control Techniques and Restraining Devices.

a. Techniques that have a minimal chance of injury

b. Restraining devices: handcuffs, rip restraint, ankle cuffs, shackles

4. Tripping/tackling

a. Physical techniques used to stop a subject from running

5. Pointing Gun at Person (PGP)

a. When a firearm is pointed in the direction of a person

1) Drawing a weapon out of its holster, indexing a weapon, or muzzle down is not considered PGP

6. Chemical Irritants

a. OC, CS gas, PepperBall (Area Saturation)

7. Electronic Control Device (ECD): Taser

8. Intermediate Control Techniques. Techniques that have a probability of injury

a. Hard empty hand control

b. Impact weapons

c. Stunbag shotgun

d. Canine (K9) application

e. 40mm

f. PepperBall (Direct Impact)

9. Deadly force

E. Department tracking systems

1. Discuss and clarify Blue Team and Pointing Gun at Person (PGP)

F. The option used is determined by the totality of the circumstances

G. *TRANSITION*: What is a fight to you — Class discussion

## VI. PRE-THREAT AND THREAT INDICATORS

A. There are five types of thought processes from the suspect:

1. Compliant

2. Non-Compliant

3. Undecided

4. Committed

5. Opportunity

B. There are indicators that we as officers can pick up on if we pay attention to what subjects/suspects are doing

C. We must not get so caught up in this that we forget about other possible threats

D. We will now talk about some verbal and physical indicators

E. Be mindful that there may be more than what's discussed here

F. Verbal indicators

1. Low volume talking to draw you in

2. Speaking in code

3. Speaking in a foreign language

4. Saying what they are going to do to you

G. Physical indicators

1. Ignoring commands

2. Hand gestures

3. Actions — Example: Looking around

4. Physical attack

## VII. LEFT OF BANG

A. This concept was originally taught to the US military to recognize potential ambushes by Patrick Van Horne and Jason A. Riley

1. After being taught this concept there were less US casualties due to being able to recognize potential threats and deal with them accordingly

B. The basic concept is to look for what is out of place and establish a baseline — Give a simple example

1. What is wrong with the picture and what stands out

2. Officers do this every day in their police function only they don't realize they are doing it

3. This is part of a mindset that all officers should work to have

C. Mindset

1. When people are put into a stressful situation, they will respond in one of four ways

2. If we don't have experience in that situation our brains will search for something similar and if nothing is there, then we will default to one if the listed four

a. Fight

1) If our default is to fight, then we could find ourselves being driven to unnecessary force

b. Flight

1) If our default is flight, then tunnel vision could set in

c. Freeze

1) If our default is freeze, then it could mean our life - Freeze causes the reaction time to double

2) Action is quicker than reaction

d. Submit

1) If submit is our default, then it could cost us our life

3. If we train our skills along with our mentality, then a negative default is less likely to happen, and we will default to our training instead

4. We avoid negative defaults by not only training practical skills and mentally putting ourselves in stressful situations, but working through that problem with as many possible outcomes

5. When under stress, things that are normally easy become hard, things that are normally hard become

difficult, and things that are normally difficult become impossible

a. When our heart rate hits 120 and above, we start to lose our fine motor skills

6. Training in practical skills makes those skills easier under stress

7. Reps in training - Law enforcement is a lifelong learning process - It's a craft

8. All reps are important

a. You can have results, or you can have excuses, but you can't have both

b. Amateurs rehearse till they get it right however professionals rehearse till they can't get it wrong

9. Be honest with yourself - We tend to have an illusion of our abilities

10. Everything a person does is created twice - Once in the mind and once in execution

Class interaction. Ask them about their mindset.

11. What is the mindset of the officer

Class interaction. Get an opinion from them.

12. What is the mindset of the criminal

Show them the interview video from CDOC

13. Levels of criminals and their motivations

Class interaction: discuss what they believe are the motivations of these criminals

a. Petty criminal

b. Low level criminal

c. High level criminal

D. Threat Assessment

White board a scenario

1. What's the information on the call

a. We don't get all the information all the time and not all of it is correct

2. Do you have a plan on how to deal with the call

a. A, B, C plan

3. By having contingencies, it will help avoid complacency and the emotional hijack

E. How do we formulate a plan

F. PRIDE Adaptive Decision-Making Model

1. Predict

a. First step that sets the tone.

