Lori V. Berke (#015628)
Anelisa Benavides (#036446)
**BERKE LAW FIRM, PLLC**
1601 N. 7th Street, Suite 360
Phoenix, AZ 85006
Phone: (602) 254-8800
Fax: (602) 254-8808
lori@berkelawfirm.com
anelisa@berkelawfirm.com

*Attorneys for Defendants*

**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Stephan Shere,<br><br>Plaintiff,<br><br>vs.<br><br>City of Phoenix, et al.,<br><br>Defendants. | Case No. 2:23-CV-02657-PHX-JJT (ESW)<br><br>**MOTION FOR LEAVE TO FILE NON-ELECTRONIC EXHIBITS IN SUPPORT OF DEFENDANTS' STATEMENT OF FACTS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT** |

Defendants City of Phoenix, Michael Sullivan, Christopher A. Gitsch and Eric Elliott Summerville (collectively referred to as "Defendants"), through undersigned counsel, request that the Court grant them leave to file non-electronically eight (8) exhibits to Defendants' Statement of Facts in Support of Motion for Summary Judgment as follows:

**Exhibit 8.** This exhibit is the body worn camera video for Officer Alex Beaver and depicts the interaction between Plaintiff and Phoenix Police Officers on October 4, 2022.

**Exhibit 10.** This exhibit is the body worn camera video for Officer Christopher Gitsch and depicts the interaction between Plaintiff and Phoenix Police Officers on October 4, 2022.

**Exhibit 16.** This exhibit is the video that Plaintiff sent to his sister showing him putting a gun in his mouth.

**Exhibit 17.** This exhibit is the body worn camera video for Officer Eric Summerville and depicts the interaction between Plaintiff and Phoenix Police Officers on October 4, 2022.

**Exhibit 19.** This exhibit is the audio recording of the 911 call that Plaintiff's sister made to the Phoenix Police Department concerning Plaintiff, who she believed was armed and suicidal.

**Exhibit 25.** This exhibit is the body worn camera video for Officer Jordan Rezac and depicts the interaction between Plaintiff and Phoenix Police Officers on October 4, 2022.

**Exhibit 28.** This exhibit is the body worn camera video for Sergeant Jacob Lewis and depicts the interaction between Plaintiff and Phoenix Police Officers on October 4, 2022.

These non-electronic exhibits are essential to the Court's evaluation of Defendants' Motion for Summary Judgment.

A proposed order is attached pursuant to Local Rule of Civil Procedure 7.1(b)(2).

DATED this 1st day of October, 2026.

BERKE LAW FIRM, PLLC

By *s/Anelisa Benavides*
Lori V. Berke
Anelisa Benavides
*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 1, 2026, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Robert T. Mills
Sean Anthony Woods
Mills & Woods Law PLLC
5055 N. 12th Street, Suite 101
Phoenix, Arizona 85014
rmills@millsandwoods.com
swoods@millsandwoods.com

*s/Anelisa Benavides*