**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Stephan Shere,<br>Plaintiff,<br>vs.<br>City of Phoenix, et al.,<br>Defendants. | Case No. 2:23-CV-02657-PHX-JJT (ESW)<br><br>**ORDER** |

The Court having reviewed Defendants' Motion for Leave to File Non-Electronic Exhibits in Support of Defendants' Statement of Facts in Support of Motion for Summary Judgment (Doc. __), and good cause appearing,

IT IS ORDERED that the Motion is granted. The Clerk is ordered to file Defendants' non-electronic exhibits 8, 10, 16, 17, 19, 25, 26 and 28.