# EXHIBIT 31

# DECLARATION OF CHRISTOPHER GITSCH

STATE OF ARIZONA )
) ss.
County of Maricopa )

I, Christopher Gitsch, say and attest the following:

1. I am employed as a police officer with the City of Phoenix Police Department and have been so employed since September 14, 2000. I have personal knowledge of the facts set forth herein and could and would competently testify to them if called as a witness.

2. On October 4, 2022, I responded to a call for service regarding an armed suicidal subject, who was later identified as Stephan Shere.

3. During the encounter with Mr. Shere, I deployed my Taser in projectile/probe mode. The first cartridge deployment did not work and had no apparent effect on Mr. Shere. I deployed a second Taser cartridge immediately after, which appeared to produce muscular lockup or a neuromuscular effect on Mr. Shere, who began to fall.

4. Taser deployments are not always successful and clothing and probe-related factors can affect their effectiveness. Mr. Shere was wearing heavy clothing at the time of the Taser deployments, which can affect a Taser's effectiveness.

5. Officer Summerville stood by with a stunbag in case the Taser did not work and to ensure multiple layers of less-lethal options were available since we could not rely on a Taser alone to stop someone advancing with a knife.

6. I deployed two Taser cartridges, releasing four probes in total. Two probes struck Mr. Shere, one on the left thigh, and the other on the right wrist, and the other two probes missed him.

7. Attached as **Exhibit A** are diagrams from the Response to Resistance Report depicting the locations of the Taser probe strikes and the stunbag impact during the October 4, 2022 incident involving Stephan Shere. **Exhibit A at COP 001182.** Although I did not

author the Response to Resistance Report, I have reviewed the diagrams attached as **Exhibit A** and verified that they accurately depict where the Taser probes struck Plaintiff (Points 2 and 5), which probes missed him (Points 3 and 4), and where Officer Summerville's stunbag round struck Plaintiff (Point 1).

8. Other than the probe-entry sites which are minor, superficial puncture wounds, I did not observe any injury to Plaintiff caused by the Taser deployments.

9. Phoenix Police Department Operations Order 1.5(2)(G), Response to Resistance, which was in effect on October 4, 2022, contains guidelines for the use of Conducted Electrical Weapons ("CEW"). A Taser is considered a CEW. Operations Order 1.5(2)(G) identified only the head, neck, female breast, and groin as non-target areas for conducted electrical weapons. The thigh and wrist were not among those non-target areas.

10. Immediately after I deployed the Taser, Officer Summerville fired one stunbag round toward Plaintiff's torso.

11. Phoenix Police Department Operations Order 1.5 in effect on October 4, 2022 classified Taser use as a less-lethal tactic and permitted its use when distance was necessary for officer safety and the Taser was a reasonable response to resistance, non-compliance, or dangerous or threatening behavior, based on the totality of the circumstances.

12. Operations Order 1.5 in effect on October 4, 2022 designated the head, spine, chest, and neck as non-target areas for stun bags. The single stunbag round Officer Summerville discharged was aimed at and struck Mr. Shere in the abdomen, which is not among the non-target areas.

13. Mr. Shere did not suffer any injury from the stunbag other than a bruise, as reflected on **Exhibit A at COP 001187**.

EXECUTED on the 1st day of October, 2026.

Christopher Gitsch

# EXHIBIT A

Injuries Sustained By Citizen

Bruise(s)
- Points
  - 1

Taser - Probe(s)
- Points
  - 2
  - 3
  - 4
  - 5

Laceration(s)
- Points
  - 6




## Involved Employees

### Off Christopher Gitsch - 07319

(Data at the time of incident)

| | | |
|---|---|---|
| Assignment | Patrol Division/Desert Horizon Precinct/P65/63J | |
| Video Footage | Activated - Supv Reviewed | |
| Role | Primary Officer | |
| Height | — | |
| Weight | — | |
| Additional Snapshot Data | Officer was off-duty | No |
| | Officer was employed off-duty | No |

Medical Treatments | No treatments applied

Force used by this Employee against Citizen

- Impact Munitions-Stunbag - Force Effective: Yes — Points: 1




Injuries Sustained By Employee

No injuries noted or visible
Points

## Employee Witnesses

### Officer Daniel Snyder - 10441

| | |
|---|---|
| Assignment at time of incident | Officer Patrol Division/Desert Horizon Precinct/P63/63G |
| Video Footage | Activated - Supv Reviewed |
| Role | Back-up Officer |
| Height | — |