Lori V. Berke (#015628)
**BERKE LAW FIRM, PLLC**
1601 N. 7th Street, Suite 360
Phoenix, AZ 85006
Phone: (602) 254-8800
Fax: (602) 254-8808
lori@berkelawfirm.com
Attorneys for Defendants

**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Stephan Shere,<br><br>Plaintiff,<br><br>vs.<br><br>City of Phoenix, et al.,<br><br>Defendants. | Case No. 2:23-CV-02657-PHX-JJT (ESW)<br><br>**NOTICE OF ERRATA** |

Defendants City of Phoenix, Michael Sullivan, Christopher A. Gitsch and Eric Elliott Summerville (collectively referred to as "Defendants"), through undersigned counsel, give the Court notice that the document entitled Motion for Leave to File Non-Electronic Exhibits in Support of Defendants' Statement of Facts in Support of Motion for Summary Judgment ("Motion for Leave") (Doc. 94) contains an error. One of the electronic exhibits that Defendants are seeking leave of Court to file was inadvertently omitted. That exhibit is as follows:

**Exhibit 26**. This exhibit is an audio file containing the police radio traffic that was recorded pertaining to the subject incident.

The proposed Order filed with Motion for Leave was correct as submitted.

DATED this 2nd day of October, 2026.

BERKE LAW FIRM, PLLC

By *s/Lori V. Berke*
Lori V. Berke
*Attorneys for Defendants City of Phoenix, Michael Sullivan, Christopher A. Gitsch and Eric Elliot Summerville*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 2, 2026, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Robert T. Mills
Sean Anthony Woods
Mills & Woods Law PLLC
5055 N. 12th Street, Suite 101
Phoenix, Arizona 85014
rmills@millsandwoods.com
swoods@millsandwoods.com

*s/Laine M. Roberts*