**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Stephan Shere,<br>Plaintiff,<br>v.<br>City of Phoenix, et al.,<br>Defendants. | No. CV-23-02657-PHX-JJT (MBM)<br>**ORDER** |

On review of Defendants' Motion for Leave to File Non-Electronic Exhibits In Support Defendants' Statement of Facts in Support of Motion for Summary Judgment (Doc. 94), and for good cause shown,

**IT IS ORDERED** that Defendants' motion (Doc. 94) is **GRANTED**. Defendants shall file the non-electronic exhibits in compliance with Section II(N)(2) of the Court's Electronic Case Filing Administrative Policies and Procedures Manual,[1] and by delivering two copies of each exhibit contained on separate USB flash drives or similar portable storage devices to the Court (one for filing with the Clerk of Court and one for chambers).

Dated this 2nd day of October, 2026.

Mary Bridget Minder
Honorable M. Bridget Minder
United States Magistrate Judge

[1] The Electronic Case Filing Administrative Policies and Procedures Manual is publicly available at https://www.azd.uscourts.gov/sites/azd/files/adm%20manual.pdf.