Lori V. Berke (#015628)
**BERKE LAW FIRM, PLLC**
1601 N. 7th Street, Suite 360
Phoenix, AZ 85006
Phone: (602) 254-8800
Fax: (602) 254-8808
lori@berkelawfirm.com
Attorneys for Defendants

**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Stephan Shere,<br><br>Plaintiff,<br><br>vs.<br><br>City of Phoenix, et al.,<br><br>Defendants. | Case No. 2:23-CV-02657-PHX-JJT (ESW)<br><br>**DEFENDANTS' NOTICE OF FILING AND SERVICE OF NON-ELECTRONIC EXHIBITS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT** |

Defendants City of Phoenix, Michael Sullivan, Christopher A. Gitsch and Eric Elliott Summerville (collectively referred to as "Defendants"), through undersigned counsel, hereby give notice that they are filing Non-Electronic Exhibits 8, 10, 16, 17, 19, 25, 26, and 28 to Defendants' Statement of Facts in Support of Motion for Summary Judgment (Doc. 93). Below is an index of the non-electronic exhibits being filed.

Exhibit 8. Body worn camera video of Officer Alex Beaver (COP 000035).

Exhibit 10. Body worn camera video of Officer Christopher Gitsch (COP 000037).

Exhibit 16. Video of Plaintiff putting a gun in his mouth (COP 000153)

Exhibit 17 Body worn camera video of Officer Eric Summerville (COP 000040)

Exhibit 19. Audio file of 911 call (COP 001171).

Exhibit 25. Body worn camera video of Officer Jordan Rezac (COP 000046)

Exhibit 26. Radio traffic recording (COP 001172)

Exhibit 28. Body worn camera video of Sgt. Jacob Lewis (COP 000038)

USB drives containing these non-electronic files will be served upon the Clerk of Court and the Honorable Deborah M. Fine via hand-delivery this date and upon Plaintiff's counsel via DropBox link this date.

DATED this 5th day of October, 2026.

BERKE LAW FIRM, PLLC

By *s/Lori V. Berke*
Lori V. Berke
*Attorneys for Defendants City of Phoenix, Michael Sullivan, Christopher A. Gitsch and Eric Elliot Summerville*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 5th 2026, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Robert T. Mills
Sean Anthony Woods
Mills & Woods Law PLLC
5055 N. 12th Street, Suite 101
Phoenix, Arizona 85014
rmills@millsandwoods.com
swoods@millsandwoods.com

*s/Laine M. Roberts*