Robert T. Mills (Arizona Bar #018853)
Sean A. Woods (Arizona Bar #028930)
**MILLS + WOODS LAW, PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
docket@millsandwoods.com
swoods@millsandwoods.com
*Attorneys for Plaintiff*

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014-2555
480.999.4556

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

Stephan Shere, an individual,

Plaintiff,

vs.

City of Phoenix, a governmental entity; Michael Sullivan, Chief of the Phoenix Police Department; Daniel Joseph Snyder, an individual; Alex Beaver, an individual; Christopher A Gitsch, an individual; Eric Elliot Summerville, an individual; Brittany Bartimoccia, an individual; Jacob A Lewis, an individual; Charles C Allen, an individual; Jennifer Lorrain Beberniss, an individual; Amanda Newsum, an individual; and, John and Jane Does I-X,

Defendants.

No.: CV-23-2657-PHX-JJT (MBM)

**PLAIINTIFF'S NOTICE OF NON-OBJECTION TO DEFENDANTS' MOTION TO EXCEED PAGE LIMIT**

(Assigned to the Honorable John J. Tuchi and Referred to the Honorable M Bridget Minder)

Through counsel undersigned and pursuant to the Court's Order, ECF No. 96, directing him to do so, Plaintiff hereby notifies the Court that he does not object to the granting of Defendants' "Motion to Exceed Page Limit for Defendants' Motion for Summary Judgment," ECF No. 91, along with a commensurate extension of the page limit for Plaintiff's Response thereto.

///

///

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014
480.999.4556

**RESPECTFULLY SUBMITTED** this 5th day of October 2026.

**MILLS + WOODS LAW, PLLC**

By *_/s/ Sean A. Woods_*
Robert T. Mills
Sean A. Woods
5055 N 12th Street, Suite 101
Phoenix, AZ 85014
*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 5, 2026, I electronically transmitted the foregoing document to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Lori V. Berke
lori@berkelawfirm.com
laine@berkelawfirm.com
shirley@berkelawfirm.com
Anelisa Benavides
anelisa@berkelawfirm.com
**BERKE LAW FIRM, PLLC**
1601 N 7th St., Ste. 360
Phoenix, AZ 85006
(602) 254-8800
*Attorneys for Defendants*

*_/s/ Ben Dangerfield_*