**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Stephan Shere,

Plaintiff,

v.

City of Phoenix, et al.,

Defendants.

No. CV-23-02657-PHX-JJT (MBM)

**ORDER**

Before the Court is Defendants' motion for leave to exceed the page limit for their motion for summary judgment by 25 pages. (Doc. 91.) Defendants contend the extension is warranted because they cannot adequately address the merits of all Plaintiff's claims, along with qualified immunity issues, in 17 pages. (*Id.* at 2.) Defendants also note that, had they filed separate summary judgment motions rather than a combined brief, they would have been entitled to file a total of 68 pages of briefing. (*Id.* at 3.) Plaintiff does not oppose Defendants' request, provided he receives a commensurate extension of the page limit for his response brief. (Doc. 100.)

For good cause shown,

**IT IS ORDERED** that Defendants' motion for leave to exceed the page limit for their summary judgment motion (Doc. 91) is **GRANTED**. The Clerk of the Court is kindly directed to file the summary judgment motion and separate statement of facts currently lodged at Docs. 92 and 93.

**IT IS FURTHER ORDERED** that Plaintiff may exceed the page limit for his response brief by **25 pages**.

Dated this 6th day of October, 2026.

Mary Bridget Minder

Honorable M. Bridget Minder
United States Magistrate Judge