Robert T. Mills (Arizona Bar #018853)
Sean A. Woods (Arizona Bar #028930)
**MILLS + WOODS LAW, PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
docket@millsandwoods.com
swoods@millsandwoods.com
*Attorneys for Plaintiff*

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014-2555
480.999.4556

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Stephan Shere, an individual,<br>Plaintiff,<br>vs.<br>City of Phoenix, a governmental entity; Michael Sullivan, Chief of the Phoenix Police Department; Daniel Joseph Snyder, an individual; Alex Beaver, an individual; Christopher A Gitsch, an individual; Eric Elliot Summerville, an individual; Brittany Bartimoccia, an individual; Jacob A Lewis, an individual; Charles C Allen, an individual; Jennifer Lorrain Beberniss, an individual; Amanda Newsum, an individual; and, John and Jane Does I-X,<br>Defendants. | No.: CV-23-2657-PHX-JJT (MBM)<br><br>**DECLARATION OF BENJAMIN DANGERFIELD**<br><br>(Assigned to the Honorable John J. Tuchi and Referred to the Honorable M Bridget Minder) |

I, Benjamin E. Dangerfield, declare as follows:

1. I am employed as an associate in-house counsel for Mills + Woods Law, PLLC (the "Firm"), whose managing partners Sean A. Woods and Robert T. Mills (the "Managing Attorneys") are attorneys for Plaintiff Stephan Shere ("Plaintiff") in this action.

2. Among my responsibilities for the Firm are the calendaring of all deadlines, and the filing of all documents, in matters for which the Managing Attorneys are the attorneys of record.

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014
480.999.4556

3. Upon calendaring each deadline, my regular and consistent practice is to set up email reminder notifications to me and the Managing Attorneys, scheduled to be sent out at various times prior to that deadline. In particular, and most importantly, I set a notification for the day of each deadline, to ensure that every morning, upon opening my inbox, I have a full view of each and every deadline occurring that day.

4. Additionally, upon arriving to work, opening my inbox, and viewing the days' deadline notifications, my regular and consistent practice is to then "star" – i.e., mark as a "favorite" – each email notice involving a document needing to be filed that day. Accordingly, as I satisfy each of that day's document deadlines, I then delete its corresponding notification email.

5. The above practice and procedure is designed to, and with very few exceptions does, ensure that no deadline goes unaddressed.

6. Pursuant to that practice, I calendared the deadline for Plaintiff's Response to Defendants' Motion for Summary Judgment (the "Response"), and set an appropriate day-of reminder, for November 5, 2026, thirty days from the official filing date of the Motion for Summary Judgment (the "MSJ").

7. On November 2, 2026, I emailed Defendants' Counsel Lori Berke to ask whether, "[g]iven the length and breadth of Defendants' [MSJ] and accompanying Statement of Facts," Defendants would oppose moving the deadline for Plaintiff's Response (the "Response") from November 5 to November 19, 2026.

8. Ms. Berke answered that afternoon, asking that the request go in as a stipulation, and that Defendants' Reply deadline also move out to December 11, 2026 in exchange.

9. On the morning of November 5, 2026, I received in my inbox and accordingly "starred" the email deadline notification for the Response.

10. Also that morning, I emailed Ms. Berke a draft Stipulation and [Proposed] Order that reflected her November 2 email.

11. Unfortunately, neither I nor Plaintiff's counsel received a response from Ms. Berke on November 5, so the Stipulation and [Proposed] Order were never filed, because Plaintiff never received Ms. Berke's permission to do so.

12. Despite ¶ 9 above, and contrary to my routine procedure and practice – due to uncertainty about what, if anything, to file in the wake of a lack of response from Ms. Berke, as well as the need for necessary work in other matters that day, I inadvertently neglected to nevertheless ensure that something was filed to address the Response deadline.

13. Around noon on November 6, still having no word from Ms. Berke on whether the Stipulation could be filed, I wrote to her again and said that, absent a response by 4:00 p.m., Plaintiff would file it as an unopposed motion, with the November 19 and December 11 dates she had agreed to. Nevertheless, no response from her was forthcoming, that day or as of the filing of this motion.

14. Moreover, because there was no reminder email in my inbox on the morning of November 6 for the Response (because the calendared due date had already passed), I was not kept apprised of the need to file the unopposed motion. Further, on November 6

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014
480.999.4556

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014
480.999.4556

there was a substantial amount of necessary work in other matters, including a deadline for motions in limine for a matter heading to trial. Finally, Managing Attorney Sean A. Woods' wife underwent major surgery on November 6, and he was out of the office attending to her.

15. For all the above reasons in the above Paragraph, I inadvertently neglected to circle back after 4:00 p.m. on November 6 and file an unopposed motion to extend the Response deadline, as I had stated in my prior email.

16. To accomplish my responsibility to calendar all litigation deadlines in matters in which the Managing Attorneys are attorneys of record, it is my procedure and practice to revise any calendared deadline accordingly as soon as a motion or stipulation to extend that deadline is filed. However, because no stipulation or motion to extend the Response deadline was filed on November 5 or 6, I thus never revised the calendar to reflect the parties' agreed-upon new deadline of November 19, 2026. Thus, November 19 also passed without a reminder email, and without the filing of a Response.

///

///

///

///

///

///

///

///

17. Because of the above, and due to my and Plaintiff's counsel's attention being diverted to other matters, including counsel's wife's surgery and recovery, no one came to the realization that a Response had never been and needed to be filed in this matter until November 24, 2026.

**EXECUTED** this 25th day of November 2026.

**MILLS + WOODS LAW, PLLC**

By *<u>/s/ Ben Dangerfield</u>*
Benjamin Dangerfield

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014
480.999.4556