MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014-2555
480.999.4556

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Stephan Shere, an individual,<br>Plaintiff,<br>vs.<br>City of Phoenix, a governmental entity; Michael Sullivan, Chief of the Phoenix Police Department; Daniel Joseph Snyder, an individual; Alex Beaver, an individual; Christopher A Gitsch, an individual; Eric Elliot Summerville, an individual; Brittany Bartimoccia, an individual; Jacob A Lewis, an individual; Charles C Allen, an individual; Jennifer Lorrain Beberniss, an individual; Amanda Newsum, an individual; and, John and Jane Does I-X,<br>Defendants. | No.: CV-23-2657-PHX-JJT (MBM)<br><br>**[PROPOSED] ORDER EXTENDING TIME TO RESPOND AND REPLY TO MOTION FOR SUMMARY JUDGMENT**<br><br>(Assigned to the Honorable John J. Tuchi and Referred to the Honorable M Bridget Minder) |

THE COURT, having reviewed "Plaintiff's Motion for Leave to File Response to Defendants' Motion for Summary Judgment (Doc. 102) After the Deadline" ("Plaintiff's Motion"), and good cause appearing, therefore:

**IT IS ORDERED** granting Plaintiff's Motion.

**IT IS FURTHER ORDERED** that Plaintiff shall file his Response to Defendants' Motion for Summary Judgment (Doc. 102) no later than December 1, 2026, and

Defendants shall file any supporting Reply no later than a date prior to February 2027 to be determined at Defendants' discretion and requested via motion or stipulation.

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014
480.999.4556