b. Possible dangers, solutions, obstacles, related info, priorities

c. Good predictions decrease reaction time

d. Poor or no predictions increase reaction time

2. React

a. Reaction time can be as slow as 1.5 seconds

b. The bad guy has a say in everything we do

c. Not all reaction is a response to resistance

d. React is controlled by emotions, intuition, instincts, and stress

3. Investigate

a. Time allows to get additional info and apply your knowledge, skills and experience

4. Decide

a. Decisions can be made patiently or urgently

b. Deliberate action is taken, and these actions will be judged every time

5. Evaluate

a. Observe the decisions effectiveness

b. Was it successful

c. Do you repeat the action or change the action

6. We can make a controlled, deliberate decision by knowing what we are doing and why we are doing it

Our decision is grounded based off Case Law, State Law and Department Policy

## VIII. CONTROLLING SUBJECT/SUSPECT

A. What does controlling a subject/suspect mean to you — *Ask the students*

B. From the time we show up on scene we are viewed as authority

C. Our fully marked patrol vehicle and uniform can be considered tools of de-escalation

D. Our demeanor and how we talk to people should adapt to each call — *Example*

E. We should have a tone that is assertive to a certain degree because we are there to control the situation and the scene

1. There may be times when an elevated tone and intense language is used to achieve the desired compliance from a subject/suspect

2. There is a difference in using language that is derogatory as opposed to being specific language to grab the attention of a subject

   a. Example: "Drop the fucking knife!" as opposed to "Drop the knife mother fucker"

   b. Do not use this language and make it personal, you can still remain professional and use "intense language" to grab the suspect's attention — *If it's personal, it's probably out of policy*

3. Anyone can talk someone into a fight

4. It's the genius that can talk someone into handcuffs and while you're booking them, they invite you over for Sunday dinner

F. In the beginning of our contact we should maintain a comfortable distance from the subject

1. Remember, don't have an illusion about your abilities

G. Understand and recognize that a lot of items can be a weapon and can be used against you — *Discuss weapons and items that can be a weapon.*

H. Just because they are compliant in the beginning does not mean they will stay compliant

1. Some individuals will comply with commands, however, only do so until they have an opportunity to flee or resist (do not give the subject that opportunity)

   a. Always follow through with a command given to an individual you are attempting to control

      1) If you tell a subject to take their hands out of their pocket, the subject may be very compliant and pull their hands out, only to put them back in

      2) This could be a ploy to lure the officer into trusting them, when in fact there could be something in their pockets that pose a threat - **Insist that the individual keep their hands out of their pockets and do no fall into this trap of trusting them**

2. We can be nice and still have a plan to respond to a sudden attack

3. What are your physical abilities or limitations

   a. Training in defensive tactics

   b. Workout

   c. Practice shooting

4. How do you control a subject/suspect

5. What do you consider a threat

## IX. SAFETY PRIORITIES

A. H.I.O.S.

1. Hostages
2. Innocents / Victims
3. Officers
4. Suspects

## X. BLUE TEAM

A. Blue Team is designed to document a variety of citizen contacts, Response to Resistance Incidents, and employee

work-related administrative records (such as Commendations) - Officers should **NOT** base their tactical decisions on whether there will be a Blue Team entry or not

1. If an officer should PGP a suspect/subject, they should not hesitate to do so for fear or reluctance that a Blue Team entry will be made - The officer's safety should be their primary concern

Have a class discussion on PGPs, R2Rs ect…

## XI. CONCLUSION

A. Review of Performance Objectives

1. At the end of this block of instruction, the students will be able to:

   a. Describe the importance of articulating in a departmental report the justifications in any response to resistance

   b. Accurately apply U.S. Case law, Arizona State Law, and Phoenix Police Policy as it pertains to subject detentions, arrests, and/or the utilization of force

   c. Identify pre-threat and threat indicators

   d. Identify the most appropriate response to a subject's pre-threat and/or threat indicators as discussed in class

   e. Demonstrate how to control subjects through verbal and physical tactics as discussed in class

B. Summarize

C. Encourage and reinforce

D. Question

## XII. PRACTICAL APPLICATION

A. Students will be given a variety of reality-based scenarios at the discretion of the instructors to reinforce the concepts discussed in class

B. The scenarios can be modified as the instructor sees fit, depending on the size of the class, venue, training and

experience level of the officers, and remedial training needed for individual students

C. The lead instructor will have the discretion to conduct the reality-based training scenarios in a Defensive Tactics room, and/or at a secure training facility such as the Tactical Village at the Phoenix Regional Police Academy

***ANY CHANGES TO THIS OUTLINE CONSTITUTES A REVISION AND MUST BE DOCUMENTED AS A NEW LESSON PLAN AND RE-APPROVED**

Suspect Contact and

Suspect Contact and Control

14572 Hrs: 8

**CITY OF PHOENIX**
**PHOENIX POLICE DEPARTMENT**
**Lesson Plan**

## RESPONSE TO RESISTANCE REVIEW

| | |
|---|---|
| LESSON PLAN: | Response to Resistance Review |
| LESSON PLAN NUMBER: | **14603** |
| TOTAL COURSE HOURS: | 4 Hours |
| COURSE CONTENT: | This class will allow students to have a better understanding of when and what level of force is appropriate during a violent encounter<br><br>Students will gain insight and knowledge through lecture and small group discussion |
| PERFORMANCE OBJECTIVES: | At the end of this block of instruction, students will be able to:<br>1. Describe the three Response to Resistance factors in *Graham v. Connor*<br>2. Describe Phoenix Police Policy as it relates to a subject's resistance level and an officer's response options<br>3. Identify the four elements of force<br>4. Identify the five pillars of the Decision-Making Matrix<br>5. Discuss rendering aid to subjects whom force was used on<br>6. Demonstrate the ability to properly verbalize their decision to use force and articulate why such level was used |
| LESSON PREPARED BY: | Sergeant Joshua Calle #7868<br><br>Sergeant Jeff Pluta #9123<br><br>Sergeant Bryon Bewley #7856 |
| DATE PREPARED: | March 18, 2022 |
| DATE REVISED: | |
| LESSON REVISED BY: | |
| DATE REVISED: | |

Response to Resist
Response to Resistance Review
14603 Hrs: 4

INSTRUCTOR REFERENCES:

Arizona Revised Statutes

Operations Orders 1.5

Arizona Peace Officer Standards and Training Board's Defensive Tactics Instructor; by the Defensive Tactics Subject Matter Expert Committee, 2010

Arizona Peace Officer Standards and Training Board's Firearms Instructor, by the Firearms Subject Matter Expert Committee, October 2004

Phoenix Police Department Tactical Training Lesson Plans:

- Small Team Tactics #11558
- Arrest Team Tactics #11364
- Advanced Building Search #10179
- Use of Force Review #11362
- Extreme Close Quarter Contact / Handgun Retention #12026
- Decision Making Matrix/De-escalation Techniques #12530A
- 2021 Module Response to Resistance #14380

TRAINING AIDS:

1. Classroom with a PowerPoint projector

METHOD OF PRESENTATION: Lecture, Class discussion and small group discussion

CLASS LEVEL: Police In-Service

REVIEWED BY: ______________________

DATE REVIEWED: ______________________

APPROVED BY: (Author's Lieutenant) [signature] 7907 DATE: 5/23/22

APPROVED BY: (Author's Commander) [signature] 7314 DATE: 6/8/22

APPROVED BY: (Records Approval Committee) SGT. Matt [signature] 7309 DATE: 6/7/22

APPROVED BY: (Training Bureau Commander) [signature] 7314 DATE: 6/8/22

## I. INTRODUCTION

A. Instructors

B. Administrative Issues

C. Purpose and Motivator

D. Performance Objectives: At the end of this block of instruction, the students will be able to:

1. Describe the three Response to Resistance factors in *Graham v. Connor*

2. Describe Phoenix Police Policy as it relates to a subject's resistance level and an officer's response options

3. Identify the four elements of force

4. Identify the five pillars of the Decision-Making Matrix

5. Discuss rendering aid to subjects whom force was used on

6. Demonstrate the ability to properly verbalize their decision to use force and articulate why such level was used

E. Class Expectations

1. Students will participate in large group discussions as well as small group scenario discussions

2. Students will practice using the appropriate level of force while participating in instructor led scenarios

3. Scenarios will focus on escalation / de-escalation, using varying levels of force, as well as lethal force encounters

4. Students will discuss the decisions they make and articulate why they chose the level of force they did

## II. LAWS AND COURT OPINIONS SPECIFIC TO USING FORCE

A. *Graham v. Connor* — *490 U.S. 386 (1989)*

1. Graham, a diabetic, asked his friend, Berry, to drive him to a convenience store to purchase orange juice to counteract the onset of an insulin reaction – Upon entering the store and seeing the number of people

ahead of him, Graham hurried out and asked Berry to drive him to a friend's house instead

2. Officer Connor became suspicious after seeing Graham enter and leave the store so quickly, therefore he followed Berry's car, made an investigative stop, and ordered the pair to wait while he found out what had happened in the store

3. Connor's backup arrived on the scene and while detaining Graham in handcuffs, Graham resisted and sustained multiple injuries from the encounter

4. Graham was eventually released when Connor learned that nothing had happened in the store – Graham filed suit in the District Court against Connor and the backup officers, alleging that they had used excessive force in making the stop, in violation of "rights secured to him under the Fourteenth Amendment to the United States Constitution"

5. United States Supreme Court determined that an "Objectively Reasonable" standard should be applied to police officer's use of force during an investigative stop, arrest, or other seizure

   a. Courts now look at a three-prong test:

      1) The severity of the underlying crime

      2) Whether the suspect poses an immediate threat to the safety of officers or others

      3) Whether the suspect is actively resisting arrest (seizure) or attempting to evade arrest by flight

   b. Courts also consider:

      1) The totality of the circumstances

      2) Is the level of force "Objectively Reasonable"

         a) Would another officer make the same decision

      3) What the officer knew at the time

         a) Officers should not be judged in 20/20 Hindsight

Hindsight: understanding of a situation or event

6. Court Ruling:

a. Officer Connor was justified in the use of force

B. Arizona Revised Statutes

1. A.R.S. § 13-404 – Self-Defense

a. A person is justified in threatening or using physical **force** against another when and to the extent a reasonable person would believe that physical **force** is immediately necessary to protect himself against the other's **use** or attempted **use** of unlawful physical **force**

2. A.R.S. § 13-405 – Use of Deadly Physical Force

a. A person is justified in threatening or using deadly physical force against another:

1) If such person would be justified in threatening or using physical force against the other under section 13-404, and

2) When and to the degree a reasonable person would believe that physical force is immediately necessary to protect himself against the other's use or attempted use of unlawful deadly physical force

3. A.R.S. § 13-409 – Use of Physical Force in Law Enforcement

a. A person is justified in threatening or using physical force against another if in making or assisting in making an arrest or detention or in preventing or assisting in preventing the escape after arrest or detention of that other person, such person uses or threatens to use physical force and all of the following exist

1) A reasonable person would believe that such force is immediately necessary to effect the arrest or detention or prevent the escape

2) Such person makes known the purpose of the arrest or detention or believes that it is otherwise known or cannot reasonably be made known to the person to be arrested or detained

3) A reasonable person would believe the arrest or detention to be lawful

only after it has happened or developed

4. A.R.S. § 13-410(C) – Use of Deadly Physical Force

   a. The use of deadly force by a peace officer against another is justified pursuant to section 13-409 only when the peace officer reasonably believes that it is necessary:

      1) To defend himself or a third person from what the peace officer reasonably believes to be the use or imminent use of deadly physical force

      2) To effect an arrest or prevent the escape from custody of a person whom the peace officer reasonably believes:

         a) Has committed, attempted to commit, is committing or is attempting to commit a felony involving the use or a threatened use of a deadly weapon

         b) Is attempting to escape by use of a deadly weapon

         c) Through past or present conduct of the person which is known by the peace officer that the person is likely to endanger human life or inflict serious bodily injury to another unless apprehended without delay

         d) Is necessary to lawfully suppress a riot if the person or another person participating in the riot is armed with a deadly weapon

5. A.R.S. § 13-410(D)

   a. Notwithstanding any other provisions of this chapter, a peace officer is justified in threatening to use deadly physical force when and to the extent a reasonable officer believes it necessary to protect himself against another's potential use of physical force or deadly physical force

## III. RESPONSE TO RESISTANCE POLICY

A. Four elements of force

   1. **Ability** – Does the subject have the apparent physical means to cause harm

a. Employees must also evaluate his/her ability to handle the threat posed by the subject

2. **Opportunity** – The circumstances are such that the subject has the apparent ability to harm the employee/s or others

3. **Jeopardy** – Is the subject causing an imminent and immediate threat to the employee/s or others

   a. Denotes actions, cues, or indicators demonstrated by the subject

4. **Preclusion** – All other alternatives have been reasonably considered and cannot be employed in a safe manner based on the totality of the circumstances the employee/s or others are facing

B. Types of Resistance:

1. **Psychological Intimidation** – Non-verbal cues indicating subject/s unwillingness or threats through attitude, appearance, and physical readiness

2. **Verbal Non-Compliance** – Verbal responses indicating unwillingness or threats

3. **Passive Resistance** – Physical actions that do not prevent an officer's attempt to control

4. **Active Resistance** – Physical actions that attempt to prevent an officer's control but does not involve attempts to harm the officer

5. **Active Aggression** – Physical actions of assault

6. **Aggravated Active Aggression** – Deadly force encounter

C. Officer Response Options

1. **Presence** – Identification of Authority

2. **Verbal Direction** – Commands of direction or arrest

3. **Soft Empty Hand Control and Restraining Devices** – Techniques that have a minimal chance of injury

4. **Tripping/Tackling** – Technique not taught through defensive tactics instruction but natural methods that are commonly utilized to take subjects into custody with minimal chance of injury

5. **Chemical Irritants** – OC, CN, PepperBall (Area Saturation)

6. **Electronic Control Device (ECD)** – Taser

7. **Pointed Gun at Person (PGP)** – A firearm is pointed in the direction of a person

8. **Intermediate Control Techniques** – Techniques that have a probability of injury

   a. Hard Empty Hand Control

   b. Impact Weapons

   c. Stunbag

   d. K9

   e. 40mm

   f. PepperBall (Direct Impact)

9. **Deadly Force**

Discuss as a group what a violent attack is

D. Strikes to the Face and Head

1. Strikes to the face and to the head **<u>will only be used</u>** when reasonable as a means to overcome a ***<u>violent attack</u>***

## IV. POINTING GUN AT PERSON

A. When a firearm is pointed in the direction of a person

1. Drawing from the duty belt, a slung rifle or shotgun, or displaying a firearm at the low ready does not constitute a PGP incident

2. For the purpose of a PGP incident, a Stunbag shotgun is not designated as a firearm due to the fact it's proper use is considered less-lethal force

3. All PGP's will be documented in a Blue Team

   a. Blue Team is designed to document a variety of citizen contacts, Response to Resistance Incidents, and employee work-related administrative records (such as Commendations) – Officers should **NOT** base their tactical decisions on whether there will be a Blue Team entry or not

   b. If an officer believes that the safest and best tactical decision is to PGP a suspect/subject, they should not hesitate to do so for fear or reluctance that a Blue Team entry will be made

**– The officer's safety should be their primary concern**

## V. 5 PILLARS OF DECISION MAKING

A. **Ask** – Be courteous, be professional

B. **Tell** – Be courteous but be direct - Explain consequences if the order is not followed

C. **Resources** – If I give the subject the order and the subject doesn't follow it, do I have the resources to make the subject comply - If not, start the resources your way, or if feasible, wait for the resources to become available - How do these resources fit with my ABC plan

D. **Caveat** – Is there anything you can say or do at this time in order to gain compliance

E. **Make** – Affect the arrest or detention using the least amount of force and the reasonable objectiveness standard

F. These pillars are only applicable when an officer has legal authority to detain a subject

## VI. ABC PLAN

A. **A Plan** – Best case scenario, control scene, control subjects, and manage call to conclusion

B. **B Plan** – Normal contingencies, suspect resists arrest, crowd forms, and environmental conditions

1. B Plan is ok as long as we have prepared and have resources available to manage call to conclusion

C. **C Plan** – Emergency plan

1. Suspect violently attacks officer, unforeseen events (shots fired, lethal force), **immediate action** is required to gain control of situation and then manage call to conclusion (Managing chaos)

D. This is not a step-by-step manual; move to the plan that is necessary to keep control of the situation while keeping the safety of you and others in mind

## VII. DISCUSSIN TOPICS

A. Who decides the level of force we will use during an encounter

1. Suspect

a. Law Enforcement Officers are reactive in nature - We react to the suspect's actions

b. If the suspect escalates then we, by nature, must also escalate our level of force - If the suspect de-escalates, then we, in turn, must de-escalate our force

B. Immediate v. Imminent Danger

1. Immediate: An immediate threat is measured in finite terms of time (that time is NOW)

2. Imminent: A threat which is perceived to be unfolding

3. Knowing the difference will assist in accurately describing the situation in reports, to investigators, and in court

a. Gives us the ability to escalate and de-escalate appropriately and in a timely manner

## VIII. SAFETY PRIORITIES

A. Officers are often forced to make a split-second decision in situations that are uncertain and rapidly evolving - Officers are expected to use the H.I.O.S. acronym when prioritizing the safety of an individual or group of people

B. H.I.O.S.

1. Hostage

2. Innocents / Victims

3. Officers

4. Suspects

C. Following the H.I.O.S. acronym, officers should make tactical decisions and plans that place the safety of Hostages first, followed by the safety of innocents/victims, then themselves, and then the safety of suspects

## IX. RENDERING AID

A. Operations Orders 1.5.3.C

1. Medical Treatment – Employees are responsible for requesting medical treatment for subjects against whom force was used

a. Any time there is an injury, or an alleged injury, as a result of force used by Department personnel, employees will:

1) Examine any person claiming injury and render first aid, if necessary

2) Request paramedics to respond to the scene, if appropriate

3) Immediately notify a supervisor

B. Duty to Administer Aid

1. Considerations

a. Attempt only when safe

1) Availability of cover/bunker

2) Sufficient resources / manpower

3) Can the subject be moved to a safer location

b. Broadcast pertinent information

1) "Radio Theatre"

a) Narrate your thoughts/ideas/feelings for capture on BWC and over the radio so everyone knows the plan

2) Location / direction of fire

3) Injuries

4) Communicate info for fire

c. Move up only when it can safely be done with appropriate resources / manpower

1) Safe has no timeframe, move up only when safe

2) Give verbal direction to subject to move to a better/ safer location

2. **If it is unsafe to render aid, officers should request the appropriate resources and actively be developing a plan of action to make the scene safe**

## X. CONCLUSION

A. Review Performance Objectives: At the end of this block of instruction, students will be able to:

1. Describe the three Response to Resistance factors in *Graham v. Connor*

2. Describe Phoenix Police Policy as it relates to a subject's resistance level and an officer's response options

3. Identify the four elements of force

4. Identify the five pillars of the Decision-Making Matrix

5. Discuss rendering aid to subjects whom force was used on

6. Demonstrate the ability to properly verbalize their decision to use force and articulate why such level was used

B. Summarize

C. Reinforce

D. Questions

***ANY CHANGES TO THIS OUTLINE CONSTITUTES A REVISION AND MUST BE DOCUMENTED AS A NEW LESSON PLAN AND RE-APPROVED**

# EXHIBIT 25

# (NON-ELECTRONIC)

# EXHIBIT 26

# (NON-ELECTRONIC)

# EXHIBIT 27



Witness:Stephan Shere
**Exhibit 5**
January 21, 2026
B.Harris, CCR#50994

# EXHIBIT 28

# (NON-ELECTRONIC)

# EXHIBIT 29


COP 000103


COP 000104

# EXHIBIT 30

**DECLARATION OF ALEX BEAVER**

STATE OF ARIZONA )
) ss.
County of Maricopa )

I, Alex Beaver say and attest the following:

1. I am employed as a police officer with the City of Phoenix Police Department and have been so employed since January 22, 2001. I have personal knowledge of the facts set forth herein and could and would competently testify to them if called as a witness.

2. On October 4, 2022, I responded to a call for service regarding an armed suicidal subject, who was later identified as Stephan Shere.

3. After Mr. Shere was taken into custody, I contacted the complainant, Lexus Haskins, who is also Mr. Shere's half-sister. Ms. Haskins sent me the text-message exchange with Mr. Shere, which included a photograph of him holding what appeared to be a black handgun in his mouth, and a video showing him putting the black gun in his mouth. The gun depicted in the photograph and video appeared to be a real firearm.

4. I returned to Mr. Shere's apartment and examined the gun that officers had found on the floor of one of the bedrooms. Upon inspecting the recovered gun, I determined that it was a blue airsoft gun that had been painted black to appear more realistic. Portions of its original blue coloring remained visible beneath the black paint. The black paint made it resemble a real Beretta M9 pistol.

5. An airsoft gun is a replica firearm designed to shoot lightweight, non-metallic plastic pellets instead of real bullets.

6. I compared the recovered gun with the gun that was depicted in the photograph and video Mr. Shere had sent his sister. When I enlarged the photograph, I could see blue coloring in the same location as on the recovered gun. Based on the matching appearance and markings, I determined that the recovered gun matched the gun depicted in the photograph and video.

7. I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on this 1st day of October, 2026.

7407

Alex Beaver

# EXHIBIT 31